UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2 P 2: 22

U.S. DISTRICT COURT
HARTFORD, CT.

```
-----------------------------x
                              :
WILLIAM SCOVIN,               :
                              :
        Plaintiff,            :
                              :
v.                            :    Civil No. 3:02CV01161(AWT)
                              :
GREAT-WEST LIFE & ANNUITY     :
INS. CO., et al.,             :
                              :
        Defendants.           :
                              :
-----------------------------x
```

## REVOCATION OF REFERRAL TO MAGISTRATE JUDGE

The order of referral [Doc. #60] to Magistrate Judge
Donna F. Martinez, which referred to her Great-West Life's
Motion to Quash Plaintiff's Rule 30(b)(6) Deposition Notice
[Doc. #58], is hereby REVOKED.

It is so ordered.

Dated this __2nd__ day of February, 2004, at Hartford,
Connecticut.


                        _____
                        Alvin W. Thompson
                        United States District Judge