UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB -2 P 2: 22

U.S. DISTRICT COURT
HARTFORD, CT.

```
------------------------------------x
WILLIAM SCOVIN,                     :
                                    :
                    Plaintiff,      :
                                    :
v.                                  :
                                    : Civil No. 02CV1161(AWT)
                                    :
GREAT-WEST LIFE & ANNUITY INS. CO., :
ONE HEALTH PLAN, INC.,              :
AUERBACH, POLLAK & RICHARDSON, INC.,:
HUGH REGAN, LEWIS COHEN, ROBERT     :
DRAKE, and A. JONES YORKE,          :
                                    :
                    Defendants.     :
------------------------------------x
```

### ENDORSEMENT ORDER

The Motion for Summary Judgment (doc. #29) filed by defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc. is hereby DENIED. The plaintiff is entitled to conduct discovery, <u>inter alia</u>, in the areas noted in Part III of his memorandum in opposition. See doc. #46. The court notes that the defendants' moving papers are notably silent as to these matters, which appear to be material to a determination of whether Great-West was a fiduciary under ERISA, and if not, what duties, if any, Great-West had to the plaintiff and whether those duties were violated so as to create a state law claim for the plaintiff that is not preempted by ERISA. That court notes also that this case is not one in which summary judgment could be

granted in the absence of supporting affidavits.

It is so ordered.

Dated this 2nd of February 2004 at Hartford, Connecticut.

---
Alvin W. Thompson
United States District Judge