# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Scovin
v.
Great West, et al.

FILED
2004 FEB 11 A 9:54
[HARTFORD, CT.]

**APPEARANCE**

CASE NUMBER: 3-02-cv-1161 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

One Corporation
and
Great West Life & Annuity Insurance Company

| | |
|---|---|
| 2/11/04 | _Matthew Youmans_ (signature) |
| **Date** | **Signature** |
| ct 15829 | Matthew H. Youmans |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 860-527-0400 | Levin, Ford & Paulekas, LLP |
| **Telephone Number** | **Address** |
| 860-249-7500 | 280 Trumbull Street, Hartford, CT 06103 |
| **Fax Number** | |
| myoumans@lfpllp.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached Schedule A

_Matthew Youmans_ (signature)
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SCHEDULE A

Robert Drake
333 Ludlow Street
Stamford, CT 06902

Peter E. Fleming III
Curtis, Mallet-Prevost, Colt & Mosle
695 E. Main Street
Stamford, CT 06902

Kevin M. Greco
Stephanie A. McLaughlin
Peter M. Nolin
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905