UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM SCOVIN,                                :

        Plaintiff,                        :

        -against-                            :    Civil Action No.: 02CV01161 (AWT)

GREAT-WEST LIFE & ANNUITY INS. CO.,  :
ONE HEALTH PLAN, INC., AUERBACH
POLLAK & RICHARDSON, INC., HUGH      :    May 22, 2003
REGAN, LEWIS COHEN, ROBERT DRAKE,
A. JONES YORKE,                      :

        Defendants.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - -X

## MOTION TO DISMISS THE COMPLAINT

Defendant Lewis Cohen ("Cohen"), by and through counsel, hereby moves for an order

pursuant to Fed. R. Civ. P. 12(b)(2) dismissing the Third Amended Complaint served and filed

by William Scovin ("Scovin"), for lack of personal jurisdiction.

This action should be dismissed as to Cohen because Cohen has never had any contacts

with or other connections to the State of Connecticut and is not subject to jurisdiction under the

applicable Connecticut long-arm statute or the due process clause of the United States

Constitution and, therefore, the Court cannot exercise personal jurisdiction over Cohen.

DENIED, at a hearing on the record today, based on section 502(e)(2) of ERISA, for substantially the reasons set forth by the plaintiff in his opposition.
See Doc. # 56. It is so ordered

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/9/04

2003 FEB 11  P 2: 43

U.S. DISTRICT COURT
HARTFORD, CT.

WD2000: NY 547367.1