DENIED, at a hearing on the record today, based on section 502(e)(2) of ERISA, for substantially the reasons set forth by the plaintiff in his opposition. See Doc. # 56. It is so ordered

Alvin W. Thompson, U.S.D.J.
Hartford, CT 2/11/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

44

------------------------------X
WILLIAM SCOVIN,                :

        Plaintiff,     :

  -against-                    :    Civil Action No.: 02CV01161 (AWT)

GREAT-WEST LIFE & ANNUITY INS. CO., :
ONE HEALTH PLAN, INC., AUERBACH    :
POLLAK & RICHARDSON, INC., HUGH    :    May 22, 2003
REGAN, LEWIS COHEN, ROBERT DRAKE,  :
A. JONES YORKE,                    :

        Defendants.    :
------------------------------X



## MOTION TO DISMISS THE COMPLAINT

Defendant A. Jones Yorke ("Yorke"), by and through counsel, hereby moves for an order pursuant to Fed. R. Civ. P. 12(b)(2) dismissing the Third Amended Complaint served and filed by William Scovin ("Scovin"), for lack of personal jurisdiction.

This action should be dismissed as to Yorke because Yorke has never had any contacts with or other connections to the State of Connecticut and is not subject to jurisdiction under the applicable Connecticut long-arm statute or the due process clause of the United States Constitution and, therefore, the Court cannot exercise personal jurisdiction over Yorke.

WD2000: NY 547367.1