

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2003 SEP -4  P 1: 5

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| WILLIAM SCOVIN,<br>　　　　**Plaintiff,**<br><br>v.<br><br>**GREAT-WEST LIFE<br>& ANNUITY INS. CO.,<br>ONE HEALTH PLAN, INC.,<br>AUERBACH, POLLAK<br>& RICHARDSON, INC.,<br>HUGH REGAN, LEWIS COHEN,<br>ROBERT DRAKE, A. JONES YORKE,**<br><br>　　　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO. 3:02CV01161(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### GREAT-WEST LIFE'S MOTION TO QUASH
### PLAINTIFF'S RULE 30(b)(6) DEPOSITION NOTICE

Defendant Great-West Life & Annuity Ins. Co. ("Great-West Life") objects to and moves to Quash Plaintiff's Notice of Taking Deposition of the Person Most Knowledgeable of Great-West Life. As grounds for this Motion, Great-West Life states the following:

1.　　　On June 9, 2003, Magistrate Judge Donna F. Martinez issued a <u>Ruling on Plaintiff's Motion to Compel</u> stating that, despite the general rule against discovery in ERISA cases, discovery was appropriate in this matter. On June 20, 2003, Great-West Life filed Written Objections to the Magistrate's Ruling on Plaintiff's Motion to Compel. The Court has not ruled on Great-West Life's Objections.

DENIED at a hearing on the record today. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   2/11/04