


**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM SCOVIN | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:02CV01161(AWT) |
| | ) |
| GREAT-WEST LIFE & ANNUITY INS. CO., | ) |
| ONE HEALTH PLAN, INC., AUERBACH, POLLAK | ) |
| & RICHARDSON, INC., HUGH REGAN, | ) September 24, 2003 |
| YORK | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR A STATUS CONFERENCE

The Plaintiff hereby moves, pursuant to Rule 16, for a status conference to discuss the scheduling, discovery, and any pleading issues pertaining to this case. In support of this motion, Plaintiff, through counsel, represents that the following:

1. Plaintiff, William Scovin, brings this action asserting certain common law and statutory based claims. In brief, the complaint sounds in both ERISA and common law claims of Negligent Misrepresentation, Negligent Management, CUTPA, Deceit and Fraud, Breach of Contract, and Infliction of Emotional Distress.

2. As of this date, a Motion to Dismiss and a Motion for Summary Judgment were separately filed by the defendants and oppositions to both motions were filed by the Plaintiff. Both motions are pending before this Court.

3. In early 2003, the Rule 26 Report was filed and the Court ordered the parties to

*[Margin notation:]* GRANTED. A status conference was held on the record today. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 2/11/04