UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



| | |
|---|---|
| WILLIAM SCOVIN,<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE<br>& ANNUITY INS. CO.,<br>ONE HEALTH PLAN, INC.,<br>AUERBACH, POLLAK<br>& RICHARDSON, INC.,<br>HUGH REGAN, LEWIS COHEN,<br>ROBERT DRAKE, A. JONES YORKE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. NO. 302CV01161 AWT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



**DEFENDANTS' GREAT-WEST LIFE & ANNUITY INS. CO.'S
AND ONE HEALTH PLAN, INC.'S
*WRITTEN OBJECTIONS TO THE
MAGISTRATE'S ORDER OF JUNE 9, 2003*
ALLOWING DISCOVERY ON PLAINTIFF'S ERISA CLAIMS**

Pursuant to 28 U.S.C. Section 636, as well as Fed. R. Civ. P. 6(a), 6(e), 72 and Rule 72.2 of the Local Rules for U.S. Magistrate Judges, Defendants, Great-West Life & Annuity Ins. Co. and One Health Plan, Inc. (hereinafter collectively referred to as "Defendants", "Great-West Life" and/or "ONE") submit that the Order of June 9, 2003 by Magistrate Donna Martinez must be overturned as a matter of law.

As grounds therefore, Defendants state:

1. The Order contains inaccurate facts;
2. The Order inaccurately applied the relevant law; and
3. The Order violates the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. §§1001-14 ("ERISA") and federal case law interpreting ERISA.

OVERRULED, for the reasons stated at a hearing on the record today. It is so ordered.

/s/ Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/11/04