HONORABLE **Thompson**   CT:cv:mhrg (October 17, 2001)
DEPUTY CLERK _____   RPTR/~~ERO/TAPE~~ **DH**

TOTAL TIME: ___ hours ___ minutes

DATE **2/11/04**   START TIME **10:05am**   END TIME **10:37am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:02CV1161**

**Scovin** vs. **Great West**

Plaintiffs Counsel: **Peter Nolin**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Matthew Youmans**, **Peter Fleming**

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

| # | Motion | granted | denied | advisement |
|---|---|---|---|---|
| #39 | to dismiss | ☐ | ☒ | ☐ |
| #42 | to dismiss | ☐ | ☒ | ☐ |
| #44 | to dismiss | ☐ | ☒ | ☐ |
| #58 | to quash | ☐ | ☒ | ☐ |
| #62 | for status conference | ☒ | ☐ | ☐ |

Oral Motion _____
Oral Motion _____
Oral Motion _____
Oral Motion _____

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Another status conference will be scheduled. All defense attorneys, including Atty. Ciapciak, and decisionmaker for each defendant, shall be present under penalty of sanctions for failure to appear.

Hearing continued until _____