UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 25  P 2: 04

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WILLIAM SCOVIN,<br>            Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE<br>& ANNUITY INS. CO.,<br>ONE HEALTH PLAN, INC.,<br>AUERBACH, POLLAK<br>& RICHARDSON, INC.,<br>HUGH REGAN, LEWIS COHEN,<br>ROBERT DRAKE, A. JONES YORKE,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. NO.  3:02CV01161(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## OPPOSITION TO PLAINTIFF'S MOTION FOR A STATUS CONFERENCE

The Plaintiff has brought a suit under Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001 et seq. and has made state claims arising from the administration of the Plan.

Defendants oppose a Status Conference at this time only because, as submitted; it would be a waste of the court's time as there is an outstanding dispositive motion. Defendant's have filed a Motion for Summary Judgment alleging that they are not a proper party to this lawsuit. In addition, Defendants raised the assertion that "ERISA" preempts all state law claims asserted by the Plaintiff against Defendants. As these motions have not been ruled upon, a Status Conference is premature at this time.

In addition, there are several discovery motions that have been filed with the Court but have not yet been ruled upon. The Court's ruling on these motions will narrow or eliminate

certain issues of dispute and allow the parties to focus on any essential remaining issues.

Holding a Status Conference prior to ruling on the outstanding motions would waste the Court's

resources and would not be useful to the parties.    Once the motions have been ruled on a Status

Conference would be productive and appropriate.

Wherefore, Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc. request

that Plaintiff's Motion for a status conference be denied at this time until the outstanding

Defendants' motions have been ruled upon.


Respectfully submitted by,

Defendants,

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY and One Corporation,

By Their Attorneys,


James J. Ciapciak, Ct. #17322
Matthew H. Youmans, Ct. #15829
280 Trumbell Street
Hartford, CT 06103


## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was served by first class mail on all counsel of record on October 27, 2003


James J. Ciapciak