UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, POLLAK )<br>& RICHARDSON, INC., HUGH REGAN, )<br>LEWIS COHEN, ROBERT DRAKE, A. JONES )<br>YORKE, )<br>)<br>Defendants. )<br>) | Civil Action No.<br>302CV01161 (AWT) |

## APPEARANCE

**TO THE CLERK OF THE COURT**:

Please enter my appearance as counsel in this case for Defendants, Great-West Life & Annuity Insurance Company and One Health Plan, Inc.

DEFENDANT,
GREAT-WEST LIFE & ANNUITY INSURANCE
COMPANY AND ONE HEALTH PLAN, INC.

By _____
Christopher G. Barnes, ct23166
JORDEN BURT LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Tel: (860) 392-5018
Fax: (860) 392-5058

121277

## CERTIFICATION

      This is to certify that a copy of the foregoing Appearance was sent via first class mail, postage prepaid, this 4th day of March, 2004, to the following:

Kevin M. Greco
Peter M. Nolin
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT  06905


Peter E. Fleming, III
Cutis, Mallet-Prevost, Colt & Mosle, LLP
695 East Main Street
Stamford, CT  06901


Robert Drake, Pro Se
333 Ludlow Street
Stamford, CT  06902


James J. Ciapciak
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA  02062


Matthew H. Youmans
Levin, Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT  06103

                                                                      Christopher G. Barnes