FILED
2004 MAR -8 P 2: 46
U.S. DISTRICT COURT
HARTFORD, CT.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN,<br><br>                    Plaintiff,<br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS.,<br>CO., et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 302CV01161<br>(AWT)<br><br><br><br><br><br><br>MARCH 5, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned and, pursuant to Local R. Civ. P. 7(e), hereby files the instant Motion to Withdraw Appearance. In support hereof, the undersigned respectfully represents as follows:

    1.    The undersigned was lead counsel on behalf of the Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc.

    2.    The undersigned has been directed by the Defendants to withdraw his appearance in the above-captioned action upon receipt of the Notice of Appearance by new counsel.

3. On or about March 4, 2004, Christopher G. Barnes, Esq., of Jordan Burt, LLP, filed his appearance on behalf of the Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc.

2. On or about March 5, 2004, the undersigned received notice of attorney Barnes's appearance in this matter.

WHEREFORE, in light of counsel's appearance in this matter, and the undersigned's receipt of notice of such appearance, the undersigned respectfully moves this Court to grant the

foregoing Motion to Withdraw his Appearance in the above-captioned action.

> THE DEFENDANTS.
> GREAT-WEST LIFE & ANNUITY INS. CO.
> ONE HEALTH PLAN, INC.
>
> By:_____
> James J. Ciapciak
> Ciapciak & Associates, P.C.
> 99 Access Road
> Norwood, MA 02062
> Fed. Bar No. ct17322
> (781) 255-7401

## CERTIFICATION

The undersigned hereby certifies that the foregoing Motion to Withdraw Appearance was sent, first class postage prepaid, this 5th day of March, 2004, to all pro se parties and counsel of record as listed below:

Kevin M. Greco
Peter M. Nolin
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, CT 06905

Peter E. Fleming, III
Curtis, Mallet-Prevost, Colt & Mosle, LLP
695 East Main Street
Stamford, CT 06901

Robert Drake, pro se
333 Ludlow Street
Stamford, CT 06902

Matthew H. Youmans
Levin, Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT 06103

_____
James J. Ciapciak