FILED

2004 MAR -8 P 2: 30

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | CIVIL ACTION NO. 302CV01161 (AWT) |
| Plaintiff, | |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS., CO., et al., | |
| Defendants. | MARCH 5, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned and, pursuant to Local R. Civ. P. 7(e), hereby files the instant Motion to Withdraw Appearance. In support hereof, the undersigned respectfully represents as follows:

1. On or about February 11, 2004, the undersigned filed an appearance on behalf of the Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc.

2. The undersigned has been directed by the Defendants, through lead counsel, to withdraw his appearance in the above-captioned action upon receipt of the Notice of Appearance by new counsel.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J
Hartford, CT    3/15/04