```
                                                    FILED

                                              2004 MAR -8  P 2: 30

        UNITED STATES DISTRICT COURT    U.S. DISTRICT COURT
              DISTRICT OF CONNECTICUT        HARTFORD, CT.
```

| | |
|---|---|
| WILLIAM SCOVIN, | CIVIL ACTION NO. 302CV01161 (AWT) |
| Plaintiff, | |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS., CO., et al., | |
| Defendants. | MARCH 5, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned and, pursuant to Local R. Civ. P. 7(e), hereby files the instant Motion to Withdraw Appearance. In support hereof, the undersigned respectfully represents as follows:

1. On or about February 11, 2004, the undersigned filed an appearance on behalf of the Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc.

2. The undersigned has been directed by the Defendants, through lead counsel, to withdraw his appearance in the above-captioned action upon receipt of the Notice of Appearance by new counsel.

```
                    HARTFORD, CT.
                 U.S. DISTRICT COURT
                 
              GRANTED.  It is so ordered.
              2004 MAR 11  A 7:55
              
              FILED
                     Alvin W. Thompson, U.S.D.J.
                     Hartford, CT    3/15/04
```