UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN,<br><br>　　　Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE,<br><br>　　　Defendant. | Civil Action No.<br>02 CV 01161(AWT)<br><br><br><br><br><br><br><br><br><br>March 18, 2004 |

## APPEARANCE OF A. ROBERT FISCHER

Please enter my appearance as attorney for Defendants, Auerbach Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, Robert Drake, and A. Jones Yorke.

　　　　　　　　　　　　　　　　　　　／s／ A. Robert Fischer
　　　　　　　　　　　　　　　　　　　A. Robert Fischer
　　　　　　　　　　　　　　　　　　　CT 01295
　　　　　　　　　　　　　　　　　　　JACKSON LEWIS LLP
　　　　　　　　　　　　　　　　　　　177 Broad Street
　　　　　　　　　　　　　　　　　　　P.O. Box 251
　　　　　　　　　　　　　　　　　　　Stamford, CT  06904-0251
　　　　　　　　　　　　　　　　　　　(203) 961-0404
　　　　　　　　　　　　　　　　　　　(203) 324-4704 (facsimile)
　　　　　　　　　　　　　　　　　　　fischera@Jacksonlewis.com

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing has been served, via first class mail, postage-prepaid, this date, to counsel of record:

      Peter E. Fleming, III, Esq.
      Curtis, Mallet-Prevost, Colt & Mosle
      695 E. Main St.
      Stamford, CT 06901

      Kevin M. Greco, Esq.
      Sandak Hennessey & Greco
      970 Summer Street
      Stamford, CT 06905

      Matthew H. Youmans, Esq.
      Levin, Ford & Paulekas
      280 Trumbull Street
      Hartford, CT 06103

      Robert Drake, pro se
      333 Ludlow Street
      Stamford, CT 06902

      Jeffrey L. Williams, Esq.
      Jorden Burt LLP
      175 Powder Forest Drive, Suite 201
      Simsbury, CT 06089

_____
A. Robert Fischer