United States District Court
District of Connecticut

Status Conference Calendar

450 Main Street
Hartford
Chambers Room No. 240
Second Floor

March 22, 2004

3:00 p.m. 3:15-3:55pm

*Thompson, Rep.*

HONORABLE ALVIN W. THOMPSON, U.S.D.J.

*Held*

CASE NO. 3:02CV1161 (AWT)   Scovin v. Great Western Life

Please note: Failure of parties, decision-makers and counsel to appear at this status conference may subject them to sanctions from the court.

COUNSEL OF RECORD:

✓Peter M. Nolin              Sandak Hennessey & Greco
 Kevin M. Greco              970 Summer Street
 Stephanie McLaughlin        Stamford, CT  06905
                             (203) 425-4200

✓James J. Ciapciak           Ciapciak & Associates, PC
                             99 Access Road
                             Norwood, MA  02062
                             (781) 255-7401

✓Peter E. Fleming III        Curtis Mallet-Prevost Colt & Mosle
                             695 East Main Street
                             Stamford, CT  06901

✓Robert Drake                558 Lime Rock Road
                             Lakeville, CT  06039

✓A. Robert Fischer
✓Jeffrey Williams            BY ORDER OF THE COURT
✓Chris Barnes                KEVIN F. ROWE, CLERK
✓Hugh Regan (deft)
✓Pat Fry