UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | Civil Action No. |
|     Plaintiff, | 02 CV 01161(AWT) |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE, | |
|     Defendants. | July 22, 2004 |

### DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO CO-DEFENDANTS' DISCOVERY

Pursuant to Federal Rules of Civil Procedure 33 and 34 and Rule 7(b) of the Local Rules of Civil Procedure, the Defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, Robert Drake, and A. Jones Yorke, respectfully request that the time for the Defendants to respond to Co-Defendants Great-West Life & Annuity Insurance's First Set of Interrogatories and Requests for Production, dated June 24, 2004, be extended by thirty days up to and including August 25, 2004. In support of this motion, the Defendants represent:

1. On July 22, 2004, Counsel for Defendants conferred with counsel for Co-Defendants Jeffrey Williams and Co-Defendants do not oppose this motion.

2. This is the first request for an extension of time within which to respond to the Co-Defendants' First Set of Interrogatories and Requests for Production.

3. Defendants' counsel is preparing objections and responses to Co-Defendants' First Set of Interrogatories and Requests for Production. The requested extension is necessary in order that these responses may be completed and reviewed by all Defendants required to respond to the discovery requests.

**WHEREFORE,** the Defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, Robert Drake, and A. Jones Yorke respectfully request that this Motion for Extension be granted.

Respectfully submitted,

DEFENDANTS,
AUERBACH, POLLACK & RICHARDSON,
INC., HUGH REGAN, LEWIS COHEN, ROBERT
DRAKE, and A. JONES YORKE

By: _____
A. Robert Fischer
CT 01295
Sheila Owsley
CT 25844
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
Its Attorneys
fischera@jacksonlewis.com
owsleys@jacksonlewis.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been delivered, this day of July 2004 to counsel of record listed below:

        Peter E. Fleming, III, Esq.
        Curtis, Mallet-Prevost, Colt & Mosle
        695 E. Main St.
        Stamford, CT 06901

        Kevin M. Greco, Esq.
        Sandak Hennessey & Greco
        970 Summer Street
        Stamford, CT 06905

        Matthew H. Youmans, Esq.
        Levin, Ford & Paulekas
        280 Trumbull Street
        Hartford, CT 06103

        Robert Drake, pro se
        333 Ludlow Street
        Stamford, CT 06902

        Jeffrey L. Williams, Esq.
        Jorden Burt LLP
        175 Powder Forest Drive, Suite 201
        Simsbury, CT 06089

*[signature]*
Sheila Owsley