FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 26  A 10: 35

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| WILLIAM SCOVIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV01161(AWT) |
| ) | |
| GREAT-WEST LIFE & ANNUITY INS. CO., ) | |
| ONE HEALTH PLAN, INC., AUERBACH, ) | |
| POLLAK & RICHARDSON, INC., ) | |
| HUGH REGAN, LEWIS COHEN, ) | |
| ROBERT DRAKE, A. JONES YORK ) | |
| ) | |
| Defendants. ) | |
| ) | JULY 23, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 7(b)(1)(b), plaintiff, William Scovin, ("Plaintiff") respectfully moves for a thirty-day (30) extension of time, through and including August 24, 2004, to respond and/or object to defendant Great-West Life & Annuity Co.'s Interrogatories and Request for Production dated June 24, 2004. In support of this motion, the undersigned represents:

1. This is Plaintiff's first extension of time with respect to the time limitation for responding to discovery.

2. The undersigned was unable to reach Christopher G. Barnes, counsel for the defendant Great-West Life & Annuity Co., to ascertain his consent to the granting of this motion.

WHEREFORE, William Scovin respectfully requests that the court grant this motion and permit him to file his responses and/or objections to the Interrogatories and Request for Production on or before August 24, 2004.

           THE PLAINITFF,
           William Scovin

By_____
    Peter M. Nolin (ct06223)
    Kevin M. Greco (ct13195)
    Stephanie A. McLaughlin (ct22774)
    SANDAK HENNESSEY & GRECO LLP
    970 Summer Street
    Stamford, CT 06905
    Telephone (203) 425-4200
    Facsimile (203) 325-8608
    pnolin@shglaw.com
    kgreco@shglaw.com
    smclaughlin@shglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of July, 2004, a copy of the foregoing Motion was mailed, first-class postage prepaid, to each of the parties identified below:

James J. Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062


Peter Flemming, III, Esq.
Curtis, Mallet-Prevost, Colt & Mosle
695 East Main Street
Stamford, CT 06901


A. Robert Fischer, Esq.
Jackson Lewis
177 Broad Street
P. O. Box 251
Stamford, CT 06904-0251

Christopher G. Barnes
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

Robert Drake, Pro Se
558 Lime Rock Road
Lakeville, CT 06039

Stephanie A. McLaughlin