UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL 30 A 11: 59
U.S. DISTRICT COURT
HARTFORD, CT.

---------------------------------X
WILLIAM SCOVIN,                  :
                                 :
            Plaintiff,           :
                                 :   Civil Action No.: 02CV01161 (AWT)
     -against-                   :
                                 :
GREAT-WEST LIFE & ANNUITY INS. CO., :
ONE HEALTH PLAN, INC., AUERBACH  :
POLLAK & RICHARDSON, INC., HUGH  :   JULY 29, 2004
REGAN, LEWIS COHEN, ROBERT DRAKE, :
A. JONES YORKE,                  :
                                 :
            Defendants.          :
---------------------------------X

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel of record hereby moves to withdraw his appearance on behalf of defendants Hugh Regan, A. Jones Yorke, and Lewis Cohen. Substitute counsel, A. Robert Fischer, Esq. of the law firm Jackson Lewis LLP has filed an Appearance on behalf of these defendants.

Respectfully submitted,

By: _____
    Peter E. Fleming, III (ct18986)
    CURTIS, MALLET-PREVOST, COLT
       & MOSLE, LLP
    695 East Main Street
    Stamford, CT 06901
    Telephone: (203) 359-6200
    Facsimile: (203) 328-2617

WD2000: NY 653836.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was served this 29th day of July, 2004, via Certified Mail, Return Receipt Requested, upon:

Hugh Regan
269 West 72nd Streeet
Apartment 8A
New York, New York  10023

Lewis Cohen
62 Devonshire Drive
Somerset, NJ  08873

A. Jones Yorke
30 East 72nd Street
New York, New York  10021

This is to further certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE, was served via first-class mail, postage prepaid, upon the following counsel of record:

Kevin Greco, Esq.
Sandak Hennessey & Greco, LLP
970 Summer Street
Stamford, Ct  06905

James J. Ciapciak, Esq.
Ciapciak & Associates, PC
99 Access Road
Norwood, MA  02062

Robert Drake, pro se
558 Lime Rock Road
Lakeville, CT  06039

Jeffrey L. Williams, Esq.
Christopher G. Barnes, Esq.
Jorden Burt LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

A. Robert Fischer
Jackson Lewis LLP
177 Broad Street
Stamford, CT  06901

_____
Peter E. Fleming, III (ct18986)

WD2000: NY 653836.1