UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | Civil Action No. |
| Plaintiff, | 02 CV 01161(AWT) |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE, | |
| Defendants. | July 22, 2004 |

### DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO CO-DEFENDANTS' DISCOVERY

Pursuant to Federal Rules of Civil Procedure 33 and 34 and Rule 7(b) of the Local Rules of Civil Procedure, the Defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, Robert Drake, and A. Jones Yorke, respectfully request that the time for the Defendants to respond to Co-Defendants Great-West Life & Annuity Insurance's First Set of Interrogatories and Requests for Production, dated June 24, 2004, be extended by thirty days up to and including August 25, 2004. In support of this motion, the Defendants represent:

1. On July 22, 2004, Counsel for Defendants conferred with counsel for Co-Defendants Jeffrey Williams and Co-Defendants do not oppose this motion.

2. This is the first request for an extension of time within which to respond to the Co-Defendants' First Set of Interrogatories and Requests for Production.

Extension GRANTED, nunc pro tunc, to and including August 25, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   08/05/04