
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



02CV1161
FILED mtnwd
2004 JUL 30 A 11:59
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------X
WILLIAM SCOVIN,

        Plaintiff,

  -against-

GREAT-WEST LIFE & ANNUITY INS. CO.,
ONE HEALTH PLAN, INC., AUERBACH
POLLAK & RICHARDSON, INC., HUGH
REGAN, LEWIS COHEN, ROBERT DRAKE,
A. JONES YORKE,

        Defendants.
------------------------------X

Civil Action No.: 02CV01161 (AWT)

JULY 29, 2004

## MOTION TO WITHDRAW APPEARANCE

      The undersigned counsel of record hereby moves to withdraw his appearance on behalf of defendants Hugh Regan, A. Jones Yorke, and Lewis Cohen. Substitute counsel, A. Robert Fischer, Esq. of the law firm Jackson Lewis LLP has filed an Appearance on behalf of these defendants.



FILED 2004 AUG -5 A 11:5[?] U.S. DISTRICT COURT HARTFORD, CT.

Respectfully submitted,

By: _____
    Peter E. Fleming, III (ct18986)
    CURTIS, MALLET-PREVOST, COLT
       & MOSLE, LLP
    695 East Main Street
    Stamford, CT 06901
    Telephone: (203) 359-6200
    Facsimile: (203) 328-2617

**APPROVED and SO ORDERED.**

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   8/5/04

WD2000: NY 653836.1