

02CV1161 mtNext

FILED
2004 JUL 26 A 10: 35
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN             )
                           )
                           )
          Plaintiff,       )
                           )      CIVIL ACTION NO.
v.                         )      3:02CV01161(AWT)
                           )
GREAT-WEST LIFE & ANNUITY INS. CO., )
ONE HEALTH PLAN, INC., AUERBACH,    )
POLLAK & RICHARDSON, INC.,          )
HUGH REGAN, LEWIS COHEN,            )
ROBERT DRAKE, A. JONES YORK         )
                           )
          Defendants.      )
                           )      JULY 23, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 7(b)(1)(b), plaintiff, William Scovin, ("Plaintiff") respectfully moves for a thirty-day (30) extension of time, through and including August 24, 2004, to respond and/or object to defendant Great-West Life & Annuity Co.'s Interrogatories and Request for Production dated June 24, 2004. In support of this motion, the undersigned represents:

1. This is Plaintiff's first extension of time with respect to the time limitation for responding to discovery.

2. The undersigned was unable to reach Christopher G. Barnes, counsel for the defendant Great-West Life & Annuity Co., to ascertain his consent to the granting of this motion.

Extension GRANTED, nunc pro tunc, to and including August 24, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   08/11/04