UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN <br><br> Plaintiff, <br><br> v. <br><br> GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEALTH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORK <br><br> Defendants. | CIVIL ACTION NO. 3:02CV01161(AWT) <br><br><br><br> AUGUST 23, 2004 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

      The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a fifteen-day extension of time to respond to the defendants' Interrogatories and Request for Production. In support of this motion, the undersigned represents:

      1.      This is the second extension of time the plaintiff has filed with respect to the time limitation for responding to discovery.

      2.      The undersigned has inquired of Christopher G. Barnes, counsel for the defendant Great-West Life & Annuity Insurance Co., who consents to the granting of this motion.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, William Scovin respectfully requests that the court grant this motion and permit him to file his responses to the Interrogatories and Request for Production on or before September 8, 2004.

                                              THE PLAINITFF,
                                              William Scovin

By_____/s/_____
  Peter M. Nolin (ct06223)
**SANDAK HENNESSEY & GRECO LLP**
 970 Summer Street
 Stamford, CT  06905
 Telephone (203) 425-4200
 Facsimile (203) 325-8608
 pnolin@shglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of August, 2004, a copy of the foregoing Motion was mailed, first-class postage prepaid, to each of the parties identified below:

James J. Ciapciak, Esq.
Ciapciak & Associates, P.C.
99 Access Road
Norwood, MA 02062

A. Robert Fischer, Esq.
Jackson Lewis
177 Broad Street
P. O. Box 251
Stamford, CT 06904-0251

Christopher G. Barnes, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

Robert Drake, Pro Se
558 Lime Rock Road
Lakeville, CT 06039

/s/
Peter M. Nolin