UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SCOVIN, | : | Civil Action No. |
| | : | 02 CV 01161(AWT) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GREAT-WEST LIFE & ANNUITY INS. | : | |
| ONE HEALTH PLAN, INC., AUERBACH | : | |
| POLLACK & RICHARDSON, INC., HUGH | : | |
| REGAN, LEWIS COHEN, ROBERT DRAKE, | : | |
| A. JONES YORKE, | : | |
| | : | |
| Defendant. | : | August 24, 2004 |
| | : | |

### APPEARANCE OF SHEILA OWSLEY

Please enter my appearance as attorney for Defendants, Auerbach Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke.

_____
Sheila Owsley
CT 25844
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
owsleys@Jacksonlewis.com

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing has been served, via first class mail, postage-prepaid, this date, to counsel of record:

      Christopher G. Barnes
      175 Powder Forest Drive, Suite 201
      Simsbury, CT 06089

      James J. Ciapciak
      Levin, Ford, & Paulekas
      280 Trumbull Street
      Hartford, CT 06103

      Jeffrey L. Williams, Esq.
      Jorden Burt LLP
      175 Powder Forest Drive, Suite 201
      Simsbury, CT 06089

      Kevin M. Greco
      Sandak Hennessey & Greco
      970 Summer Street
      Stamford, CT 06905

      Stephanie A. McLaughlin
      Sandak Hennessey & Greco
      970 Summer Street
      Stamford, CT 06905

      Peter Nolin, Esq.
      Sandak Hennessey & Greco
      970 Summer Street
      Stamford, CT 06905

      Robert Drake, Pro Se
      558 Limerock Road
      Lakeville, CT 06039

*[Signature]*
Sheila Owsley