UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | Civil Action No. |
| Plaintiff, | 02 CV 01161(AWT) |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE, | |
| Defendants. | August 24, 2004 |

**DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, AND A. JONES YORKE'S MOTION TO EXTEND THE DEADLINES FOR RESPONDING TO CO-DEFENDANT GREAT-WEST LIFE & ANNUITY INSURANCE CO., ONE HEALTH PLAN, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION; AND PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Federal Rules of Civil Procedure 33 and 34 and Rule 7(b) of the Local Rules of Civil Procedure, the defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke (the "Defendants"), respectfully request that the time for the Defendants to object or respond to co-defendant Great-West Life & Annuity Insurance Company's First Set of Interrogatories and Requests for Production, dated June 24, 2004, be extended by thirty days, up to and including September 24, 2004. Defendants also request an extension to and including September 24, 2004, for filing responses to plaintiff's First Set of Interrogatories and Requests for Production, dated May 19, 2003. In support of this motion, the Defendants represent:

1.   Defendants secured new counsel on March 18, 2004.

2. The plaintiff's discovery requests of May 19, 2003 were not responded to as of the time Defendants secured new counsel.

3. Objections and/or responses to the co-defendant's June 24, 2004 discovery requests are due on August 25, 2004, pursuant to the Court's July 26, 2004 Order.

4. Defendants' counsel needs additional time to prepare objections and responses to co-defendant's First Set of Interrogatories and Requests for Production, as well as responses to the plaintiff's First Set of Interrogatories and Requests for Production. Defendants all reside out of state and Defendants' counsel has had difficulty reaching them to get the information necessary to respond to the discovery requests. Defendants' new counsel has asked Defendants' predecessor counsel for assistance in getting in touch with the Defendants.

5. In light of the foregoing, and because the interests of justice will be served, and the interests of the plaintiff and of the co-defendant will not be prejudiced, by an additional thirty-day extension, the Defendants respectfully request the additional extension.

6. On August 24, 2004, counsel for defendants conferred with Christopher Barnes (counsel for co-defendant) and Peter M. Nolin, (counsel for plaintiff). The co-defendants do not oppose extending until August 27, 2004 the deadline for filing objections and extending the deadline until September 8, 2004 for filing responses to the co-defendant's interrogatories and requests for production. The plaintiff opposes the motion.

7. This is the second request for an extension of time within which to file objections or responses to the co-defendant's First Set of Interrogatories and Requests for Production and the first request for additional time to respond to the plaintiff's First Set of Interrogatories and Requests for Production, which were served prior to the appearance in this matter of the defendants' current counsel.

WHEREFORE, the defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke respectfully request that this Motion for Extension be granted.

Respectfully submitted,

DEFENDANTS,
AUBERBACH, POLLACK &
RICHARDSON, INC., HUGH REGAN,
LEWIS COHEN, and A. JONES YORKE

By: _____
A. Robert Fischer
CT 01295
Sheila Owsley
CT 25844
JACKSON LEWIS LLP
177 Broad Street, P.O. Box 251
Stamford, CT 06904-0251
Tel.: (203) 961-0404
Fax: (203) 324-4704
Fischera@jacksonlewis.com
Owsleys@jacksonlewis.com

ITS ATTORNEYS

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing has been mailed this date, postage prepaid, to:

Christopher G. Barnes
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

James J. Ciapciak
Levin, Ford, & Paulekas
280 Trumbull Street
Hartford, CT 06103

Jeffrey L. Williams, Esq.
Jorden Burt LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

Kevin M. Greco
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Stephanie A. McLaughlin
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Peter Nolin, Esq.
Sandak Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Robert Drake, Pro Se
558 Limerock Road
Lakeville, CT 06039

Sheila Owsley