UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | : Civil Action No. |
| | : 02 CV 01161(AWT) |
| Plaintiff, | : |
| v. | : |
| GREAT-WEST LIFE & ANNUITY INS. | : |
| ONE HEALTH PLAN, INC., AUERBACH | : |
| POLLACK & RICHARDSON, INC., HUGH | : |
| REGAN, LEWIS COHEN, ROBERT DRAKE, | : |
| A. JONES YORKE, | : |
| Defendant. | : August 26, 2004 |

## MOTION TO AMEND THE APPEARANCE OF A. ROBERT FISCHER

The undersigned counsel for the Defendants, Auerbach Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke, respectively moves to amend his appearance. Inadvertently, Defendant Robert Drake was included on the list of parties and individuals represented by A. Robert Fischer. Mr. Drake has made an appearance pro se and will continue in his representation.

**WHEREFORE,** the undersigned counsel for the Defendants, Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke, respectfully request that this Motion to Amend the Appearance of A. Robert Fischer be granted.

Respectfully submitted,

_____
A. Robert Fischer (CT 01295)
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904-0251
(203) 961-0404
Its Attorneys
fischera@jacksonlewis.com

## ORDER

The foregoing, Motion to Amend the Appearance of A. Robert Fischer, having been heard, it is hereby GRANTED/DENIED.

_____
Judge/Clerk

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served, via First Class Mail, postage-prepaid, this 26th day of August, 2004 to counsel of record:

    Robert Drake, Pro Se
    558 Limerock Road
    Lakeville, CT  06039

    Christopher G. Barnes, Esq.
    Jeffrey L. Williams, Esq.
    Jorden Burt LLP
    175 Powder Forest Drive, Suite 201
    Simsbury, CT 06089

    James J. Ciapciak, Esq.
    Levin, Ford, & Paulekas
    280 Trumbull Street
    Hartford, CT 06103

    Peter Nolin, Esq.
    Kevin M. Greco, Esq.
    Stephanie A. McLaughlin, Esq.
    Sandak Hennessey & Greco
    970 Summer Street
    Stamford, CT 06905

                                           A. Robert Fischer