#90

FILED
2004 AUG 24 A 10 55
U.S. DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN )
)
)
Plaintiff, )
) CIVIL ACTION NO.
v. ) 3:02CV01161(AWT)
)
GREAT-WEST LIFE & ANNUITY INS. CO., )
ONE HEALTH PLAN, INC., AUERBACH, POLLAK )
& RICHARDSON, INC., HUGH REGAN, )
LEWIS COHEN, ROBERT DRAKE, A. JONES )
YORK )
Defendants. )
) AUGUST 23, 2004

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a fifteen-day extension of time to respond to the defendants' Interrogatories and Request for Production. In support of this motion, the undersigned represents:

1. This is the second extension of time the plaintiff has filed with respect to the time limitation for responding to discovery.

2. The undersigned has inquired of Christopher G. Barnes, counsel for the defendant Great-West Life & Annuity Insurance Co., who consents to the granting of this motion.

**ORAL ARGUMENT NOT REQUESTED**

Extension GRANTED, nunc pro tunc, to and including September 8, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   09/03/04