

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | Civil Action No. |
| Plaintiff, | 02 CV 01161(AWT) |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE, | |
| Defendants. | August 24, 2004 |

**DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, AND A. JONES YORKE'S MOTION TO EXTEND THE DEADLINES FOR RESPONDING TO CO-DEFENDANT GREAT-WEST LIFE & ANNUITY INSURANCE CO., ONE HEALTH PLAN, INC.'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION; AND PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Federal Rules of Civil Procedure 33 and 34 and Rule 7(b) of the Local Rules of Civil Procedure, the defendants Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke (the "Defendants"), respectfully request that the time for the Defendants to object or respond to co-defendant Great-West Life & Annuity Insurance Company's First Set of Interrogatories and Requests for Production, dated June 24, 2004, be extended by thirty days, up to and including September 24, 2004. Defendants also request an extension to and including September 24, 2004, for filing responses to plaintiff's First Set of Interrogatories and Requests for Production, dated May 19, 2003. In support of this motion, the Defendants represent:

1. Defendants secured new counsel on March 18, 2004.

Extension GRANTED, nunc pro tunc, to and including September 24, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   09/03/04