

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| WILLIAM SCOVIN, | Civil Action No. |
| Plaintiff, | 02 CV 01161(AWT) |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS. ONE HEALTH PLAN, INC., AUERBACH POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE, | |
| Defendant. | August 26, 2004 |

2004 AUG 27  A 11: 20
DISTRICT COURT
HARTFORD, CT.

## MOTION TO AMEND THE APPEARANCE OF A. ROBERT FISCHER

The undersigned counsel for the Defendants, Auerbach Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke, respectively moves to amend his appearance. Inadvertently, Defendant Robert Drake was included on the list of parties and individuals represented by A. Robert Fischer. Mr. Drake has made an appearance pro se and will continue in his representation.

**WHEREFORE,** the undersigned counsel for the Defendants, Auerbach, Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke, respectfully request that this Motion to Amend the Appearance of A. Robert Fischer be granted.

**GRANTED. It is so ordered.**

**Alvin W. Thompson, U.S.D.J**
Hartford, CT   09/03/04

FILED 2004 SEP -3 P 6:39
U.S. DISTRICT COURT
HARTFORD, CT.