76



## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, | CIVIL ACTION NO. 302CV01161 (AWT) |
| Plaintiff, | |
| v. | |
| GREAT-WEST LIFE & ANNUITY INS., CO., et al., | |
| Defendants. | MARCH 5, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Now comes the undersigned and, pursuant to Local R. Civ. P. 7(e), hereby files the instant Motion to Withdraw Appearance. In support hereof, the undersigned respectfully represents as follows:

1. The undersigned was lead counsel on behalf of the Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc.

2. The undersigned has been directed by the Defendants to withdraw his appearance in the above-captioned action upon receipt of the Notice of Appearance by new counsel.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J
Hartford, CT  11/30/04