**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------x
WILLIAM SCOVIN,                     :
                                    :
               Plaintiff,           :
                                    :
v.                                  :
                                    : Civil No. 02CV1161(AWT)
                                    :
GREAT-WEST LIFE & ANNUITY INS. CO., :
ONE HEALTH PLAN, INC.,              :
AUERBACH, POLLAK & RICHARDSON, INC.,:
HUGH REGAN, LEWIS COHEN, ROBERT     :
DRAKE, and A. JONES YORKE,          :
                                    :
               Defendants.          :
------------------------------------x
```

**ORDER IMPOSING SACTION**

After a review of Attorney Ciapciak's March 26, 2004 letter (and the numerous attachments thereto) sent to all counsel and to the chambers of the undersigned, the court concludes that there was not a good faith basis for the statement, in the objection to Magistrate Judge Martinez's ruling on Plaintiff's Motion to Compel, that the ruling contained inaccurate facts because "Great-West Life and One did in fact file timely objections on more than one occasion." (Defs.' Great-West Life & Annuity Ins. Co.'s and One Health Plan, Inc.'s Written Objections to the Magistrate's Order of June 9, 2003 Allowing Disc. on Pl.'s ERISA Claims (Doc. No. 54) at 2.) As the court indicated at the conference on February 11, 2004, the statement is misleading. Therefore, in accordance with the discussion held at the conference on March 22, 2004, Great-West Life & Annuity Ins. Co.

and One Health Plan, Inc. are hereby ordered to pay to the plaintiff a sanction in the form of the plaintiff's attorneys' fees and costs in connection with opposing defendants Great-West Life & Annuity Ins. Co.'s and One Health Plan, Inc.'s written objections to the Magistrate Judge's June 9, 2003 ruling.

The plaintiff shall file an affidavit of attorneys' fees and costs within thirty days, and defendants Great-West and One Health Plan shall pay the fees or file an objection, identifying any specific time entries or costs they believe should not be paid, within ten days after the filing of the affidavit.

It is so ordered.

Dated this 30th day of November 2004 at Hartford, Connecticut.

/s/
_____
Alvin W. Thompson
United States District Judge