UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
WILLIAM SCOVIN,               :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:02CV01161(AWT)
                              :
GREAT WEST LIFE & ANNUITY     :
INSURANCE CO., et al.,        :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

_____ A settlement conference (orefmisc./cnf)

__X__ Other: __status conference__ (orefmisc./misc)

     It is so ordered.

     Dated this 1st day of December, 2004, at Hartford, Connecticut.

                                                    /s/

                                                   Alvin W. Thompson
                                          United States District Judge