UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN,<br><br>        Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS.<br>ONE HEALTH PLAN, INC., AUERBACH<br>POLLACK & RICHARDSON, INC., HUGH<br>REGAN, LEWIS COHEN, ROBERT DRAKE,<br>A. JONES YORKE,<br><br>        Defendants. | Civil Action No.<br>02 CV 01161(AWT)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 16, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), the undersigned counsel hereby moves to withdraw his appearance as counsel for Defendants, Auerbach Pollack & Richardson, Inc., Hugh Regan, Lewis Cohen, and A. Jones Yorke for the good cause shown below.

In support of this motion, the undersigned states as follows:

1. The firm of Jackson Lewis LLP has provided numerous hours of legal services for Defendants in this matter. The firm's invoices in connection with services rendered since March 18, 2004 have not been paid.

2. Several members of the firm have held conversations with, left voice mails for, and sent e-mails and letters to Defendants seeking payment of the outstanding invoices. These communications commenced in May 2004 and have continued through the present. Despite all efforts, the firm has received no payment toward Defendants' outstanding balance.

3. Pursuant to Rule 1.16(b) of the Rules of Professional Conduct, a lawyer may withdraw his representation if the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled; or if the representation of the client will result in an unreasonable financial burden on the lawyer; or the representation has been rendered unreasonably difficult by the client.

4. We have notified Defendants, in writing, that due to their failure to pay the outstanding invoices, we intend to seek permission to withdraw as counsel of record for Defendants.

5. Pursuant to Local Rule 7(e), we have notified Defendants, in writing, with a copy of this motion in draft form, that we intend to withdraw our appearance and that Defendants' failure to either engage successor counsel or file a pro se appearance will result in the granting of this motion to withdraw and may result in a dismissal or default being entered against Defendants.

6. Upon information and belief, Defendants have substantial experience in business matters and are capable of obtaining other counsel to represent them in this matter.

Respectfully submitted,

A. Robert Fischer
CT 01295
JACKSON LEWIS LLP
177 Broad Street
P.O. Box 251
Stamford, CT  06904-0251
(203) 961-0404
(203) 324-4704 (facsimile)
fischera@Jacksonlewis.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been served, via first class mail, postage-prepaid, this date, to counsel of record:

>Peter Nolin, Esq.
>Kevin M. Greco, Esq.
>Stephanie A. McLaughlin, Esq.
>Sandak Hennessey & Greco
>970 Summer Street
>Stamford, CT 06905
>
>Christopher G. Barnes, Esq.
>Jeffrey L. Williams, Esq.
>Jorden Burt LLP
>175 Powder Forest Drive
>Suite 201
>Simsbury, CT 06089
>
>Robert Drake, pro se
>559 Limerock Road
>Lakeville, CT 06039
>
>Hugh Regan
>Sands Brothers LTD
>39th Floor
>90 Park Avenue
>New York, NY 10016
>
>A. Jones Yorke
>30 East 72nd Street
>New York, NY 10021
>
>Lewis Cohen
>72 Devonshire Drive
>Somerset, NJ 08873

_____
A. Robert Fischer