**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
------------------------------------------x
WILLIAM SCOVIN,                           :
                                          :
                  Plaintiff,              :
                                          :
v.                                        :
                                          : Case No. 02CV01161(AWT)
                                          :
GREAT-WEST LIFE & ANNUITY INS. CO.,       :
ONE HEALTH PLAN, INC.,                    :
AUERBACH, POLLACK & RICHARDSON, INC.,     :
HUGH REGAN, LEWIS COHEN, ROBERT           :
DRAKE, and A. JONES YORKE,                :
                                          :
                  Defendants.             :
------------------------------------------x
```

**<u>ORDER TO APPEAR</u>**

Defendants Auerbach Pollack & Richardson, Inc., Hugh Regan,

Lewis Cohen, A. Jones Yorke, and their counsel shall appear for a

status conference at 3:00 p.m. on April 6, 2005, which shall be

held in the South Courtroom of the Ribocoff Federal Building

located on the second floor of 450 Main Street, Hartford,

Connecticut 06103.  Failure to appear will result in the

imposition of such sanctions as the court finds appropriate; said

sanctions may include monetary penalties and/or entry of default

against the above-named defendants.

The other parties to this case and their counsel may, but

are not required to, attend this status conference.  If other

parties or counsel plan to attend, they should notify the court

so that they may be kept informed regarding scheduling changes.

In addition to sending this order to the parties of record as provided for under the rules, the Clerk shall mail a copy of this order to the above-named defendants at the following addresses:

> Auerbach Pollack & Richardson, Inc.
> c/o Hugh Regan
> Sands Brothers Ltd.
> 39th Floor
> 90 Park Avenue
> New York, NY 10016
>
> Hugh Regan
> Sands Brothers Ltd.
> 39th Floor
> 90 Park Avenue
> New York, NY 10016
>
> Lewis Cohen
> 72 Devonshire Drive
> Somerset, NJ 08873
>
> A. Jones Yorke
> 30 East 72nd Street
> New York, NY 10021

It is so ordered.

Dated this 15th day of March 2005 at Hartford, Connecticut.

/s/

_____
      Alvin W. Thompson
United States District Judge