UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,
Plaintiff,

V.                                   Case No. 02CV1161 (AWT)

Lewis Cohen, Robert N. Drake, ET AL.,
Defendants                           Date: 3/21/2005

NOTICE OF APPEARANCE

Defendant Lewis Cohen has been advised that his counsel has withdrawn his representation in this matter.

Defendant Cohen notices the court that will represent himself, pro se. To the extent possible, Defendant Cohen requests that plaintiff and other defendants provide copies of notices, pleadings and motions previously submitted, which he has not seen, nor expects to receive copies from former counsel.

Defendant Cohen would also request the court allow him sufficient time to review the material so as to provide a reasonable defense.

Submitted by:

*Lewis Cohen* (signature)

Lewis Cohen
Pro Se