UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM SCOVIN, | ) | |
| | ) | 2005 MAR 31  A 10: 59 |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:02CV01161(AWT) |
| v. | ) | HARTFORD CT |
| | ) | |
| GREAT-WEST LIFE & ANNUITY INS. CO., | ) | |
| ONE HEALTH PLAN, INC., AUERBACH, | ) | |
| POLLAK & RICHARDSON, INC., HUGH | ) | |
| REGAN, LEWIS COHEN, ROBERT DRAKE, | ) | |
| A. JONES YORK, | ) | MARCH 30, 2005 |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION FOR EXTENSION OF TIME AND REQUEST FOR SETTLEMENT CONFERENCE

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7(b) Plaintiff, William Scovin, and Defendants, Great-West Life & Annuity Insurance Company and One Health Plan, Inc., (collectively, "the Parties"), through their respective counsel, hereby move this Court for an extension of time pertaining to the discovery deadline currently set for March 31, 2005, as contained in the Court's January 19, 2005 Scheduling Order.

On March 15, 2005, the Parties agreed to seek an extension of the discovery deadline of March 31, 2005 for a period of 60 days and discuss the possibility of settlement. The Parties contacted Magistrate Martinez's chambers to request an extension of the discovery deadline and to schedule a settlement conference and were instructed to file this joint motion.

**WHEREFORE**, the Parties respectfully request that the Court enter an Order granting an extension of the discovery deadline until May 31, 2005, and schedule a settlement conference with Magistrate Martinez on the earliest available date. The Parties further request that the date

for filing the Trial Memorandum, as provided for in the January 19, 2005 Scheduling Order, also be extended for a period of 60 days until July 16, 2005.

Respectfully submitted,

| Plaintiff,<br>William Scovin, | Defendants,<br>Great-West Life & Annuity Insurance<br>Company and One Health Plan, Inc. |
|---|---|
| By *Peter Nolin* with express permission by C. Barnes<br>Peter M. Nolin, Esq. (ct 06223)<br>Sandak Hennessey & Greco, LLP<br>970 Summer Street<br>Stamford, CT 06905<br>(203) 425-4200<br>(203) 325-8698 (fax) | By *Chris M. Barnes*<br>Jeffrey L. Williams (ct 05446)<br>Christopher G. Barnes (ct 23166)<br>Jorden Burt, LLP<br>175 Powder Forest Drive, Suite 201<br>Simsbury, CT 06089<br>(860) 392-5000<br>(860) 392-5058 (fax) |

2

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Motion for Extension of Time and Request for Settlement Conference was sent via first class mail, postage prepaid, this 30th day of March, 2005, to the following:

A. Robert Fischer, Esq.
Jackson Lewis LLP
177 Broad Street
Stamford, CT 06904

Robert Drake, Pro Se
558 Lime Rock Road
Lakeville, CT 06039

Lewis Cohen, Pro Se
62 Devonshire Drive
Somerset, NJ 08873

The Honorable Donna F. Martinez, U.S.M.J.
United States District Court
450 Main Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Christopher G. Barnes

ct137123

3