UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
WILLIAM SCOVIN,               :
                              :
     Plaintiff,               :
                              :
v.                            :   Civil No. 3:02CV01161(AWT)
                              :
GREAT WEST LIFE & ANNUITY     :
INSURANCE CO., et al.,        :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_X_ A ruling on the following motion, which is currently pending: <u>Joint Motion for Extension of Time and Request for Settlement Conference (Doc. No. 108)</u>   (orefm.)

_X_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other: _____ (orefmisc./misc)

It is so ordered.

Dated this 7th day of April, 2005, at Hartford, Connecticut.

/s/
_____
Alvin W. Thompson
United States District Judge