UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,

    Plaintiff

V.

GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEALTH PLAN, INC., AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, and A. JONES YORKE,

    Defendants

APPEARANCE

Civil Action No.: 3:02CV01161(AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants Hugh Regan and A. Jones Yorke

| | |
|---|---|
| April 27, 2005 | *[signature]* |
| Date | Signature |
| CT01252 | Mark S. Gregory |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| Tel: (203) 324-1400 | |
| Telephone Number | |
| Fax: (203) 327-2669 | |
| Fax Number | Kelley Drye & Warren LLP |
| | Two Stamford Plaza, 281 Tresser Boulevard |
| mgregory@kelleydrye.com | Stamford, Connecticut 06901 |
| E-mail address | Address |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)
Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, this 27th day of April, 2005 on all counsel of record as follows:

| | |
|---|---|
| Christopher G. Barnes, Esq.<br>Jeffrey L. Williams, Esq.<br>Jorden Burt<br>175 Powder Forest Drive,<br>Suite 201<br>Simsbury, Connecticut 06089<br>(860) 392-5018<br>(860) 392-5058 (facsimile)<br>*Attorneys for Great West Life & Annuity Insurance. Co. and One Health Plan, Inc.* | A. Robert Fischer, Esq.<br>Sheila B. Owsley, Esq.<br>Jackson Lewis<br>177 Broad Street<br>P.O. Box 251<br>Stamford, Connecticut 06904-0251<br>(203) 961-0404<br>(203) 324-4704 (facsimile)<br><br>Peter E. Fleming, III., Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle<br>695 E. Main Street<br>Stamford, Connecticut 06901<br>(203) 359-6200<br>(203) 328-2617 (facsimile)<br>*Attorneys for Auerback, Pollack & Richardson Inc, A. Jones Yorke, Hugh Regan and Lewis Cohen* |
| Kevin M. Greco, Esq.<br>Stephanie A. McLaughlin, Esq.<br>Peter M. Nolin, Esq.<br>Sandak Hennessey & Greco<br>707 Summer Street<br>Stamford, Connecticut 06901<br>(203) 425-4200<br>(203) 325-8608 (facsimile)<br>*Attorneys for William Scovin* | |

_____
Mark S. Gregory