IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br>APRIL 28, 2005 |

**MOTION FOR ADMISSION OF RICHARD G. CUSHING
AS A VISITING LAWYER**

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned hereby moves that Richard G. Cushing be permitted to practice before this Court as a visiting lawyer in this matter on behalf of defendants Lewis Cohen, Hugh Regan and A. Jones Yorke. In support of this application, the undersigned respectfully represents as follows:

1. The undersigned is a member of the bar of this Court, and is associate with the law firm of Kelley Drye & Warren LLP, with offices at Two Stamford Plaza, 281 Tresser Boulevard, Stamford, Connecticut 06901-3229. I may be contacted by telephone at 203-324-1400, by fax at 203-327-2669, and by e-mail at jmoriarty@kelleydrye.com.

2. Attached hereto is an Affidavit from Mr. Cushing providing the information required by D. Conn. L.Civ.R. 83.1(d).

3. All notices given or required to be given and all papers served or required to be served in connection with this matter shall be served upon Mr. Cushing at the following address:

> Richard G. Cushing, Esq.
> Cushing Law Firm
> 420 East 54th Street
> New York, New York 10178
> Telephone: (212) 371-8880
> Fax: (212) 704-6288
> E-mail: richard.cushing@trautman.com

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite fee of $25.00 (which has been submitted), the Court enter an Order permitting Richard G. Cushing to appear and participate as a visiting lawyer on behalf of Lewis Cohen, Hugh Regan and A. Jones Yorke in this matter.

> THE DEFENDANTS
> LEWIS COHEN, HUGH REGAN and
> A. JONES YORKE
>
> By: *James T. Moriarty*
> James M. Moriarty (ct21876)
> Kelley Drye & Warren LLP
>     Their Attorneys
> Two Stamford Plaza
> 281 Tresser Boulevard
> Stamford, Connecticut 06901
> Attorneys for Plaintiff
> (203) 324-1400
> (203) 327-2669 (facsimile)
> jmoriarty@kelleydrye.com

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, this 28th day of April, 2005 on all counsel of record as follows:

| | |
|---|---|
| Christopher G. Barnes, Esq.<br>Jeffrey L. Williams, Esq.<br>Jorden Burt<br>175 Powder Forest Drive,<br>Suite 201<br>Simsbury, Connecticut 06089<br>(860) 392-5018<br>(860) 392-5058 (facsimile)<br>*Attorneys for Great West Life*<br>*& Annuity Insurance. Co.*<br>*and One Health Plan, Inc.* | A. Robert Fischer, Esq.<br>Sheila B. Owsley, Esq.<br>Jackson Lewis<br>177 Broad Street<br>P.O. Box 251<br>Stamford, Connecticut 06904-0251<br>(203) 961-0404<br>(203) 324-4704 (facsimile)<br><br>Peter E. Fleming, III., Esq.<br>Curtis, Mallet-Prevost, Colt &<br>Mosle<br>695 E. Main Street<br>Stamford, Connecticut 06901<br>(203) 359-6200<br>(203) 328-2617 (facsimile)<br>*Attorneys for Auerback,*<br>*Pollack & Richardson Inc,*<br>*A. Jones Yorke, Hugh Regan*<br>*and Lewis Cohen* |
| Kevin M. Greco, Esq.<br>Stephanie A. McLaughlin,<br>Esq.<br>Peter M. Nolin, Esq.<br>Sandak Hennessey & Greco<br>707 Summer Street<br>Stamford, Connecticut 06901<br>(203) 425-4200<br>(203) 325-8608 (facsimile)<br>*Attorneys for William Scovin* | |

_____
James M. Moriarty

3