IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>APRIL 28, 2005 |

### AFFIDAVIT

STATE OF NEW YORK   )
                    )  ss.: New York
COUNTY OF NEW YORK  )

RICHARD G. CUSHING, being duly sworn, deposes and says:

1. I am a principal of the Cushing Law Firm, P.C. and I submit this Affidavit in support of the motion for my admission as a visiting attorney to represent Lewis Cohen, Hugh Regan and A. Jones Yorke in this case.

2. My business address is Cushing Law Firm, P.C., 420 East 54th Street, New York, New York 10022. My telephone number is (212) 371-8880. My facsimile number is (212) 704-6288. My email address is richard.cushing@trautman.com.

3. I am a member in good standing of the State Bar of New York (admitted 1972) and the United States District Court for the Southern District of New York (admitted 1974).

-2-

4. I confirm that I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

```
                              /s/
                    _____
                         Richard Cushing
```

Subscribed and sworn to before me
this ___ day of April, 2005.


_____
        Notary Public