

FILED
2005 APR 28  P 2: 26
U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>APRIL 28, 2005 |

### MOTION FOR ADMISSION OF RICHARD G. CUSHING AS A VISITING LAWYER

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned hereby moves that Richard G. Cushing be permitted to practice before this Court as a visiting lawyer in this matter on behalf of defendants Lewis Cohen, Hugh Regan and A. Jones Yorke. In support of this application, the undersigned respectfully represents as follows:

1. The undersigned is a member of the bar of this Court, and is associate with the law firm of Kelley Drye & Warren LLP, with offices at Two Stamford Plaza, 281 Tresser Boulevard, Stamford, Connecticut 06901-3229. I may be contacted by telephone at 203-324-1400, by fax at 203-327-2669, and by e-mail at jmoriarty@kelleydrye.com.

2. Attached hereto is an Affidavit from Mr. Cushing providing the information required by D. Conn. L. Civ. R. 83.1(d).

**GRANTED. It is so ordered.**



Alvin W. Thompson, U.S.D.J.
Hartford, CT  4/29/05