```
                      UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT

------------------------------------x
WILLIAM SCOVIN,                     :
                                    :
              Plaintiff,            :
                                    :
v.                                  :
                                    : Civil No. 02CV1161(AWT)
                                    :
GREAT-WEST LIFE & ANNUITY INS. CO., :
ONE HEALTH PLAN, INC.,              :
AUERBACH, POLLAK & RICHARDSON, INC.,:
HUGH REGAN, LEWIS COHEN, ROBERT     :
DRAKE, and A. JONES YORKE,          :
                                    :
              Defendants.           :
------------------------------------x
```

## **ENDORSEMENT ORDER**

Jackson Lewis LLP's Motion to Withdraw Appearance (Doc. No. 104) is hereby GRANTED. The Clerk shall terminate A. Robert Fischer's appearance on behalf of Auerbach, Pollak & Richardson, Inc., Hugh Regan, Lewis Cohen, Robert Drake and A. Jones Yorke. The Clerk shall also terminate Sheila B. Owsley's appearance on behalf of the same defendants; she is no longer associated with Jackson Lewis LLP.

It is so ordered.

Dated this 29th of April 2005 at Hartford, Connecticut.

```
                                        /s/AWT
                                _____
                                     Alvin W. Thompson
                                 United States District Judge
```