UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 29 P 7:34
DISTRICT COURT

----------------------------------------x
WILLIAM SCOVIN,

               Plaintiff,

v.

               Civil No. 02CV1161(AWT)

GREAT-WEST LIFE & ANNUITY INS. CO.,
ONE HEALTH PLAN, INC.,
AUERBACH, POLLAK & RICHARDSON, INC.,
HUGH REGAN, LEWIS COHEN, ROBERT
DRAKE, and A. JONES YORKE,

               Defendants.
----------------------------------------x

### ORDER REQUIRING ROBERT DRAKE TO APPEAR

A settlement conference before Magistrate Judge Donna F. Martinez has been scheduled for May 13, 2005 at 2:00 p.m. Defendants Great-West Life & Annuity Ins. Co. and One Health Plan, Inc. requested the settlement conference. At a hearing on the record on April 28, 2005, it was reported that defendants Lewis Cohen, Robert Drake and A. Jones Yorke will also participate. Therefore, this court is ordering defendant Robert Drake to also appear at the settlement conference.

It is so ordered.

Dated this 29th of April 2005 at Hartford, Connecticut.

                                          Alvin W. Thompson
                                       United States District Judge