UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,
Plaintiff,

V.                                Case No. 02CV1161 (AWT)

Robert N. Drake, ET AL.,          May 20, 2005
Defendants



## AMENDED REQUEST FOR DISCOVERY

Defendant Robert N. Drake, appearing pro se, having made a previous request for discovery of both plaintiff and other defendants, asks that the court permit this request for production of certain documents in response to plaintiffs objections dated March 15, 2005, and in consideration of a motion to compel dated and filed May 19, 2005 by defendant Drake.

**Requested from Plaintiff:**

1. Any document in plaintiff's possession that identifies Robert N. Drake as a control person of Auerbach Pollak & Richardson, Inc., as defined by the National Association of Securities Dealers, Inc., during the period December 2000 through December 2002;
2. Copies of plaintiff's cellular phone bill and home phone bill for the period June 2001 through September 2001 that clearly identifies call made to defendant Drake or Auerbach's Stamford office;
3. Copies of any notes, daily planners, calendars, or other information maintained by plaintiff during the period June 30, 2001 through September 30, 2001 that make specific reference to conversations with defendant Drake;

If plaintiff is unable to produce any of the items requested, please provide the reason for the lack of production.

Submitted by:

Robert N. Drake –Pro Se.

Service List:

By U.S. Postal Service May 20, 2005:

Kevin M. Greco
Peter M. Nolin
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901

Richard G. Cushing
Trautman Sanders
Chrysler Building
405 Lexington Avenue
New York NY 10016

James Moriarity
Kelly Drye & Warren LLP
Two Stamford Plaza
281 Tresser Blvd.
Stamford CT 06901-3229

Christopher G. Barnes
Jordan Burt
175 Powder Forest Drive, Suite 201
Simsbury CT 06089