UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN )<br>)<br>)<br>**Plaintiff,** )<br>) <br>v. )<br>)<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, POLLAK )<br>& RICHARDSON, INC., HUGH REGAN, )<br>LEWIS COHEN, ROBERT DRAKE, A. JONES )<br>YORK )<br>**Defendants.** )<br>_____ ) . | CIVIL ACTION NO.<br>3:02CV01161(AWT)<br><br><br><br><br><br><br><br>May 27, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DISCOVERY AND EXTEND SCHEDULING DEADLINES**

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a ninety day extension of time to complete the discovery/depositions in the above matter and requests that time for filing the pretrial memorandum in this matter be extended to October 18, 2005. In support of this motion, the undersigned represents:

**ORAL ARGUMENT NOT REQUESTED**

1. With the changes of counsel in the last several years, no depositions have been taken. Based on the status of the file and the parties' desire to resolve the case, the scheduling deadlines were extended by the Court and deposition discovery was temporarily stayed through mid-May to permit a settlement conference to be held.

2. On May 13, 2005, the parties met with the Honorable Judge Martinez, (U.S.M.J.) and a meaningful settlement conference was held.

3. The parties are working towards a resolution of at least part of the case and desire to resolve it without the necessity of further litigation.

4. New counsel for the Defendants, Regan, Cohen, and York (the "Auerbach Defendants") has just been admitted into the case with new local counsel and as a result, a limited amount of additional time is needed.

5. The undersigned has inquired of Christopher G. Barnes, counsel for the defendant Great-West Life & Annuity Insurance Co., who consents to the granting of this motion.

6. Counsel for the Plaintiff spoke in the past with Richard Cushing, counsel for the Auerbach Defendants and left a message concerning the instant motion but has not received counsel's reply.

7.    If this case is not fully resolved, Plaintiff will promptly proceed with a deposition of a Great West witness and depositions of the individual Defendants.  Auerbach has not appeared and will be defaulted.

WHEREFORE, the Plaintiff requests that the discovery schedule be extended 90 days until August 31, 2005 in order to complete the necessary depositions and provide the parties with the opportunity to resolve at least a portion of the case, and that in the absence of a complete settlement that the parties pretrial memorandum be filed on October 18, 2005.

THE PLAINITFF,
William Scovin

By_____/s/_____
Peter M. Nolin (ct06223)
Kevin M. Greco (ct13195)
**SANDAK HENNESSEY & GRECO LLP**
707 Summer Street
Stamford, CT  06905
Telephone (203) 425-4200
Facsimile (203) 325-8608
pnolin@shglaw.com
kgreco@sghlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on May 27, 2005:

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq. *Pro Hac Vice*
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

              _____/s/_____
               Peter M. Nolin