UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
WILLIAM SCOVIN,                :
                               :
     Plaintiff,                :
                               :
v.                             :       Civil No. 3:02CV01161(AWT)
                               :
GREAT WEST LIFE & ANNUITY      :
INSURANCE CO., et al.,         :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge  Donna F. Martinez  for the following purposes:

    _____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

    _____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

     X  A ruling on the following motion, which is currently pending: Amended Request for Discovery (Doc. No. 123) and the Defendant Drake's motion to compel document production (Doc. No. 124)   (orefm.)

    _____ A settlement conference (orefmisc./cnf)

    _____ Other:_____ (orefmisc./misc)

    It is so ordered.

    Dated this 31st day of May, 2005, at Hartford, Connecticut.

                                         /s/AWT

                                        Alvin W. Thompson
                                  United States District Judge