# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,

    PLAINTIFF,

v.

GREAT-WEST LIFE + ANNUITY INS. CO. et al.

**APPEARANCE**

CASE NUMBER: CIVIL ACTION No. 3:02 CV01161 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

A. JONES YORKE IV
HUGH REGAN
LEWIS COHEN

___MAY 13, 2005___
**Date**

___ct 15997___
**Connecticut Federal Bar Number**

___(212) 371-8880___
**Telephone Number**

___(212) 704-6288___
**Fax Number**

___RICHARD.CUSHING@TROUTMANSANDERS.com___
**E-mail address**

___[signature]___
**Signature**

___RICHARD G. CUSHING___
**Print Clearly or Type Name**

___THE CUSHING LAW FIRM PC___
**Address**

___420 EAST 54th STREET - 35E___
___NEW YORK, NY 10022___

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24