**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------x
WILLIAM SCOVIN,                          :
                                         :
                Plaintiff,               :
                                         :
v.                                       :
                                         : Case No. 02CV01161(AWT)
                                         :
GREAT-WEST LIFE & ANNUITY INS. CO.,      :
ONE HEALTH PLAN, INC.,                   :
AUERBACH, POLLACK & RICHARDSON, INC.,    :
HUGH REGAN, LEWIS COHEN, ROBERT          :
DRAKE, and A. JONES YORKE,               :
                                         :
                Defendants.              :
-----------------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Extension of Time to Respond to Discovery and Extend Scheduling Deadlines (Doc. No. 126) is hereby GRANTED. Discovery shall be completed by August 31, 2005. Dispositive motions, if any, shall be filed by September 30, 2005. A joint trial memorandum order will be issued after the dispositive motions deadline has passed.

It is so ordered.

Dated this 9th day of June 2005 at Hartford, Connecticut.

/s/AWT
_____
Alvin W. Thompson
United States District Judge