## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Richard Cushing's Appearance on behalf of Hugh Regan, A. Jones Yorke and Lewis Cohen was served via first-class mail, postage prepaid, this 9th day of June, 2005 on all counsel of record as follows:

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive,
Suite 201
Simsbury, Connecticut 06089
(860) 392-5018
(860) 392-5058 (facsimile)
***Attorneys for Great West Life & Annuity Insurance. Co. and One Health Plan, Inc.***

Kevin M. Greco, Esq.
Stephanie A. McLaughlin, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901
(203) 425-4200
(203) 325-8608 (facsimile)
***Attorneys for William Scovin***

_____
James M. Moriarty

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,
                    PLAINTIFF,
        V.
GREAT-WEST LIFE + ANNUITY INS.
CO. et al.

APPEARANCE

CASE NUMBER: CIVIL ACTION No.
                    3:02 CV01161(AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

A. JONES YORKE IV
HUGH REGAN
LEWIS COHEN

__MAY 13, 2005__
Date

__ct 15997__
Connecticut Federal Bar Number

__(212) 371-8880__
Telephone Number

__(212) 704-6288__
Fax Number

__RICHARD.CUSHING@TROUTMANSANDERS.COM__
E-mail address

__[signature]__
Signature

__RICHARD G. CUSHING__
Print Clearly or Type Name

__THE CUSHING LAW FIRM PC__
Address

__420 EAST 54th STREET -35E__
__NEW YORK, NY 10022__

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24