IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JUNE 21, 2005 |

**DEFENDANTS HUGH REGAN, LEWIS COHEN AND A. JONES YORKE'S
<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Defendants Hugh Regan ("Regan"), Lewis Cohen ("Cohen") and A. Jones Yorke ("Yorke") (collectively, the "Individual Defendants") respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(c) for an Order granting them Judgment on the Pleadings and dismissing the causes of action alleged against each of them in the complaint ("Complaint") filed by plaintiff William Scovin (true and correct copies of the Complaint and the Individual Defendants' Amended Answer are attached hereto as Exhibits A and B respectively for the Court's convenience). More specifically, Regan, Cohen and Yorke move

ORAL ARGUMENT REQUESTED

-2-

for judgment on the Ninth, Tenth, Eleventh and Twelfth Causes of Action in the Complaint.[1]
Regan, Cohen and Yorke submit the accompanying memorandum of law in support of their motion.

                        THE DEFENDANTS
                        LEWIS COHEN, HUGH REGAN AND
                        A. JONES YORKE

                        By:_____
                            James M. Moriarty (ct 21876)
                            Kelley Drye & Warren LLP
                              Their Attorneys
                            Two Stamford Plaza
                            281 Tresser Boulevard
                            Stamford, Connecticut 06901-3229
                            Telephone:  (203) 324-1400
                            Facsimile:  (203) 327-2669
                            E-mail:  jmoriarty@kelleydrye.com
                             and

                            Richard G. Cushing (ct15997)
                            Cushing Law Firm, P.C.
                            420 East 54th Street
                            New York, New York 10022
                            Telephone: (212) 371-8880
                            Facsimile:  (212) 704-6288
                            E-mail:  richard.cushing@trautman.com.

---

[1] The Complaint contains two causes of action titled "Ninth Cause of Action."  For purposes of this motion, the second "Ninth Cause of Action" (Breach of Contract against Regan) is treated as the Tenth Cause of Action and the Tenth and Eleventh Causes of Action are treated as the Eleventh and Twelfth Causes of Action respectively.

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, this 21st day of June, 2005 on all counsel of record as follows:

>Christopher G. Barnes, Esq.
>Jeffrey L. Williams, Esq.
>Jorden Burt
>175 Powder Forest Drive,
>Suite 201
>Simsbury, Connecticut  06089
>(860) 392-5018
>(860) 392-5058 (facsimile)
>***Attorneys for Great West Life & Annuity Insurance. Co.
>and One Health Plan, Inc.***
>
>Kevin M. Greco, Esq.
>Stephanie A. McLaughlin, Esq.
>Peter M. Nolin, Esq.
>Sandak Hennessey & Greco
>707 Summer Street
>Stamford, Connecticut  06901
>(203) 425-4200
>(203) 325-8608 (facsimile)
>***Attorneys for William Scovin***

_____
James M. Moriarty

CT01/MORIJA/215214.1