UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------x

WILLIAM SCOVIN,

        Plaintiff,

Civil Action No.: 02CV01161 (AWT)

GREAT-WEST LIFE & ANNUITY INS. CO.,
ONE HEALTH PLAN, INC., AUERBACH
POLLAK & RICHARDSON, INC., HUGH
REGAN, LEWIS COHEN, ROBERT DRAKE,
A. JONES YORKE,

        Defendants.

------------------------------x

## ANSWER OF DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN and A. JONES YORKE

Defendants Auerbach, Pollack & Richardson, Hugh Regan, Lewis Cohen and A. Jones Yorke ("Defendants") by its undersigned attorneys, by way of Answer to plaintiff's Complaint, say:

1. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1.

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2.

3. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3.

4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4.

5. Defendants deny the allegations contained in paragraph 5.

6. Defendants deny the allegations contained in paragraph 6.

7. Defendants deny the allegations contained in paragraph 7.

8. Defendants admit the allegations contained in paragraph 8.

9. Defendants deny the allegations contained in paragraph 9.

10. The allegations of paragraph 10 purport to state legal conclusions of law to which not response is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 10.

11. Defendants deny the allegations contained in paragraph 11 except admit that William Scovin's ("Scovin") employment with Auerbach began on or about August 1999.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 and therefore denies those allegations.

13. Defendants deny the allegations contained in paragraph 13.

14. Defendants deny the allegations contained in paragraph 14.

15. Defendants deny the allegations contained in paragraph 15.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 and therefore denies those allegations.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 and therefore denies those allegations.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, except admits that on or about the end of January 2001 Scovin left the employ of Auerbach.

19. The allegations of paragraph 10 purport to state legal conclusions of law to which not response is required. To the extent an answer is required, Defendants deny the allegations contained in Paragraph 19.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 and therefore denies those allegations.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 and therefore denies those allegations.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 and therefore denies those allegations.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 and therefore denies those allegations.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 24 and therefore denies those allegations.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 and therefore denies those allegations.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 and therefore denies those allegations.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and therefore denies those allegations.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 and therefore denies those allegations.

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies those allegations.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 and therefore denies those allegations.

31. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 and therefore denies those allegations.

32. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies those allegations.

33. Defendants deny the allegations in paragraph 33.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 and therefore denies those allegations.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 and therefore denies those allegations.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies those allegations.

38. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 and therefore denies those allegations.

40. The allegations of paragraph 10 purport to state legal conclusions of law to which not response is required.

41. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

42. Defendants deny the allegations in paragraph 42.

43. The allegations of paragraph 10 purport to state legal conclusions of law to which not response is required.

44. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

45. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies those allegations.

46. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies those allegations.

47. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 and therefore denies those allegations.

48. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 and therefore denies those allegations.

49. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 and therefore denies those allegations.

50. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

51. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies those allegations.

52. Defendants deny the allegations contained in paragraph 52.

53. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 and therefore denies those allegations.

54. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 and therefore denies those allegations.

55. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

56. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56 and therefore denies those allegations.

57. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore denies those allegations.

58. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58 and therefore denies those allegations.

59. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59 and therefore denies those allegations.

60. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60 and therefore denies those allegations.

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies those allegations.

62. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62 and therefore denies those allegations.

63. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies those allegations.

64. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore denies those allegations.

65. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

66. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66 and therefore denies those allegations.

67. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 and therefore denies those allegations.

68. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

69. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 and therefore denies those allegations.

70. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 and therefore denies those allegations.

71. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies those allegations.

72. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

73. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73 and therefore denies those allegations.

74. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74 and therefore denies those allegations.

75. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 and therefore denies those allegations.

76. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

77. Defendants deny the allegations contained in paragraph 77.

78. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78 and therefore denies those allegations.

79. Defendants deny the allegations contained in paragraph 79.

80. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

81. Defendants deny the allegations contained in paragraph 81.

82. Defendants deny the allegations in paragraph 82.

83. Defendants deny the allegations in paragraph 83.

84. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

85. Defendants deny the allegations in paragraph 85.

86. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86 and therefore denies those allegations.

87. Defendants deny the allegations in paragraph 87.

88. Defendants deny the allegations in paragraph 88.

89. Defendants repeat and reallege each response to the allegations in the foregoing paragraphs as if set forth more fully herein.

90. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore denies those allegations.

91. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore denies those allegations.

Dated: November 1, 2002

                        Respectfully submitted,

                        _____
                        Peter E. Fleming, III (ct1896)
                        CURTIS, MALLET-PREVOST,
                         COLT & MOSLE LLP
                        695 East Main Street
                        Stamford, CT 06901
                        (203) 359-6200

                        *Attorneys for Defendants Auerbach, Pollack & Richardson, Inc, Hugh Regan, Lewis Cohen and A. Jones Yorke.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2002, I served a true copy of the foregoing "ANSWER OF DEFENDANTS AUERBACH, POLLACK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN and A. JONES YORKE" upon counsel for the plaintiff by facsimile and first class mail to:

>Kevin Greco, Esq.
>Sandak, Hennessey & Greco, LLP
>970 Summer Street
>Stamford, CT 06905
>Telephone  (203) 425-4200
>facsimile:    (203) 325-8608
>kgreco@shglaw.com

*[signature]*
Peter E. Fleming, III

- 10 -