## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned certifies that true and correct copies of Defendants Regan, Cohen and Yorke's Motion for Judgment on the Pleadings and Memorandum of Law in Support thereof were served via first-class mail, postage prepaid, this 22nd day of June, 2005 on the following Party:

    Mr. Robert Drake (*pro se*)
    558 Lime Rock Road
    Lakeville, Connecticut 06039

_____
James M. Moriarty