**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
WILLIAM SCOVIN,               :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:02CV01161(AWT)
                              :
GREAT WEST LIFE & ANNUITY     :
INSURANCE CO., et al.,        :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

     \_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

     \_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

     \_X\_\_\_ A ruling on the following motion, which is currently pending: <u>Motion to Compel (Doc. No. 135)</u> (orefm.)

     \_\_\_\_\_ A settlement conference (orefmisc./cnf)

     \_\_\_\_\_ Other:_____ (orefmisc./misc)

     It is so ordered.

     Dated this 7th day of July, 2005, at Hartford, Connecticut.

                                           /s/AWT
                                   Alvin W. Thompson
                              United States District Judge