UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| WILLIAM SCOVIN )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, POLLAK )<br>& RICHARDSON, INC., HUGH REGAN, )<br>LEWIS COHEN, ROBERT DRAKE, A. JONES )<br>YORKE )<br>**Defendants.** )<br>_____ ) . | CIVIL ACTION NO.<br>3:02CV01161(AWT)<br><br><br><br>JULY 11, 2005 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS REGAN, COHEN & YORKE'S MOTION FOR JUDGMENT ON THE PLEADINGS DATED JUNE 21, 2005

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a 45 day extension of time to respond to Defendants Regan, Cohen & Yorke's Memorandum of Law in Support of their Motion for Judgment on the Pleadings.

**ORAL ARGUMENT NOT REQUESTED**

In support of this motion, the undersigned represents:

1. On June 23, 2005, Plaintiff's Counsel received the Defendants Hugh Regan, Lewis Cohen, and A. Jones Yorke's Motion for Judgment on the Pleadings.

2. In sum, Defendants seek to dismiss the causes of actions against them for failure to state a claim.

3. The recent appearance of current Defense Counsel constitutes the third set of attorneys representing these Defendants.

4. As the Court is well aware, the Defendants have stalled discovery in this case for an extended period of time and to date, have provided no documents to the Plaintiffs and produced none of the Defendant / officers of Auerbach for depositions despite repeated notices and requests.

5. In fact as recently as June 30, 2005, Defendants objected to producing any documents at all of the Defendants' depositions scheduled for that same day and cancelled 2 other depositions set for June 29th and June 30th because of "unavailability."

6. Plaintiff's Motion to Compel dated July 5, 2005 was filed in connection therewith.

7. Long ago, during the conference before the Honorable Judge Alvin W. Thompson, and prior to the appearance of the instant defense counsel, discussions occurred regarding the specificity of the complaint as well as the nature of Plaintiff's claims.

8. Rather than creating multiple and unnecessary filings and motion practice, Plaintiff's counsel stated that an amended complaint would be filed upon the completion of the depositions and discovery.

9. The Defendants raised no objection thereto.

10. Plaintiff anticipates that upon the Court's ruling concerning Plaintiff's Motion to Compel, the Defendant's depositions can be completed and the Amended Complaint filed within 2 weeks thereafter.

11. Plaintiff's counsel has inquired of Christopher G. Barnes, counsel for the co defendant Great-West Life & Annuity Insurance Co., who consents to the granting of this motion.

12. Counsel for the Plaintiff spoke to the Defendants' counsel who indicated that he had no objection to completing Defendants' depositions before Plaintiff was required to respond to the Defendants' Motion for Judgment on the Pleadings.

WHEREFORE, based on the above, the Plaintiff requests that a 45 day extension of time be granted to respond to Defendants Regan, Cohen & Yorke's Motion for Judgment on the Pleadings or until August 27, 2005.

                                THE PLAINITFF,
                                William Scovin

By_____/s/_____
        Kevin M. Greco (ct13195)
        Peter M. Nolin (ct06223)
        **SANDAK HENNESSEY & GRECO LLP**
        707 Summer Street
        Stamford, CT  06901
        Telephone (203) 425-4200
        Facsimile (203) 325-8608
        kgreco@sghlaw.com
        pnolin@shglaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on July 11, 2005:

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

                                                             _____/s/_____
                                                                 Kevin M. Greco