IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JULY 12, 2005 |

**DECLARATION OF MARK S. GREGORY
IN OPPOSITION TO MOTION TO COMPEL**

Mark S. Gregory declares as follows:

1.  I am an attorney admitted to practice in this Court and am a member of Kelley Drye & Warren LLP, counsel to defendants Hugh Regan, Lewis Cohen and A. Jones Yorke. I make this Declaration in opposition to the motion to compel filed by plaintiff William Scovin ("Scovin").

2.  On June 30, 2005, prior to the scheduled deposition of Mr. Cohen, I faxed a letter to Plaintiff's counsel setting forth objections to the document demand section of the June 10, 2005 Notices of Deposition that Plaintiff served on our clients. Significantly, what Plaintiff's motion fails to note is that my letter specifically indicated that, notwithstanding the formal general objections, the deponents would produce, at their

respective depositions, any "responsive non-privileged documents which are relevant to the allegations in the Complaint [that are] in their possession, custody or control[.]" Service of the objections was timely pursuant to Federal Rule of Civil Procedure 30(b)(5).

3. On June 30, 2005, prior to the scheduled deposition of Mr. Cohen, I spoke with Kevin M. Greco, counsel for Mr. Scovin, by telephone. During that conversation, I stated that Mr. Cohen did not have any documents responsive to the discovery demands except his personal tax returns and that he objected to providing his personal financial information. In response to Mr. Greco's indication that what he was interested in obtaining was information about Mr. Cohen's earnings during the relevant period, I indicated that Mr. Cohen was willing to provide the form W-2s he received from Auerbach, Pollack & Richardson, Inc. ("Auerbach"). Most of the document demands in the Notice of Deposition seek Auerbach corporate records. During our "meet and confer" discussion, I stated that Mr. Cohen is a former employee (not a principal) of Auerbach who did not take any papers with him when he resigned. I further stated to Mr. Greco that I believed the deposition of Mr. Cohen should be taken as scheduled and that he could question Mr. Cohen under oath about whether he possessed the documents that he was being asked to produce and/or whether he knew the present location of any such documents. I indicated that, if it turned out that Mr. Cohen did possess any relevant Auerbach documents, he could be questioned again after they were produced. Mr. Greco declined my suggestion and adjourned the deposition.

4. Based on the foregoing, I do not believe that the motion to compel presents any issues that require the Court's intervention. Mr. Cohen cannot be compelled to

produce records that he simply does not possess and should not be expected to possess. The motion should be denied in all respects.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 12th day of July 2005 at Stamford, Connecticut.

_____
Mark S. Gregory

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, this 12th day of July, 2005 on all counsel of record as follows:

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive,
Suite 201
Simsbury, Connecticut 06089
(860) 392-5018
(860) 392-5058 (facsimile)
***Attorneys for Great West Life & Annuity Insurance. Co.
and One Health Plan, Inc.***

Kevin M. Greco, Esq.
Stephanie A. McLaughlin, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901
(203) 425-4200
(203) 325-8608 (facsimile)
***Attorneys for William Scovin***

Mr. Robert Drake
558 Lime Rock Road
Lakeville, Connecticut 06039
***(Pro se)***

_____
Mark S. Gregory