138

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV01161(AWT) |
| ) | |
| GREAT-WEST LIFE & ANNUITY INS. CO., ) | |
| ONE HEALTH PLAN, INC., AUERBACH, POLLAK ) | |
| & RICHARDSON, INC., HUGH REGAN, ) | |
| LEWIS COHEN, ROBERT DRAKE, A. JONES ) | |
| YORKE ) | |
| Defendants. ) | |
| ). | JULY 11, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS REGAN, COHEN & YORKE'S
<u>MOTION FOR JUDGMENT ON THE PLEADINGS DATED JUNE 21, 2005</u>**

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a 45 day extension of time to respond to Defendants Regan, Cohen & Yorke's Memorandum of Law in Support of their Motion for Judgment on the Pleadings.

**ORAL ARGUMENT NOT REQUESTED**

Extension GRANTED, nunc pro tunc, to and including August 27, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   9/8/05