UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL -7 P 7:33

WILLIAM SCOVIN,

    Plaintiff,

v.

CASE NO. 3:02CV1161 (AWT)

GREAT WEST LIFE & ANNUITY
INSURANCE CO., et al.,

    Defendants.

## RULING ON PENDING DISCOVERY MOTIONS

Defendant Drake's "Amended Request for Discovery" (doc. #123) is DENIED without prejudice. The *pro se* defendant Drake requests production of documents from the plaintiff. Before seeking the court's intervention, the defendant must seek the discovery from the plaintiff and otherwise comply with the Federal Rules of Civil Procedure and the local rules of civil procedure for the District of Connecticut. *See, e.g.* Fed. R. Civ. P. 34; D. Conn. L. Civ. R. 5(e) (requests for production and other discovery requests shall not be filed with court). Defendant Drake's "Motion to Compel Plaintiff to Produce Certain Documents in Connection with Defendant Drake's Undated Discovery Request in Reply to Plaintiff's Objections Dated March 10, 2005" (doc. #124) is also DENIED without prejudice. Before the court will entertain a motion to compel, the defendant must file with his motion a memorandum which contains "a concise statement of the nature of the case and a specific verbatim listing of each of the items of discovery sought or opposed, and

immediately following each specification shall set forth the reason why the item should be allowed or disallowed. . . . Every memorandum shall include, as exhibits, copies of the discovery requests in dispute." See D. Conn. L. Civ. R. 37(a)(3). The rule also requires that the plaintiff file an affidavit "certifying that he or she has conferred with counsel for the opposing party in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and has been unable to reach such an agreement." See D. Conn. L. Civ. R. 37(a)(2). Drake may refile the motion in compliance with the local rules.

    SO ORDERED at Hartford, Connecticut this 7th day of July, 2005.

                                  Donna F. Martinez
                                  United States Magistrate Judge