UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN <br><br> Plaintiff, <br><br> v. <br><br> GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEALTH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE <br><br> Defendants. | CIVIL ACTION NO. 3:02CV01161(AWT) <br><br><br><br> OCTOBER 17, 2005 |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS REGAN, COHEN & YORKE'S MOTION FOR JUDGMENT ON THE PLEADINGS

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1)(b), respectfully moves for a 16 day extension of time until November 4, 2005 to respond to Defendants Regan, Cohen & Yorke's Memorandum of Law in Support of their Motion for Judgment on the Pleadings.

**ORAL ARGUMENT NOT REQUESTED**

*Extension GRANTED, nunc pro tunc, to and including November 4, 2005. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT  10/21/05*