**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------------x
WILLIAM SCOVIN,                           :
                                          :
                Plaintiff,                :
                                          :
v.                                        :
                                          : Case No. 02CV01161(AWT)
                                          :
GREAT-WEST LIFE & ANNUITY INS. CO.,       :
ONE HEALTH PLAN, INC.,                    :
AUERBACH, POLLACK & RICHARDSON, INC.,     :
HUGH REGAN, LEWIS COHEN, ROBERT           :
DRAKE, and A. JONES YORKE,                :
                                          :
                Defendants.               :
------------------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's Motion to Amend Complaint (Doc. No. 147) is hereby GRANTED. The plaintiff shall file the Amended Complaint forthwith.

    It is so ordered.

    Dated this 1st day of December 2005 at Hartford, Connecticut.

                                                       /s/AWT

                                        _____
                                            Alvin W. Thompson
                                    United States District Judge