IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>DECEMBER 14, 2005 |

**DEFENDANTS HUGH REGAN, LEWIS COHEN AND A. JONES YORKE'S
MOTION FOR EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Hugh Regan, Lewis Cohen and A. Jones Yorke (collectively, the "Individual Defendants") respectfully move for a thirty (30) day extension of time, to and including January 13, 2006, to respond to plaintiff's amended complaint. As good cause for seeking this extension of time, the Individual Defendants state that they have been in recent discussions with plaintiff to determine if there is any potential for compromise. The Individual Defendants require the requested extension to determine if these discussions will prove fruitful and, if not, to prepare the appropriate response to plaintiff's amended complaint which asserts numerous additional causes of action against them.

This is the Individual Defendants first request for extension of time with respect to this time limitation. The undersigned spoke with opposing counsel who indicated that he does not object to the requested extension.

        THE DEFENDANTS
        LEWIS COHEN, HUGH REGAN AND
        A. JONES YORKE

        By: *James T. Moriarty*
           James M. Moriarty (ct 21876)
           Kelley Drye & Warren LLP
             Their Attorneys
           Two Stamford Plaza
           281 Tresser Boulevard
           Stamford, Connecticut 06901-3229
           Telephone: (203) 324-1400
           Facsimile: (203) 327-2669
           E-mail: jmoriarty@kelleydrye.com

        and

        Richard G. Cushing (ct 15997)
        Cushing Law Firm, P.C.
        420 East 54th Street
        New York, New York 10022
        Telephone: (212) 371-8880
        Facsimile: (212) 704-6288
        E-mail: richard.cushing@trautman.com.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first-class mail, postage prepaid, this 14th day of December, 2005 on all counsel and *pro se* parties of record as follows:

>Christopher G. Barnes, Esq.
>Jeffrey L. Williams, Esq.
>Jorden Burt
>175 Powder Forest Drive,
>Suite 201
>Simsbury, Connecticut  06089
>(860) 392-5018
>(860) 392-5058 (facsimile)
>***Attorneys for Great West Life & Annuity Insurance. Co.***
>***and One Health Plan, Inc.***
>
>Kevin M. Greco, Esq.
>Stephanie A. McLaughlin, Esq.
>Peter M. Nolin, Esq.
>Sandak Hennessey & Greco
>707 Summer Street
>Stamford, Connecticut  06901
>(203) 425-4200
>(203) 325-8608 (facsimile)
>***Attorneys for William Scovin***
>
>Mr. Robert Drake
>558 Lime Rock Road
>Lakeville, Connecticut 06039
>***(Pro se)***

/s/ James M. Moriarty
James M. Moriarty

CT01/MORIJA/222297.1