IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br>DECEMBER 14, 2005 |

### DEFENDANTS HUGH REGAN, LEWIS COHEN AND A. JONES YORKE'S MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), Defendants Hugh Regan, Lewis Cohen and A. Jones Yorke (collectively, the "Individual Defendants") respectfully move for a thirty (30) day extension of time, to and including January 13, 2006, to respond to plaintiff's amended complaint. As good cause for seeking this extension of time, the Individual Defendants state that they have been in recent discussions with plaintiff to determine if there is any potential for compromise. The Individual Defendants require the requested extension to determine if these discussions will prove fruitful and, if not, to prepare the appropriate response to plaintiff's amended complaint which asserts numerous additional causes of action against them.

Extension GRANTED, nunc pro tunc, to and including January 13, 2006. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/23/05