IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JANUARY 12, 2006 |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56, Defendants Hugh Regan ("Regan"), Lewis Cohen ("Cohen") and A. Jones Yorke ("Yorke") (collectively, the "Individual Defendants") respectfully move for an Order granting Summary Judgment in their favor with respect to all of the causes of action asserted against them in Plaintiff's amended complaint on the grounds that none of them are fiduciaries under ERISA, the Plaintiff's state law claims are preempted by ERISA and, even if the state common law claims are not preempted, there are simply no genuine issues of material fact necessitating a trial on any of them. In support of their motion, the Individual Defendants submit the accompanying Memorandum of Law, Local Rule 56(a)1 Statement and Declaration of James M. Moriarty with exhibits.

ORAL ARGUMENT REQUESTED

THE DEFENDANTS
LEWIS COHEN, HUGH REGAN AND
A. JONES YORKE

By: /s/ James M. Moriarty
James M. Moriarty (ct 21876)
Kelley Drye & Warren LLP
   Their Attorneys
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901-3229
Telephone: (203) 324-1400
Facsimile: (203) 327-2669
E-mail: jmoriarty@kelleydrye.com
 and

Richard G. Cushing (ct15997)
Cushing Law Firm, P.C.
420 East 54th Street
New York, New York 10022
Telephone: (212) 371-8880
Facsimile: (212) 704-6288
E-mail: richard.cushing@trautman.com.

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was served via overnight mail, this 12th day of January, 2006 on all counsel of record as follows:

Kevin M. Greco, Esq.
Stephanie A. McLaughlin, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901
(203) 425-4200
(203) 325-8608 (facsimile)
***Attorneys for William Scovin***

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive,
Suite 201
Simsbury, Connecticut 06089
(860) 392-5018
(860) 392-5058 (facsimile)
***Attorneys for Great West Life & Annuity Insurance. Co.***
***and One Health Plan, Inc.***

Mr. Robert Drake
558 Lime Rock Road
Lakeville, Connecticut 06039
*(Pro se)*

*James M. Moriarty*