IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JANUARY 12, 2006 |

## DECLARATION OF JAMES M. MORIARTY

James M. Moriarty declares as follows:

1. I am an attorney admitted to practice in this Court and an associate with the law firm of Kelley Drye & Warren LLP, counsel for defendants Hugh Regan ("Regan"), Lewis Cohen ("Cohen") and A. Jones Yorke ("Yorke") (collectively the "Individual Defendants") in this matter. I make this Declaration in support of the Individual Defendants Motion for Summary Judgment with respect to all of the causes of action asserted against them by Plaintiff William Scovin in his Amended Complaint.

2. I am submitting herewith, in support of the Individual Defendants' Motion for Summary Judgment, certain documents and testimony which are identified below. Exhibit 1 is a copy of Plaintiff's Amended Complaint. Exhibits 2-6 and 8 consist of excerpts of testimony from depositions taken in this case. The remaining exhibits are documents which were produced by the parties in discovery, including documents produced by Defendants Great-West Life &

Annuity Ins. Co. and One Health Plan, Inc. Many of these documents were marked as exhibits at the depositions taken in this case. The documents attached hereto are as follows:

3. Attached hereto as *Exhibit 1* is a copy of the Amended Complaint.

4. Attached hereto as *Exhibit 2* are excerpts from the October 12, 2005 deposition of William B. Scovin.

5. Attached hereto as *Exhibit 3* are excerpts from the August 24, 2005 Fed. R. Civ. P. 30(b)(6) deposition of Great-West Life & Annuity Insurance Company ("Great-West") and One Health Plan, Inc. at which Ms. Patricia Fry testified on behalf of both entities.

6. Attached hereto as *Exhibit 4* are excerpts from the August 16, 2005 deposition of Hugh Regan.

7. Attached hereto as *Exhibit 5* are excerpts from the September 1, 2005 deposition of Lewis Cohen.

8. Attached hereto as *Exhibit 6* are excerpts from the August 16, 2005 deposition of A. Jones Yorke.

9. Attached hereto as *Exhibit 7* is a true and correct copy of the Share Purchase Agreement between eVision USA.com, Inc. ("eVision"), American Frontier Financial Corporation and Auerbach, Pollack & Richardson, Inc. ("APR"), Bate stamped 0311-0325.

10. Attached hereto as *Exhibit 8* are excerpts from the June 29, 2005 deposition of Robert Drake.

11. Attached hereto as *Exhibit 9* is a true and correct copy of the Services Contract by and between Great-West and eVision, Bate stamped GW 000452-465.

12. Attached hereto as *Exhibit 10* is a true and correct copy of the eVision USA.Com, Inc. PPO/POS Booklet (Summary Plan Description), Bate stamped SCOV 0002-30.

13. Attached hereto as *Exhibit 11* is a true and correct copy of the NASD Dispute Resolution, Inc. Award in Case No. 98-04806 (<u>Woodley v. Auerbach, Pollak & Richardson, Inc., et al.</u>), obtained via the NASD's website.

14. Attached hereto as *Exhibit 12* is a true and correct copy of a June 8, 2001 letter from Great-West to William Scovin, Bate stamped SCOV 0173.

15. Attached hereto as *Exhibit 13* is a true and correct copy of a June 20, 2001 Great-West Life & Health Transmittal Form, Bate stamped GW00618-619

16. Attached hereto as *Exhibit 14* is a true and correct copy of a June 29, 2001 memorandum from Terri Spahn to Hugh Regan, Bate stamped 0384-385.

17. Attached hereto as *Exhibit 15* is a true and correct copy of a June 29, 2001 letter from Terri Spahn to Capital District Physician's Health Plan, Bate stamped 0347.

18. Attached hereto as *Exhibit 16* is a true and correct copy of a July 2, 2001 email from Great-West employee Allison Zellner to various recipients, Bate stamped GW000844.

19. Attached hereto as *Exhibit 17* is a true and correct copy of a July 9, 2001 email from Great-West employee Christy Metros Bougie to various recipients, Bate stamped GW000843-844.

20. Attached hereto as *Exhibit 18* is a true and correct copy of a One Health Plan Medical Benefits Fax, Bate stamped SCOV 0502-503

21. Attached hereto as *Exhibit 19* is a true and correct copy of a July 13, 2001 Memorandum from Terri Spahn to Jeffrey Scott of Great-West, Bate stamped GW 000208-212.

22. Attached hereto as *Exhibit 20* is a true and correct copy of a Great-West screen shot dated July 13, 2001, Bate stamped GW 000823.

23. Attached hereto as *Exhibit 21* is a true and correct copy of a July 16, 2001 memorandum from Terri Spahn to Hugh Regan and Lewis Cohen, Bate stamped 0389-0391.

24. Attached hereto as *Exhibit 22* is a true and correct copy of a September 19, 2001 letter from Great-West to Hugh Regan, Bate stamped 0145 and APR-0087.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

James M. Moriarty

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via overnight mail this 12th day of January, 2006 on all counsel of record as follows:

>Kevin M. Greco, Esq.
>Stephanie A. McLaughlin, Esq.
>Peter M. Nolin, Esq.
>Sandak Hennessey & Greco
>707 Summer Street
>Stamford, Connecticut 06901
>(203) 425-4200
>(203) 325-8608 (facsimile)
>**Attorneys for William Scovin**
>
>Christopher G. Barnes, Esq.
>Jeffrey L. Williams, Esq.
>Jorden Burt
>175 Powder Forest Drive,
>Suite 201
>Simsbury, Connecticut 06089
>(860) 392-5018
>(860) 392-5058 (facsimile)
>**Attorneys for Great West Life & Annuity Insurance. Co.
> and One Health Plan, Inc.**
>
>Mr. Robert Drake
>558 Lime Rock Road
>Lakeville, Connecticut 06039
>**(Pro se)**

_____
James M. Moriarty