# Exhibit 2

**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

CIVIL ACTION NO.: 02CV01161 (AWT)

------------------------------------x

WILLIAM A. SCOVIN,

               Plaintiff,

VS.

GREAT-WEST LIFE & ANNUITY INS.
CO., ONE HEALTH PLAN, INC.,
AUERBACH, POLLAK & RICHARDSON,
INC., HUGH REGAN, LEWIS COHEN,
ROBERT DRAKE and A. JONES YORKE,

               Defendants.

------------------------------------x


DEPOSITION
OF THE PLAINTIFF
WILLIAM A. SCOVIN


HELD AT:  OFFICES OF:
          SANDAK, HENNESSEY & GRECO, LLP
          707 Summer Street
          Stamford, Connecticut 06901
ON:       October 12, 2005
AT:       1:00 P.M.


GOLDFARB & AJELLO COURT REPORTING SERVICE
24 East Avenue, New Canaan, Connecticut 06840

```
 1
 2                WILLIAM    A.    SCOVIN,
 3                     35 Canfield Drive
 4                Bridgewater, Connecticut 06752
 5           having been duly sworn by Dianne Hillman,
 6           a Notary Public of the State of Connecticut,
 7           was examined and testified as follows:
 8
 9   EXAMINATION BY ATTORNEY MORIARTY:
10
11   Q       State your name for the record, please.
12   A       William A. Scovin.
13   Q       Mr. Scovin, in connection with this litigation, you
14           brought claims against Great-West Life Annuity and
15           One Health Plan; correct?
16   A       Correct.
17   Q       And you have settled those claims?
18   A       My understanding is there has been an agreement.
19           Through my attorneys, I have been told that I have
20           been -- that's what I know.  I have not spoken
21           directly to Great-West.
22   Q       Okay.  So it's your understanding that there is an
23           agreement with Great-West to settle the claims?
24                       ATTORNEY NOLIN:  I object and
25           instruct you - you don't have to disclose what you
```

| | | |
|---|---|---|
| 1 | | agree. |
| 2 | A | I agree. |
| 3 | Q | You were an employee of APR; correct? |
| 4 | A | Correct. |
| 5 | Q | When did you start work there? |
| 6 | A | In 1999. I believe August 1999. I don't remember |
| 7 | | the day. |
| 8 | Q | What were your duties at APR starting in August of |
| 9 | | '99? |
| 10 | A | I was an Equities Research Analyst. |
| 11 | Q | Okay. And what does an Equities Research Analyst do, |
| 12 | | or what does that position entail? |
| 13 | A | It looks at companies, writes reports, makes |
| 14 | | recommendations to clients, talks to the sales force. |
| 15 | Q | Okay. At the time that you began work at APR in |
| 16 | | August of '99, what was the business of APR? |
| 17 | A | The single business? Registered broker/dealer. |
| 18 | Q | Okay. And generally, what was the business of APR as |
| 19 | | a broker/dealer? |
| 20 | A | To trade equities and other securities, to sell |
| 21 | | equities to the investing public, and to facilitate |
| 22 | | capital transactions -- |
| 23 | Q | Okay. |
| 24 | A | -- for clients. |
| 25 | Q | Was it primarily a retail broker? |

WILLIAM A. SCOVIN

| | | |
|---|---|---|
| 1 | A | Primarily, yes. |
| 2 | Q | Okay. Who did you report to in August of '99 at APR? |
| 3 | A | A gentleman who left -- subsequently left the firm. |
| 4 | | John is the first name. I'm drawing a blank on the |
| 5 | | last name. |
| 6 | Q | Do you recall approximately when John left APR? |
| 7 | A | No, I do not. It might have been a year after I |
| 8 | | joined. I don't remember. |
| 9 | Q | Subsequent to this individual, John, who did you |
| 10 | | report to? |
| 11 | A | Unclear. |
| 12 | Q | Okay. Why is it unclear? |
| 13 | A | I mostly spoke with Mr. Regan. |
| 14 | Q | Okay. And when you say "spoke," did you have a |
| 15 | | direct reporting relationship to Mr. Regan? |
| 16 | A | De facto, yes. |
| 17 | Q | Was there a head of Research at APR at the time you |
| 18 | | were there? |
| 19 | A | No. |
| 20 | Q | Okay. Were there other individuals within the |
| 21 | | research group or Research Department while you were |
| 22 | | there? |
| 23 | A | Yes. |
| 24 | Q | And who were those other individuals? |
| 25 | A | Manuel Recarey R-E-C-A-R-E-Y; Christopher, someone |

