# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------- X

WILLIAM SCOVIN,                    :

        Plaintiff,      :

      VS.                   :   NO. 02CV01161(AWT)

GREAT-WEST LIFE & ANNUITY    :
INS. CO., ET AL.,
                   :

        Defendants.     :
                   :
---------------------------- X


D E P O S I T I O N


THE DEPOSITION OF PATRICIA FRY, taken

on behalf of the Defendants, before Kevin

Lombino, Registered Professional Reporter,

Notary Public within the State of Connecticut

License Number 00191, on the 24th day of August,

2005 at 8:58 a.m., at the offices of Jorden

Burt, LLP, 174 Powder Forest Drive, Simsbury,

Connecticut.



4

1              PATRICIA M. FRY, called as a witness, after

2         having been duly sworn, was examined and

3         testified as follows:

4                   DIRECT EXAMINATION

5    BY MR. MORIARTY:

6         Q.    State your name and address for the record,

7    please.

8         A.    Patricia, P-a-t-r-i-c-i-a, M. Fry, F-r-y.  My

9    address is 8505 East Orchard Road, Greenwood Village,

10   Colorado, 80111.

11        Q.    And that's your home address or business

12   address?

13        A.    That's my business address.

14        Q.    Have you ever been deposed before?

15        A.    Yes.

16        Q.    How many times?

17        A.    Probably more than 20.

18        Q.    So you are familiar with the deposition process?

19        A.    Yes.

20        Q.    Is there any reason you can think of why you

21   wouldn't be able to give truthful testimony today?  On

22   medication, bad night's sleep, anything like that?

23        A.    No.

24        Q.    What did you do to prepare for today's

25   deposition?

11

1  of this litigation -- which I believe was sometime in

2  summer of 2002 -- do you recall doing any specific work

3  on the Auerbach, Pollak & Richardson health care plan

4  during that time period?

5       A.   Repeat the time period please.

6       Q.   August 2001 through July 2002.

7       A.   Not that I recall.

8       Q.   Has your work on -- strike that.

9            Has your work in connection with Mr. Scovin's

10 claim, did that primarily start at the time that the

11 litigation was commenced?

12      A.   Yes.

13      Q.   So prior to the commencement of the litigation,

14 you didn't do any work in connection with Mr. Scovin's

15 claim for benefits?

16      A.   Not that I recall.

17      Q.   What is the relationship between Great-West and

18 One Health Plan?

19      A.   One Health was a subsidiary of Great-West from

20 probably 1995 through 2002 or three, 2002 or three.  I'm

21 not sure exactly when that relationship stopped.

22      Q.   Does One Health still exist today?

23      A.   No.

24      Q.   Do you know what happened to that company?

25      A.   Great-West Health Care took over the

**GOLDFARB AND AJELLO (203) 972-8320**

12

1    responsibilities of One Health Plan.

2        Q.    When you say "took over the responsibilities,"

3    what do you mean by that?

4        A.    It was really a change of name and Great-West

5    Health Care took over the responsibilities and the

6    performing the functions that One Health Plan performed

7    while One Health Plan was a subsidiary of Great-West.

8        Q.    So for all intents and purposes, One Health or

9    the functions of One Health merged into Great-West and

10   One Health ceased to exist?

11       A.    That's right.

12       Q.    And that was in 2002 or 2003?

13       A.    Yes.  I'm not sure of the exact date.

14            MR. MORIARTY:  Mark as Defendants' Exhibit 1

15            the notice of deposition for Great-West dated

16            July 20, 2005.

17            (Defendants' Exhibit 1, Great-West notice of

18            deposition, marked for identification, as of

19            this date.)

20       Q.    I'd just ask you to take a look at this document

21   and tell me if you've ever seen it before.

22       A.    Okay.

23       Q.    Have you ever seen this document before?

24       A.    Yes, I have.

25       Q.    For the record, there is a number 42 on the top

GOLDFARB AND AJELLO (203) 972-8320

13

1   with a circle on it.  That's just an internal docking

2   number from my office.

