# Exhibit 4

Case 3:02-cv-01161-AWT    Document 153-12    Filed 01/13/2006    Page 1 of 8

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT


--------------------------------X
WILLIAM SCOVIN                  :

          Plaintiff           ,:

     VS.                        :  NO. 02CV01161(AWT)

GREAT-WEST LIFE ANNUITY INS.    :
ET AL
          Defendants          ,:

--------------------------------X
             D E P O S I T I O N
```

THE DEPOSITION OF HUGH REGAN, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Melodie Ajello, Registered Professional Reporter, Notary Public within the State of Connecticut, on the 16th day of August, 2005, at 10:06 a.m, at the offices of SANDAK, HENNESSEY & GRECO, 707 Summer Street, Stamford, Connecticut, 06901.

```
        GOLDFARB AND AJELLO REPORTING SERVICES
                 24 East Avenue #1372
              New Canaan, Connecticut  06840
```

1  HUGH REGAN,
2          called as a witness, after having been duly
3  sworn, was examined and testified as follows:
4          THE WITNESS:  I do.  Hugh Regan,
5  269 West 72nd Street, New York, New York
6  10023.
7          DIRECT EXAMINATION
8  BY MR. NOLIN:
9      Q.   Good morning, Mr. Regan.  As you know from
10 prior court appearance, my name is Peter Nolin.  I
11 represent Bill Scovin in this matter.
12          Have you ever given a deposition before?
13     A.   I have.
14     Q.   So you're familiar that you're under oath
15 and have to tell the truth?
16     A.   Yes.
17     Q.   You have the right to take breaks at any
18 time you want to.
19     A.   I wasn't aware of that, that's nice, back to
20 the 98-degree weather again.
21     Q.   If you have any questions or concerns about
22 what I have asked you, you have the right to ask me to
23 repeat it or clarify it.
24     A.   All right.
25     Q.   You, sir, were an officer with a company

1    A.    Harbor Financial Group was a broker-dealer.
2 It changed its name to Auerbach Pollack and Richardson
3 after I arrived.
4    Q.    And was that already a broker-dealer, an
5 established broker-dealer?
6    A.    Yes, it was.
7    Q.    And I notice in some of the paperwork,
8 you've referred to Auerbach, Pollack & Richardson, Inc. as
9 APR, can we use that in this deposition as a shorthand?
10   A.    Yes, that's fine.
11   Q.    Now, when you went to Harbor Financial and
12 it became APR over time, did you own shares in the entity
13 that became APR?
14   A.    No.
15   Q.    All right. Did there come a time when you
16 owned shares of APR?
17   A.    No.
18   Q.    Did you set up a holding company to hold
19 shares of APR?
20   A.    I didn't set up a holding company. There
21 was a holding company set up by the chairman in existence
22 that owned shares in APR.
23   Q.    And that is Auerbach Financial?
24   A.    That was called International Capital
25 Corporation of New York, and it changed its name to

1   Auerbach Financial Group.
2   Q. When did that occur?
3   A. Which?
4   Q. That it switched to Auerbach Financial?
5   A. I think shortly after the Harbor investment,
6   so it would have been 1993 at some point, I think.
7   Q. Did you put in money to join APR and APR
8   Financial or Auerbach Financial?
9   A. Yes, I put money in Auerbach Financial Group
10  over time.
11  Q. How much did you start out putting in?
12  A. I don't really recall.
13  Q. And how much in terms of shares of Auerbach
14  Financial did you have?
15  A. I think I was one of about six shareholders
16  at that time, or of the parties who joined, six or seven,
17  and I think at that point I probably had ten percent,
18  perhaps.
19  Q. And approximately what year was this?
20  A. 1993.
21  Q. And at that time did Auerbach Financial have
22  hundred percent ownership of APR?
23  A. It had, after going and meeting with
24  regulators, all but one share of APR, I believe.
25  Q. And who had that one remaining share?

1    A.    Perhaps -- I think the chairman had the
2 minutes and books and records over time, but he, I don't
3 think, retained them, and if there was a corporate
4 secretary, they may have maintained it during that period
5 of time. I just don't recall, to be honest.
6    Q.    And who was the chairman?
7    A.    The chairman during that period was John
8 Sands, John Keating Sands.
9    Q.    Who was the corporate secretary?
10   A.    I think he may have been. Because he was
11 the provider of the holding company that became Auerbach
12 Financial Group, he was the original owner.
13   Q.    And did there come a time when he ceased to
14 be the chairman?
15   A.    He later became the -- and actually then
16 became the chairman of Auerbach, Pollack &
17 Richardson, Inc., and later ceased to be the chairman of
18 Auerbach Pollack Richardson, I'm not sure of the time, I
19 think when Jones Yorke joined.
20   Q.    And approximately when did Jones Yorke join?
21   A.    My best recollection about 1996 or '7.
22   Q.    And at that time Mr. Yorke became chairman
23 of?
24   A.    Auerbach Financial Group, I believe, yeah.
25   Q.    When did you become president of Auerbach

Page 11

1  Financial?
2      A.    I think I became president of Auerbach
3  Financial.  I think Mr. Sands was also that at the time.
4  Remember, if you describe the transaction, that was the
5  company that he owned, so I think he was everything.  And
6  he was -- as I say, I believe I became it in late 1993
7  perhaps.
8      Q.    And when did you become a director of
9  Auerbach Financial; immediately with that transaction?
10     A.    Auerbach Financial Group?
11     Q.    Yes.
12     A.    That's possible.  I think in 1993.
13     Q.    And when did you become a director of APR?
14     A.    I believe I became a director in perhaps
15  late 1993, early 1994.  Whenever the Form BD was amended.
16     Q.    And as of let's say January of 2000, who was
17  keeping the books and records for Auerbach Financial?
18     A.    I'm not sure there were books and records
19  other than minutes of an annual meeting or something, and
20  I would think the corporate secretary; I just don't know,
21  to be honest.  It was not an operating entity of any kind,
22  so I'm not sure, to be honest, who was even corporate
23  secretary.
24     Q.    What was the structure of Auerbach
25  Financial?

Case 3:02-cv-01161-AWT    Document 153-12    Filed 01/13/2006    Page 8 of 8

Page 17

1  reflected in your records and tax records?
2       A.    Whatever I did with them would have been
3  reflected in my records, but as I said, I don't think I
4  received any that I recall from Auerbach Financial.  I
5  don't recall ever distributing anything to anybody.
6       Q.    And in 2000 you did a transaction with
7  another entity that put in capital into Auerbach, correct?
8       A.    No, I didn't, that's not what happened as
9  far as I know.
10      Q.    Why don't you tell me -- why don't you
11 describe the transaction that occurred in 2000 as you
12 recall.
13                MR. CUSHING:  May I interject; do you
14                have information as to the name of the
15                entity that you're describing so that
16                Mr. Regan can respond to the question?
17                MR. NOLIN:  If there was more than
18                one entity.  I've heard it referred to as
19                eVision, but it may go by different names.
20                MR. CUSHING:  1999, so that's where
21                the confusion might be, if you want to ask
22                the question.
23                THE WITNESS:  No, it's not.  The
24                eVision.
25      Q.    End of 2000?

Goldfarb & Ajello
203-972-8320

6f0a7b5d-db76-4efd-8f9d-ebf08b12f8c4