# Exhibit 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X

WILLIAM SCOVIN                      :

        Plaintiff        ,:

    VS.                         :   NO. 02CV01161(AWT)

GREAT-WEST LIFE ANNUITY INS.        :
ET AL
        Defendants     ,:

---------------------------------X

D E P O S I T I O N

THE DEPOSITION OF LEWIS H. COHEN,
taken on behalf of the Plaintiff, pursuant to
the Federal Rules of Civil Procedure, before
Melodie Ajello, Registered Professional
Reporter, Notary Public within the State of
Connecticut, on the 1st day of September, 2005,
at 1:05 p.m., at the offices of SANDAK,
HENNESSEY & GRECO, 707 Summer Street, Stamford,
Connecticut, 06901.

GOLDFARB AND AJELLO REPORTING SERVICES
24 East Avenue #1372
New Canaan, Connecticut  06840

DISK
ENCLOSED

6

1      Q.      Do you have a document from unemployment or

2   anything?

3      A.      I don't know.  It's almost five years back.

4   I would have to go look with my accountant.

5      Q.      Okay.  Well, let's explore that a little bit

6   more.  You were employed at the beginning of 2001 by APR,

7   what position did you hold?

8      A.      I was the FINOP, financial principal.

9      Q.      So the financial operational principal?

10     A.      Yes.

11     Q.      Did you hold any other titles?

12     A.      No.

13     Q.      Were you also controller?

14     A.      But that comes under the FINOP.

15     Q.      But you were also the --

16     A.      I was the controller.

17     Q.      How long had you had the position of

18   controller before you resigned?

19     A.      I started there in '98, I would say

20   September, October of '98.  And then I would say October

21   or November of 2000, Regan hired a person over me, Mike

22   Benvenuto, who I reported to.

23     Q.      Where was Mr. Benvenuto based?

24     A.      In New York.

25     Q.      Where were you based?

7

1       A.      For part of the time in Stamford here, and

2  then I went to New York.

3       Q.      When did you move to New York?

4       A.      I can't recall the exact time, but I was in

5  New York for the final period.

6       Q.      So during 2001 you were in New York?

7       A.      Yes.

8       Q.      And you indicated that at some time your

9  employment ended, you said through June, when in June?

10      A.      I guess after June 15th's paycheck.

11  Towards the end of June, I would say.  And then I maybe

12  came in a day here or day there.  Basically I stopped

13  going in after I would say probably the end of August.

14      Q.      And why did you continue to go in here and

15  there?

16      A.      Just to help out here and there.

17      Q.      And how did you resign?

18      A.      Resign, the business was closed, we were out

19  of business.  It was basically everybody was unemployed.

20      Q.      Well, there's different --

21      A.      I didn't give a formal letter of

22  resignation.

23      Q.      Did you tell somebody that you resigned?

24      A.      Yeah, Hugh Regan.

25      Q.      When?

8

1          A.       I can't recall exactly.

2          Q.       So if Mr. Regan says he can't recall people

3     resigning, would that be inaccurate at that time period?

4                    MR. MORIARTY:  Objection to the form.

5          A.       Based on how many offices all over the

6     place, it could be.

7          Q.       Did you resign, or did you just abandon your

8     position?

9                    MR. MORIARTY:  Objection to the form.

10         A.       I had -- they had to take me off the NASD, I

11    had to -- I had to file a financial focus report.

12         Q.       When did you do that?

13         A.       I sent them preliminary after the

14    arbitration was reversed against Auerbach because we ran

15    out of capital, and we had to cease business.  We had to

16    notify the SEC, NASD in Boston and NASD in Washington

17    within 24 hours that we ceased to do business.

18         Q.       Well, that wasn't ceasing to do business,

19    that was ceasing to actively trade?

20         A.       Well, ceasing to do business.  You're out of

21    capital, you can't do business.

22         Q.       You continued to pay employees?

23         A.       If you had capital, but they didn't.

24         Q.       But the notice of the arbitration decision

25    came in May, did it not?

9

1        A.        Yes, it did.  And that's when I -- that's

2   the focus report that I reflected, June 1st to

3   June 15th, that I sent to the NASD in Boston --

4        Q.        When was --

5        A.        -- showing the liability of the $3 million.

6        Q.        When was the last report that you filed with

7   the NASD?

8        A.        I really can't recall.  I know the

9   June 15th I filed.  They might have wanted when they

10  withdrew their BD, but I'm not sure as to what date that

11  was.

12       Q.        And why is it that you didn't notify the

13  NASD in June of your resignation?

14                  MR. MORIARTY:  Objection to the form.

15       A.        I was still there in June.

16       Q.        You said you resigned after the June 15th

17  paycheck?

18       A.        Yeah.  The end of June I resigned, I left.

19       Q.        When did you notify the NASD of your

20  resignation?

21                  MR. MORIARTY:  Objection to the form.

22       A.        I can't recall.

23       Q.        Did you ever?

24       A.        I really can't recall.

25       Q.        You said at the outset that you thought the

12

1      Q.    When you left, what did you do with your

2  health care?

3      A.    My health care was under my wife's when we

4  left.

5      Q.    Before you left, were you on?

6      A.    I might have been under my wife or I might

7  have been under Great-West, I'm not sure, but I never put

8  in any claims, so I don't know.

9      Q.    Well, did you get a Great-West I.D. card?

10     A.    I'm not even sure, I really am not.

11     Q.    What involvement did you have in the

12  transition of the APR health care plan from the Oxford

13  plan that existed in 2000 to the Great-West plan that

14  started up in 2001?

15     A.    I had no dealings --

16           MR. MORIARTY:  Objection to the form.

17     A.    -- with it, and I believe Benvenuto handled

18  anything with regard to going from Oxford to Great-West --

19     Q.    Were you in any discussions about

20  transitioning from Oxford to Great-West?

21     A.    I wasn't personally involved.

22     Q.    Do you recall being advised that it was

23  going from --

24     A.    I was advised that it was going from Oxford

25  to Great-West, yes.

13

1          MR. MORIARTY:  Let him finish his

2      questions.

3          THE WITNESS:  Okay.

4     Q.    I was partway there.

5     A.    I apologize.

6     Q.    Were you aware that the Oxford plan was a

7  traditional indemnity plan in which the company paid

8  certain moneys to the insurer, and then they took care of

9  all the expense of the health care plan?

10    A.    That I understood.

11    Q.    Were you aware that the Great-West plan was

12  an employer-funded plan where Great-West just administered

13  the claims, but the claims were paid by APR?

14    A.    That I'm not sure about, to tell you the

15  truth, I'm not sure.  I mean, I know I've heard somewhere

16  in conversations that it was a self-funding plan, but I

17  really didn't get involved other than paying the bill.

18    Q.    And how do you pay bills for Great-West?

19    A.    I would get --

20          MR. MORIARTY:  Objection to the form.

21    A.    -- an invoice from Denver, and we would pay

22  it.

23    Q.    And it was -- so it was paid out of the

24  New York office?

25    A.    Yes.