15

1  any notice that the health care plan was being terminated?
2      A.   No. If anybody would have gotten a notice,
3  it would have been Terri Spahn.
4      Q.   Terri Spahn?
5      A.   Yes, because it was done out of Denver, they
6  would be the ones to be notified.
7      Q.   Did APR itself ever give you notice that the
8  health care plan was terminated?
9      A.   I personally never saw a notice.
10     Q.   As the controller of the company, did you
11 ever sit down with the other officers to discuss
12 terminating the health care plan?
13     A.   No, I didn't.
14     Q.   When you started to have these financial
15 difficulties, why was it that you didn't discuss
16 terminating the health care plan?
17     A.   Because I wasn't a person of authority to do
18 that. I mean, I literally paid the bills, Benvenuto
19 handled all the management decisions, as long as he was
20 still there. I was basically just in charge of regulatory
21 work and paying the bills.
22     Q.   Well, Mr. Benvenuto did terminate his
23 employment with APR before you did, correct?
24     A.   Yes, he did.
25     Q.   By a couple of months?

16

1   A.   But he stayed on as a consultant for a
2   little while too.
3   Q.   Well, after --
4   A.   And I still reported to him at that point.
5   Q.   Who made the decision to keep him on as a
6   consultant?
7   A.   I guess, I would have to say Hugh Regan.  I
8   don't make employment decisions.
9   Q.   Who did at APR?
10              MR. MORIARTY:  Objection to the form.
11  A.   Hugh Regan.
12              MR. MORIARTY:  You're still talking
13              about 2001, correct?
14              MR. NOLIN:  Yes.
15  A.   I basically, other than paying the bills,
16  had nothing to do with human resources, benefits or
17  payroll.  Everything was produced out in Denver, and all
18  we did was, the company funded the bills.
19  Q.   Did you get notice at any point that Terri
20  Spahn had resigned?
21  A.   I know that she was looking for a job.
22  Q.   When did you know that?
23  A.   Excuse me?
24  Q.   When did you know that?
25  A.   Towards the end of the company, I would

1    basically say sometime in June.

2        Q.    Would it be fair to say that after the
3    capital problem that occurred in May of 2001, many of the
4    employees were out looking for other employment?

5        A.    Without doubt, I'm sure.

6        Q.    Do you recall a decision to lay off
7    employees?

8        A.    No, I don't.

9        Q.    Did you get notice at some point in time
10   that the company couldn't meet payroll?

11       A.    June payroll was a problem.

12       Q.    How about July?

13       A.    Excuse me?

14       Q.    How about the first payroll for July?

15       A.    There was no payroll in July.

16       Q.    Right. When did you first learn they
17   couldn't make payroll for July?

18       A.    They didn't have any funds.

19       Q.    And my question is, when did you first know
20   that? They made payroll for July 15th?

21       A.    No.

22       Q.    June 15th -- let me rephrase it. In June
23   there were cash problems, but they made payroll for
24   June 15th, is that correct?

25       A.    For the most part, I would say yes.

```
                                                          18
 1      Q.    Were there certain people who didn't get
 2 paid?
 3      A.    Some checks did bounce because there wasn't
 4 enough money to cover everything.
 5      Q.    All right.  And then the next payroll would
 6 have been for July?
 7      A.    For July 15th.
 8      Q.    It was a monthly payroll?
 9      A.    Yes.
10      Q.    When did you know that the company could not
11 meet its July 15th payroll even though the number of
12 employees had been reduced?
13      A.    At that point I didn't do any bills or
14 basically any general ledger work at that point anymore.
15      Q.    Where were the -- strike that.
16            What books and records did the company keep
17 in terms of its day-to-day payments and receipt of moneys?
18      A.    They had the whole accounting system, and I
19 believe it was QuickBooks.
20      Q.    So it was electronic computer-based?
21      A.    It was on the computer.
22      Q.    And when you left, did you take any
23 printouts or save any backup?
24      A.    I didn't take anything that was company
25 property whatsoever.  I was an employee, as you know, and
```

