# Exhibit 6

```
            UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT


--------------------------------X
WILLIAM SCOVIN                  :
           Plaintiff           ,:
    VS.                         :   NO. 02CV01161(AWT)
GREAT-WEST LIFE ANNUITY INS.    :
ET AL
           Defendants          ,:
--------------------------------X
              D E P O S I T I O N
```

THE DEPOSITION OF A. JONES YORKE, taken on behalf of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Melodie Ajello, Registered Professional Reporter, Notary Public within the State of Connecticut, on the 16th day of August, 2005, at 2:34 p.m., at the offices of SANDAK, HENNESSEY & GRECO, 707 Summer Street, Stamford, Connecticut, 06901.

```
        GOLDFARB AND AJELLO REPORTING SERVICES
              24 East Avenue #1372
           New Canaan, Connecticut  06840
```

1   company?
2       A.      No.
3       Q.      Has that loan ever been repaid?
4       A.      $6,000 of it.
5       Q.      When was that repaid?
6       A.      I think in 19 -- no, in 2000. And the rest
7   of it is still out there.
8       Q.      Have you written that off as bad debt?
9       A.      Yes.
10      Q.      When did you write it off?
11      A.      I don't recall. A couple of years ago.
12      Q.      When did you first have an office in a space
13  of Auerbach's?
14      A.      Early 1999, I guess.
15      Q.      Where did you have that office; what office
16  of Auerbach did you have your office?
17      A.      1250 Park Avenue.
18      Q.      And how often would you be at the company?
19      A.      Three or four times a week.
20      Q.      What was your role with the company
21  beginning in '99?
22      A.      I was a director.
23      Q.      Why were you at the office four times a week
24  if you were only a director?
25      A.      Because I had my personal business I did.

1  Q.    Did you pay for that office?
2  A.    No. It was a courtesy office, I had
3  $100,000 sitting on the line.
4  Q.    And were you ever paid for being a
5  director --
6  A.    No.
7  Q.    -- from either entity?
8  A.    No.
9  Q.    What personal business were you running out
10 of there?
11 A.    That's neither here nor there.
12 Q.    I don't know that, so --
13 A.    Just my --
14 Q.    Just give me a general identified
15 description.
16 A.    Investment business, my own personal
17 investments.
18 Q.    So managing your investments?
19 A.    Yes.
20 Q.    Did you do any business for APR?
21 A.    No.
22 Q.    Did you ever bring business to the company?
23 A.    Probably some introductions to people.
24 Q.    And did there come a time when you became
25 chairman of the board?

1  A.  I was not chairman of the board of APR, I
2  was not chairman.
3  Q.  Ever?
4  A.  Ever. I was the chairman of APR in
5  1993/1994, but I was vice-chairman, and actually, just for
6  the record, I wasn't even a director of APR until one day
7  I found out that the people in Denver had put me on the
8  focus report as a director, and I was a director.
9  Q.  When you came back to APR in 1998 dash 99,
10 you were director vice-chair of?
11 A.  I was chairman of the holding company.
12 Q.  Auerbach Financial?
13 A.  That's right. And subsequent to that I was
14 made a director of APR.
15 Q.  And you believe you were made a director of
16 APR after APR did its transaction with eVision?
17 A.  No. It was before that.
18 Q.  Okay. All right. When you say the
19 people --
20 A.  The first transaction, yes. It was after
21 the first transaction.
22 Q.  And that would have been when,
23 approximately, the December of 2000 transaction?
24 A.  Yeah. December 2000. I just remember one
25 day I was told that I was a director.

1  Q.  And what did you do between '99, '98 and December of 2000 as the chairman of the board of Auerbach Financial?

4  A.  Basically was a counselor to Hugh.

5  Q.  Hugh Regan?

6  A.  Yes.

7  Q.  How often did the board meet during those two or three years?

9  A.  Not often at all. Small private company.

10  Q.  Do you recall seeing minutes of meetings?

11  A.  No.

12  Q.  All right. From December of 2000 through October of 2001 you were continuing as the chairman of Auerbach Financial?

15  A.  No, because in, I think it was in June or -- I think it was in June, I sent a letter of resignation to both boards. That was in 2001. I had looked for the letter, I can't find it, so I'm sorry about that.

19  Q.  All right. Why did you resign?

20  A.  Well, just sitting here reminded me of such horrors as went on with Auerbach, and the killing blow was when there was a Florida adverse decision with regard to Auerbach of $3 million which threw us into capital violation, which meant that we were no longer going to be a broker-dealer, and my feeling was, why stay on.

1    was not making payments?
2        A.    No.
3        Q.    When did you first become aware that cash
4    flow was an issue for the company?
5        A.    When the $3 million hit our P&L and balance
6    sheet, that's when I knew.
7        Q.    That was a capital issue more than a cash
8    flow, you weren't writing a check for the 3 million?
9        A.    Earlier, you might remember, Hugh Regan had
10   pumped in a million four, so the company had issues with
11   regard to earnings, and that 3 million was the last thing.
12   I didn't think any more was coming in.
13       Q.    Cash flow issue was part of the reason you
14   resigned as director?
15       A.    No, I resigned because I thought the firm
16   was going to go out of business, if you want to call it
17   cash flow or whatnot.  The reason it was going out of
18   business was because they had an adverse award of
19   $3 million which came out of the blue.  We were
20   essentially shut down.  We didn't have a choice as a
21   broker-dealer.
22       Q.    And either prior to or after you resigned,
23   what, if anything, did you do to make sure that there was
24   liquidation of the company?
25       A.    I did nothing other than follow what was