# Exhibit 8


COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO.: 3:02CV01161(AWT)

----------------------------------------x

WILLIAM SCOVIN,

        Plaintiff,

V.

GREAT-WEST LIFE & ANNUITY INS. CO.,
ONE HEALTH PLAN, INC., AUERBACH,
POLLAK & RICHARDSON, INC., HUGH REGAN,
LEWIS COHEN, ROBERT DRAKE, AND
A. JONES YORKE,

        Defendants.

----------------------------------------x


DEPOSITION
OF THE DEFENDANT
ROBERT DRAKE


HELD AT:   OFFICES OF:
           SANDAK, HENNESSEY & GRECO, LLP
           707 Summer Street
           Stamford, Connecticut 06901
ON:        June 29, 2005
AT:        10:10 A.M.


GOLDFARB & AJELLO COURT REPORTING SERVICE
24 East Avenue, New Canaan, Connecticut 06840
203-972-8320

ROBERT DRAKE

| | | |
|---|---|---|
| 1 | | deductions change on your payroll? |
| 2 | A | Yes.  I received a small charge for medical |
| 3 | | insurance. |
| 4 | Q | Do you remember how much it was? |
| 5 | A | I think it was just a little bit over a hundred |
| 6 | | dollars. |
| 7 | Q | Per paycheck? |
| 8 | A | I believe once a month, but I could be wrong. |
| 9 | Q | Did you get a weekly or biweekly paycheck? |
| 10 | A | Biweekly. |
| 11 | Q | And did you ever receive an explanation? |
| 12 | A | No.  Let me go back.  Not biweekly.  It was |
| 13 | | bimonthly.  It had to be biweekly before E-Vision |
| 14 | | arrived. |
| 15 | | When we merged -- when we merged, |
| 16 | | when we combined operations with those folks, we went |
| 17 | | to a bimonthly payroll, and I believe the deduction |
| 18 | | appeared once a month. |
| 19 | Q | And did you receive an explanation from anyone at |
| 20 | | Auerbach as to the medical plan that you had when |
| 21 | | E-Vision joined? |
| 22 | A | Mike Benvenuto, who was the Chief Financial Officer, |
| 23 | | advised us that we were leaving Oxford and going to |
| 24 | | Great Western.  It wasn't something that was really |
| 25 | | subject to discussion.  So, you know, I had no |

ROBERT DRAKE

| | | |
|---|---|---|
| 1 | | objection. You just had to go with the tide. |
| 2 | Q | And who was there at the meeting? |
| 3 | | ATTORNEY WILLIAMS: Objection to |
| 4 | | form. |
| 5 | A | It wasn't a meeting. I called Mike and asked him |
| 6 | | about it. |
| 7 | Q | I am sorry, I misunderstood. |
| 8 | A | I believe there was a memorandum issued. I don't |
| 9 | | recall seeing it, but I believe that Mike took the |
| 10 | | time to -- because it affected everybody in the |
| 11 | | firm. I thought they put out a notice to everybody |
| 12 | | explaining the change from Oxford, you know. |
| 13 | Q | I thought Benvenuto had left at that point and Cohen |
| 14 | | had started? |
| 15 | A | No. Mike was still there because he had been working |
| 16 | | with the Chief Operating Officer, Joe Padilla, who |
| 17 | | had the responsibility for the Denver facility and |
| 18 | | all its personnel. We spent a lot of time together |
| 19 | | discussing the financial considerations of the firm |
| 20 | | at that point. |
| 21 | Q | Then when you say "the Denver facility," you are |
| 22 | | talking about the E-Vision component? |
| 23 | A | Yes. |
| 24 | Q | Because as I understand it, I am going to say |
| 25 | | Auerbach was not involved with the Denver office |