|  |   |   |
|---|---|---|
| 1 |   | named Christopher, again the last name is a blank; a |
| 2 |   | woman named Marla Backer B-A-C-K-E-R; a gentleman |
| 3 |   | named Andrew Blum B-L-U-M. There might be other |
| 4 |   | names. I do not recall at this time. |
| 5 | Q | Did any of these individuals report to you? |
| 6 | A | Report to me? |
| 7 | Q | Yes. Did you supervise any of these individuals? |
| 8 | A | No. |
| 9 | Q | Okay. Did your responsibilities at APR change over |
| 10 |   | time? |
| 11 | A | My title did not change. |
| 12 | Q | Okay. And starting in August of '99, you were |
| 13 |   | conducting research for APR; correct? |
| 14 | A | Correct. |
| 15 | Q | Okay. And did your responsibilities or duties at APR |
| 16 |   | change over time? |
| 17 | A | No. |
| 18 | Q | Okay. So throughout -- throughout your time at APR, |
| 19 |   | you were a Research Analyst? |
| 20 | A | Correct. |
| 21 | Q | Do you remember what Mr. Regan's position was back in |
| 22 |   | August of '99 when you joined the firm? |
| 23 | A | I don't remember if he was termed President, or |
| 24 |   | Chairman, or CEO of Auerbach. |
| 25 | Q | Okay. And Auerbach being Auerbach, Pollak & |

WILLIAM A. SCOVIN

1         Richardson which we have been referring to as APR?
2   A     Correct.
3   Q     Do you recall if Lew Cohen was an employee of APR
4         when you started in August of '99?
5   A     Yes.
6   Q     Do you know what his position was?
7   A     He was called "Controller" in my presence.
8   Q     Okay. Do you know if that was his official title?
9   A     I do not know for a fact.
10  Q     Was Mr. Jones Yorke an employee of APR in August of
11        '99 when you began there?
12  A     I do not know for a fact.
13  Q     Okay. Do you know if he was ever an employee of APR?
14  A     I do not know for a fact.
15  Q     Do you know if he was on the Board of Directors when
16        you began in August of '99?
17  A     I so believed. His name was on the web site and in
18        literature as a member of the Board of Directors.
19  Q     Okay. And you recall seeing his name on the web site
20        and literature in August of '99?
21  A     Vaguely, yes.
22  Q     Okay. In August of '99, did you report to Mr. Cohen?
23  A     No.
24  Q     Okay. Did you report to Mr. Yorke?
25  A     No.

1  Q    Okay. What about at any point in time while you were
2       at APR, did you ever report to Mr. Cohen?
3  A    No.
4  Q    Okay. What about to Mr. Yorke?
5  A    No.
6  Q    Okay. And you testified that you reported "de facto"
7       to Mr. Regan. What does that mean?
8  A    What business was to be discussed, it was with
9       Mr. Regan. Was there ever an announcement that "From
10      this point on, you will report to me"? No, there was
11      not.
12 Q    Okay. And did the other individuals within your
13      group also report to Mr. Regan?
14 A    As I did in the same fashion.
15 Q    When did your employment at APR end?
16 A    January 2001, I believe.
17 Q    Okay. And why did your employment at APR end?
18 A    I was laid off.
19 Q    Were there other individuals in the Research Analyst
20      Group that were also laid off?
21 A    I do not recall.
22 Q    Okay. And putting aside the time period of January
23      2001, at any time that you were at APR between August
24      of '99 and January 2001, do you recall anybody else
25      in your group, the Research Analyst Group, being laid