3          This is a notice of deposition that was served

4   on Great-West; and if you look at the last sentence in

5   this full paragraph here prior to the number one, it

6   says, "In accordance with rule 30(b)6 of the federal

7   rules of civil procedure, Great-West shall designate one

8   or more individuals to testify on its behalf as to the

9   following subject matter."

10         And number one is the administration of the

11  Auerbach, Pollak & Richardson, Inc. open paren quote

12  Auerbach health plan during the year 2001 including

13  communications with Auerbach about the status of the

14  plan.

15         Do you have any knowledge about the

16  administration of the Auerbach, Pollak & Richardson, Inc.

17  health plan during the year 2001?

18      A.   Yes.

19      Q.   Is that based on your review of documents in

20  connection with the preparation for today's deposition?

21      A.   Yes.

22      Q.   You didn't perform any particular work back in

23  2001 on the health plan, correct?

24      A.   Not that I recall.

25      Q.   Number two on the next page, the administration

34

1    August 1, 2000 and July 31, 2001?

2         A.    Could you repeat the question please?

3         Q.    Sure.  Do you know if E-Vision entered into any

4    agreements -- putting aside the term "group-subscriber

5    contract" -- with One Health Plan after August 1, 2000?

6         A.    I don't know.

7         Q.    Okay.  If you look at the page ending in Bates

8    465, which is the last page of the exhibit, it's a

9    document entitled "application for group contract."  It's

10   like a signature page.

11         Do you recognize what an application for group

12   contract is?

13        A.    Yes.

14        Q.    What is that?

15        A.    It's the application that an employer submits to

16   Great-West to apply for a contract.

17        Q.    So prior to this services contract being entered

18   into between Great-West and E-Vision, E-Vision would have

19   had to apply for a contract?

20        A.    Yes.

21        Q.    Okay.  Do you know if that application exists

22   today?

23        A.    I don't know.

24        Q.    Do you know what information would be included

25   in that application?

**GOLDFARB AND AJELLO (203) 972-8320**

42

1      Q.   Do you know what the specific stop-loss level

2   pursuant to this contract was?

3      A.   I don't recall.

4      Q.   You can put that to the side.

5           MR. MORIARTY:   Mark this as Defendants'

6           Exhibit 7.

7           (Defendants' Exhibit 7, E-Vision USA.com,

8           Inc. PPO/POS booklet, marked for identification

9           as of this date.)

10     Q.   For the record, Defendants' Exhibit 7 bears

11  production numbers SCOV002 through SCOV0030.

12     A.   Okay.

13     Q.   Have you ever seen this document before?

14     A.   Yes, I have.

15     Q.   Can you tell me what it is?

16     A.   Entitled E-Vision USA.com, Inc. PPO/POS booklet.

17     Q.   What is a PPO/POS booklet?

18     A.   It's a summary plan description for health

19  benefits under the E-Vision health plan.

20     Q.   What is the purpose of this booklet?

21     A.   To provide information to members regarding

22  their health care coverage.

23     Q.   And members would be members of the E-Vision

24  USA.com, Inc. health care plan?

25     A.   That's right.

45

1          Group Coverage application, marked for

2          identification, as of this date.)

3     Q.   Before we turn to Defendants' 8, you can put

4  that to the side for one second.  Defendants' 7 which is

5  the PPO/POS booklet, do you know is that prepared by

6  Great-West or is that prepared by the -- in this case,

7  E-Vision?

8     A.   This was prepared by Great-West.

9     Q.   And where would Great-West get the information

10 from to prepare this?

11    A.   From our general plan design information and

12 from the application.

13    Q.   And as far as the plan administrator agent for

14 service of process, that type of information, where would

15 that come from?

16    A.   It would have come from the client.

17    Q.   Which in this case would be E-Vision?

18    A.   Yes, that's right.

19    Q.   Now we can move on to 8.

20         Do you recognize this document?

21    A.   Yes.

22    Q.   Is this a document that you reviewed in

23 preparation for today's deposition?

24    A.   I have seen the document before; I don't know

25 whether I've seen it in preparation for today, but I have

**GOLDFARB AND AJELLO (203) 972-8320**