24

1     A.    Yes.
2     Q.    But the account that they were drawn upon?
3     A.    Was drawn on was an Auerbach account in
4  New York.
5     Q.    So the employee funding came out of
6  New York, you had to keep track of the books and records?
7     A.    Company funded it.
8     Q.    You kept track of the payroll?
9     A.    Well, I had to book it, yes.
10    Q.    And then the other benefits such as health
11 care was -- that was paid for out of New York as well?
12    A.    Yes.
13    Q.    Do you have any ownership interest in APR?
14    A.    None.
15    Q.    Do you have any ownership interest in APR's
16 holding company?
17    A.    I had no ownership interest in any of their
18 entities whatsoever.
19              THE WITNESS:  Could I trouble
20              somebody for a drink of water?
21              MR. MORIARTY:  Off the record.
22              (OFF THE RECORD)
23    Q.    Did you ever have any dealings, sir, with
24 Great-West?
25    A.    Personally, no.

1    Q.    Did you ever advise Mr. Scovin that the plan
2 didn't have enough money in it to continue meeting its
3 needs?
4         MR. MORIARTY:  Objection to the form.
5    A.    Me personally, no.  If anybody would have
6 advised, it would have been human resources, Terri Spahn's
7 area.
8    Q.    You would agree with me, sir, after mid-June
9 2001 there wasn't much left of human resources?
10        MR. MORIARTY:  Objection to the form.
11   A.    There was nothing left.  That wasn't my call
12 because I wasn't in charge of the health plan.
13   Q.    Showing you what was marked as Exhibit 19 at
14 the deposition of Great-West.  Have you ever seen that
15 document before, letter from Terri Spahn?
16   A.    Personally, no.
17   Q.    You were CC'd?
18   A.    I was CC'd, but I probably wasn't around.
19 And Hugh Regan probably got it.
20   Q.    And after you weren't around, what happened
21 to mail that was addressed to you?
22        MR. MORIARTY:  Objection to the form.
23   A.    I think all the mail basically either went
24 to Hugh Regan or probably to Bob Drake, plus I know Bob
25 Drake was handling the mail at one point.

35

```
 1        Q.    Don't recall any discussions with anybody
 2   about --
 3        A.    I can't recall.
 4        Q.    -- insufficient funds or having the wrong
 5   accounts?
 6        A.    I mean, they've had problems, you know, with
 7   capital and everything, but I really don't recall that.
 8   Eventually bills got paid.
 9        Q.    You say "they," who really was running
10   Auerbach in 2001?
11        A.    Hugh Regan was the president.
12        Q.    Okay.  Anybody else who -- who else did he
13   confer with day to day to run the company?
14        A.    He really, he was the president.  I mean, if
15   anything, maybe Joe Padilla, because he was in charge of
16   all the branch offices, but I really can't say because I
17   didn't get involved in management decisions or anything.
18   I basically handled the books and the records and paid the
19   bills.
20        Q.    Other than Mr. Benvenuto, anybody else give
21   you directions in terms of what to pay, what not to pay,
22   how to do your job as controller during 2001?
23        A.    When Benvenuto was there, he told me what
24   had to be paid right away and what could wait.
25        Q.    Anybody else?
```

36

```
1       A.      Not really.
2       Q.      After Mr. Benvenuto left at the end of May
3  or early June, who would give you direction?
4       A.      Then I would have tend to Hugh Regan.
5       Q.      Have you ever seen the contracts that govern
6  the relationship between Great-West and either eVision or
7  Auerbach?
8       A.      No, I haven't.
9       Q.      Are you aware that the plan name for the
10 health care insurance was switched from eVision to
11 Auerbach?
12      A.      No.  That I really wasn't aware of, and I
13 don't understand how they could just switch that because
14 it was still eVision as a company.
15      Q.      Did you ever get a summary plan description
16 describing the benefits under the health care plan after
17 the merger of eVision and APR?
18              MR. MORIARTY:  Objection to the form.
19      A.      I can't recall.
20      Q.      Showing you what was marked as Exhibit 2 at
21 the deposition of Mr. Regan, have you ever seen that
22 document before?
23              MR. MORIARTY:  Do you need some time
24              to read it?
25      A.      No, I can't recall that I have.
```