ROBERT DRAKE

| | | |
|---|---|---|
| 1 | | until E-Vision came? |
| 2 | A | That's correct. |
| 3 | Q | And that the Denver component, I will call it, an |
| 4 | | E-Vision part? |
| 5 | A | The Denver component, yes, was, I guess, E-Vision's |
| 6 | | part. |
| 7 | Q | Correct? |
| 8 | A | We did not go into this Great-West plan, only because |
| 9 | | we went onto the plan because of E-Vision or because |
| 10 | | of the people who handled the benefits felt it was |
| 11 | | better serving a larger population by taking its |
| 12 | | smaller population into their plan as opposed to them |
| 13 | | migrating into ours. That was the explanation |
| 14 | | Benvenuto gave me on the phone. So -- |
| 15 | Q | Did you have any discussion about the medical plan |
| 16 | | going to Great-West with Mr. Regan? |
| 17 | A | Nothing of any substance, nothing of any -- you know, |
| 18 | | nothing more than, you know, just a comment about, |
| 19 | | "Oh, we are changing plans." There was no |
| 20 | | discussion about the component or what it |
| 21 | | represented. |
| 22 | | You know, my concern as a parent is |
| 23 | | just to make sure that I have medical benefits for my |
| 24 | | kids. |
| 25 | Q | All right. But suffice it to say that Auerbach, as |

| | | |
|---|---|---|
| 1 | | your employer at the time, was still applying the |
| 2 | | medical benefits to its employees, and you just were |
| 3 | | aware or became aware somehow that you were switching |
| 4 | | to Great-West? |
| 5 | A | Switching the carrier, yes. |
| 6 | Q | And you recall some sort of a memo being sent out? |
| 7 | A | Yes. |
| 8 | Q | And do you recall specifically whether it was |
| 9 | | Benvenuto? It seemed like you were a little unclear |
| 10 | | on that. Could it have been someone else? |
| 11 | A | Well, there was a lot of communication between Mike |
| 12 | | Benvenuto and Terri Spahn in Denver because she was |
| 13 | | the person that was the contact for benefits and |
| 14 | | administration of such. It could have come from |
| 15 | | her. |
| 16 | | Going back that far, there are a |
| 17 | | lot of hands, I think so many hands, I just stopped |
| 18 | | looking. |
| 19 | Q | By "hands," you mean people? |
| 20 | A | Yes. I asked Mike about it because he was the CFO, |
| 21 | | and I was just, you know, hopefully it's a good |
| 22 | | thing, and I became aware of Terri Spahn being the |
| 23 | | administrator; if you needed forms, you had issues |
| 24 | | with the insurance plan, to discuss it with her. |
| 25 | Q | And Terri Spahn, she was actually a prior employee of |

1         spoke about the financial concerns of the company?
2    A    No.
3    Q    I am talking about anytime.
4    A    Anytime.  The only comment that I can recall in
5         Mr. Cohen's presence was that we weren't doing enough
6         commissions.
7    Q    And what did he mean by "commissions"?
8    A    That's a broker/dealer's revenue stream, commissions
9         that we charge customers for doing trades.
10   Q    That's how the company makes money?
11   A    Correct, one of the ways in which the company can
12        make money.
13   Q    And that was before the company started or stopped
14        making its payroll?
15   A    That is a comment that most Controllers would say to
16        you every other day.  It was said probably several
17        times before its payroll stopped.
18                  But obviously, you know, in terms
19        of the real world, the most perfect world, the
20        Comptroller would like to never have to say that.
21        Even when you have a good day, the comment is, "We
22        need more of them."
23   Q    All right.  Well, look, sometime in June, I think you
24        have indicated that payroll wasn't made?
25   A    The last payroll was made June the 15th.

```
 1                  You have to remember when you are
 2      in a facility that is removed from the mainstream
 3      decision process, you are going to get stuff
 4      secondhand.  You are going to get stuff after the
 5      fact.
 6                  I was still in Stamford, and
 7      basically not knowing about things until after they
 8      had taken place.
 9   Q  Yes.  But I'm assuming you talk to the company every
10      day?
11   A  Yes.
12   Q  You talked to Regan pretty much every day, didn't
13      you?
14   A  Not every day.
15   Q  Close to every day?
16   A  Well, some days it would be 10 times a day and
17      nothing for the rest of the week.  It depends on what
18      was going on at the time.
19   Q  All right.  And after June 15, you didn't have a
20      conversation with Regan wherein he indicated, "Oh, by
21      the way, business is suspended" before you didn't get
22      your next paycheck?
23                  ATTORNEY WILLIAMS:  Objection to
24      form.
25   A  We had a conversation after the paycheck came --  I
```