| | | |
|---|---|---|
| 1 | | off? |
| 2 | A | I believe Mr. Blum was laid off. |
| 3 | Q | Do you recall when that was? |
| 4 | A | Did you ask a question, Counselor? I'm sorry. |
| 5 | Q | Yes. Do you recall when Mr. Blum was laid off? |
| 6 | A | I do not recall. |
| 7 | Q | Okay. Were you given any reasons for your layoff? |
| 8 | A | No. |
| 9 | Q | Okay. You were just told you were laid off, and that |
| 10 | | was the end of it? |
| 11 | A | Counsel, I do not understand the question. |
| 12 | Q | Okay. Who told you back in January of 2001 that your |
| 13 | | employment with APR would cease? |
| 14 | A | Dennis McAlpine. |
| 15 | Q | And what did Mr. McAlpine say to you? |
| 16 | A | "You cannot stay here." |
| 17 | Q | And did he tell you why you could not stay there? |
| 18 | A | Not specifically. |
| 19 | Q | Did you ask him? |
| 20 | A | No. |
| 21 | Q | So Mr. McAlpine told you you could no longer stay at |
| 22 | | APR, and you didn't ask why? |
| 23 | A | Correct. |
| 24 | Q | Did you have an understanding as to why? |
| 25 | A | Yes. |

WILLIAM A. SCOVIN

| | | |
|---|---|---|
| 1 | | ATTORNEY NOLIN: In writing. |
| 2 | A | Written contracts? |
| 3 | | ATTORNEY NOLIN: He is asking for |
| 4 | | written contracts. |
| 5 | A | No, I do not. |
| 6 | Q | Okay. Did you ever enter into any contracts with |
| 7 | | Mr. Regan, be they written or oral? |
| 8 | A | Definition of "contract"? |
| 9 | Q | An agreement between two parties. |
| 10 | A | Yes. |
| 11 | Q | Okay. And was it a written contract or an oral |
| 12 | | contract? |
| 13 | A | Oral. |
| 14 | Q | And when was that contract? |
| 15 | A | When I left the firm. |
| 16 | Q | Okay. And what was the contract for? |
| 17 | A | I requested two months' healthcare be paid for by |
| 18 | | Auerbach, Pollak & Richardson. |
| 19 | Q | That was a contract between yourself and Auerbach, |
| 20 | | Pollak & Richardson? |
| 21 | A | It was a contract between myself and Auerbach, Pollak |
| 22 | | & Richardson as represented by Mr. Regan. |
| 23 | Q | Who was the President of the company at that point in |
| 24 | | time? |
| 25 | A | I believe President, or CEO, or Chairman, or some |

WILLIAM A. SCOVIN

1              such title.
2     Q        And that would have been your health insurance for
3              January and February?
4     A        No.  February and March.
5     Q        Okay.  And to your knowledge, was that paid?
6     A        Yes.
7     Q        Other than the one oral contract that you've just
8              testified to, are there any other contracts between
9              yourself and Mr. Regan?
10    A        No.
11    Q        Okay.  Number 4 on that same page, asks for:
12                      "All communications between
13             yourself and Mr. Regan between January 1, 2001 and
14             December 1, 2001."  And these would be written
15             communications.
16                      Did you search for any documents
17             that would be responsive to Number 4?
18    A        I only recall a Demand Letter sent after the refusal
19             of my health claims by the Plan, and a letter
20             received from Mr. Regan in response to the Demand
21             Letter.
22    Q        And that would have been in 2002; correct?
23    A        I don't recall the date.
24    Q        Okay.  But other than those two letters, are you
25             aware of any other written communications between

| | | |
|---|---|---|
| 1 | A | Not really.  At the end of March, we had not received |
| 2 | | our Cobra documentation packet which would have |
| 3 | | enabled us to file for health coverage under Cobra. |
| 4 | | We had to call the company and go |
| 5 | | through several phone calls with different |
| 6 | | individuals to find the documentation and the people |
| 7 | | responsible for providing the documentation so that |
| 8 | | we could apply for Cobra coverage. |
| 9 | Q | And you received it? |
| 10 | A | When Cobra coverage documentation finally arrived, it |
| 11 | | was the first we had heard of the new Plan. |
| 12 | Q | Okay.  Now, prior to April of 2001, you were not |
| 13 | | receiving health insurance through Cobra because APR |
| 14 | | was paying for those two months; correct? |
| 15 | A | Correct. |
| 16 | Q | Okay.  If you turn to Paragraph 27, which I believe |
| 17 | | is two pages in from there -- |
| 18 | A | Yes. |
| 19 | Q | -- it says: |
| 20 | | "Throughout the relevant time |
| 21 | | period the Defendants, their agents and |
| 22 | | representatives, repeatedly represented to and |
| 23 | | assured William Scovin that his medical benefits were |
| 24 | | continuing, that the Plan was in effect, and that his |
| 25 | | procedures were approved, and that his bills would be |