# Exhibit 9

## SERVICES CONTRACT

This Contract entered into on August 01, 2000 (hereinafter referred to as the Effective Date)

Between

## GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,

hereinafter referred to as "Great-West"

-and-

## EVision USA.Com,Inc

hereinafter referred to as "the Contractholder."

The Contractholder has established an Employee Welfare Benefit Plan for the benefit of its **Employees** and their **Dependents** (hereinafter referred to as the "Plan").

The Plan is a welfare benefit plan within the meaning of the Employee Retirement Income Security Act of 1974 and the Contractholder, who is both the Fiduciary and Administrator of the Plan, hereby retains Great-West to provide services for the Plan in accordance with the following terms and conditions contained herein.



DEFENDANT'S
EXHIBIT
5
EC 8/24/05

SC (1/93)(a)                        Page 1                        (150)

GW 000452

# ARTICLE 1 - DEFINITIONS

In this Contract unless otherwise specifically provided:

(1) "Affiliate" means an entity which is part of a control group as determined under the Internal Revenue Code Section 414(c) and the regulations thereunder .

(2) "Anniversary Date", "Contract Months", and "Contract Years" will be calculated from August 01, 2000; August 01 of any year will be known as the Anniversary Date;

(3) "Contract Year" means that period of 12 consecutive months which begins on the Anniversary Date.

(4) "Coverages" are a class of benefits provided by the Contractholder on a self-funded basis and include:

Hospital and Medical Coverage
Visioncare Coverage
Prescription Drug Coverage

(5) "Dependent" and "Employee" mean Dependent and Employee as defined by the Plan.

Note: The term "Employee" as used in this definition will include Employees and/or eligible Dependents whose coverage under the Plan is being continued under the COBRA HEALTH CONTINUATION provision which forms a part of the Plan.

# ARTICLE 2 - ADMINISTRATIVE SERVICES AND FEES

Great-West agrees to perform such services involving the performance of non-discretionary duties as are specified in the SCHEDULE OF SERVICES marked SCHEDULE A, which is attached hereto and forms part of this Contract, in accordance with the terms and conditions of this Contract and the Plan.

The Contractholder agrees to pay Great-West the fees specified in the SCHEDULE OF FEES marked SCHEDULE "B" which is attached hereto and forms part of this Contract. The amount of such fees will be calculated in accordance with SCHEDULE B and paid in the manner described in the Article of this Contract entitled BANKING. A grace period of 31 days will be granted for each payment of fees falling due after the first payment during which period this Contract will remain in force. If any payment is not made within the days of grace, this Contract will automatically terminate at the end of the grace period. No written notice of such automatic termination is required. If this Contract terminates for any reason, the Contractholder will be liable for all payments due and unpaid, including a pro-rata payment for any time this Contract is in force during the grace period.

GW 000453

## ARTICLE 2 - ADMINISTRATIVE SERVICES AND FEES (continued)

**HEALTH CONVERSION CHARGES**

The Health Conversion Charges referred to in item (3) of the Article entitled BANKING will be charged as a claim against the Contractholder's experience under the Plan. The Health Conversion Charge will be :

(1) equal to the first quarter's premium for the Employee or Dependent under the conversion coverage issued by Great-West; and

(2) determined in accordance with Great-West's table of premium rates applicable to the age and class of risk of each person to be insured and to the type and amount of insurance provided.

Great-West will determine the amount of the Health Conversion Charge.

**FEES AT TERMINATION**

Subject to all provisions of this Article, the monthly fee for the Administrative Services which was in force at the time of termination is due and payable on the date of termination of this Contract and on the date which is one month after the date of termination of this Contract.

## ARTICLE 3 - BANKING

The Contractholder will make funds available in its bank account(s) which are sufficient to honor all of the Contractholder's obligations under this Contract while it is in force and for 15 months after this Contract's termination.

Each month the Contractholder is liable for:

(1) the payment of premiums for the current month for insured coverages provided by Great-West, if any; and

(2) the payment of fees for the current month for the Administrative Services provided by Great-West under this Contract; and

(3) the benefit payments made by Great-West in the previous month under the terms of the Plan, including any Health Conversion charges.

(4) any Deficit Recoveries determined in accordance with the Article entitled DEFICIT RECOVERY contained in the Stop-Loss Contract issued to the Contractholder by Great-West.

The total of (1), (2), (3) and (4) will be known as the Monthly Transfer.

GW 000454

## ARTICLE 3 - BANKING (continued)

To facilitate the handling of the Monthly Transfer:

(1) Great-West is authorized to demand monies payable by the Contractholder for the Monthly Transfer from Contractholder's bank. The Contractholder will notify its bank of Great-West's authority.

(2) Each month, Great-West will advise the Contractholder of the amount of the Monthly Transfer. Great-West will then initiate an electronic transfer of the Monthly Transfer from the Contractholder's bank account to Great-West. This transfer will take place once each month after notice is sent to the Contractholder from Great-West of the amount of the Monthly Transfer required for the month in question. The Contractholder must have funds in its bank account which are available for transfer on the date indicated in the notice for transfer issued to the Contractholder by Great-West. If on any date of transfer, the funds in the Contractholder's bank account are not sufficient to cover the amount of the Monthly Transfer, then this Contract will terminate immediately. In the event of termination of this Contract, the Contractholder:

  (A) will continue to be liable for the payment of any benefits provided under the Plan; and
  (B) hereby agrees to keep its bank account open until all checks issued by Great-West have been reimbursed.


## ARTICLE 4 - FURNISHING OF INFORMATION; ACCESS TO RECORDS

The Contractholder will furnish Great-West, on request, with correct and complete information required by Great-West to provide the services which Great-West has agreed to perform under this Contract, including, but not limited to, a copy of the Plan and any amendments thereto. The information will be furnished at the times and in such manner as Great-West may request. Great-West will assume that all such information is complete and accurate and will be under no duty to question the accuracy of such information. Great-West, at its discretion, may charge additional fees for its services where information is not furnished, is incomplete or inaccurate or is not furnished at the time or in the manner as requested. The Contractholder agrees to give Great-West the right to inspect and copy the records of the Contractholder which are pertinent to the operation of the Plan. Such right will continue for the 5 years immediately following termination of this Contract.

The files and other records of Great-West will be the property of Great-West.

All communications sent to the Contractholder from Great-West will be transmitted to the Contractholder at its mailing address or to such other person and address as may from time to time be designated by the Contractholder in writing. Notice transmitted to the Contractholder as aforesaid will be considered received by the Contractholder. Notice sent to Great-West will be directed to the address shown below or to such other address as Great-West may designate in writing from time to time.

GW 000455

## ARTICLE 5 - AUTHORITY TO CONTROL AND MANAGE THE PLAN

The Contractholder acknowledges that it has the authority to control and manage the operation of the Plan and to interpret Plan provisions. It is expressly agreed that under no circumstances will Great-West be designated as plan administrator or a fiduciary of the Plan. Nothing herein will be deemed to constitute Great-West a party to the Plan or to confer upon Great-West any authority or control respecting management of the Plan, authority or responsibility in connection with administration of the Plan or responsibility for the terms or validity of the Plan. Great-West will not be responsible for any tax liability which may be imposed upon the Contractholder, any fiduciary or any Employee or Dependent under the Plan. The Contractholder further agrees that nothing herein will be deemed to impose upon Great-West any obligation to any Employee or Dependent under the Plan.

## ARTICLE 6 - INDEMNIFICATION AND LIMITATION OF LIABILITY

The Contractholder will indemnify, protect and hold Great-West harmless from any loss, liability, claim or expense (including attorneys' fees, court costs and expenses of litigation) arising out of any act or omission of the Contractholder in connection with the Plan. The Contractholder agrees to indemnify Great-West and hold Great-West harmless against any tax relating to this Contract, including any accrued interest and penalties levied on such tax, but excluding any tax based upon Great-West's net income. The terms of this provision will survive the termination of this Contract.

Great-West will not be liable for any act or failure to act, in the exercise of its powers and performance of its duties hereunder, which act or failure to act is performed by Great-West in good faith.

Great-West agrees to indemnify the Contractholder and hold the Contractholder harmless against any and all loss, damage, and expense with respect to this Contract resulting from or arising out of the dishonest, fraudulent or criminal acts of Great-West's employees, acting alone or in collusion with others.

Upon termination of the contract, or in the event of termination of individual employee coverages, it is the Contractholder's responsibility to collect any and all I.D. cards from the Contractholder's employees and dependents. The Contractholder agrees to indemnify, protect and hold Great-West harmless from any loss, liability, claim or expense (including attorney's fees, court costs and expenses of litigation) arising from payment of claims which were incurred outside the contractual eligibility period of the group or of any employee or dependent.

GW 000456

## ARTICLE 7 - CONTRACT TERMINATION

This Contract may be terminated by the Contractholder by providing 31 days' written advance notice. This Contract may be terminated by Great-West by providing 31 days' written advance notice to the Contractholder. In addition, this Contract:

    (1) will terminate immediately upon termination of the Stop-Loss Contract, if any, between Great-West and the Contractholder; or

    (2) will terminate upon amendment of the Plan in a manner deemed unsatisfactory by Great-West, provided that Great-West gives 31 days' written notice of such termination to the Contractholder; or

    (3) will terminate immediately upon failure of the Contractholder to comply with any material term or condition of this Contract, such as but not limited to failure to:
        (A) pay the Administrative Fees as specified in the Article of this Contract entitled ADMINISTRATIVE SERVICES AND FEES; or
        (B) fund the bank account(s) (referred to in the Article of this Contract entitled BANKING) established to handle the Monthly Transfer.

If, on the date this Contract terminates the Contractholder has not made all payments then due under this Contract, then Great-West will have the right to stop processing claims immediately on the effective date of such termination. In this case, complete information regarding all outstanding claims which are unpaid (regardless of when the claim was incurred and regardless of when Great-West received the claim) or received after such date will be returned by Great-West to the Contractholder. In addition, the Contractholder will notify each Employee covered under the Plan of such termination.

## ARTICLE 8 - SUBSIDIARIES AND AFFILIATES

Great-West may approve the inclusion of **Employees** of subsidiary or affiliated companies and their **Dependents** under this Contract. The Contractholder will be liable for the payment of all amounts due to Great-West and for the adequate funding of the Contractholder's Bank Account(s) with regard to **Employees** and **Dependents** of subsidiary and affiliated companies.

## ARTICLE 9 - AMENDMENT OF SCHEDULE OF FEES

Unless otherwise indicated in the Schedule of Fees, the fees shown are for the first **Contract Year.**

GW 000457

## ARTICLE 9 - AMENDMENT OF SCHEDULE OF FEES (continued)

Great-West has the right to revise the Schedule of Fees:

(1) if the Contractholder's Plan is amended; and

(2) on or after the first anniversary of the Effective Date of this Contract but not more than once in any 12 month period, except as provided in (4) below; and

(3) when the services described in the SCHEDULE OF SERVICES are changed; and

(4) at any time during the first or subsequent Contract Years:
   (A) if the Coverages under the Contractholder's Plan are changed;
   (B) if the provisions of the Contractholder's Plan have to be changed because of a change in law; or
   (C) if there is a change in the number of Employees and/or Dependents covered under the Contractholder's Plan for any Coverage provided under the Contractholder's Plan which equals or exceeds:
      (a) 10% in any Contract Month when compared to the prior Contract Month; or
      (b) 20% at any time within a Contract Year. In this case, the change in the number of Employees and/or Dependents covered will be determined by comparing the number of Employees and/or Dependents covered for a Coverage under the Contractholder's Plan at the beginning of the first Contract Month of the Contract Year in question with the number of Employees and/or Dependents covered for that Coverage under the Contractholder's Plan at the beginning of any subsequent Contract Month. The Contractholder agrees to make available to Great-West all information necessary to determine such change. If the change in the number of Employees and/or Dependents covered under the Plan is such that a change in fees results, then Great-West will advise the Contractholder of its intention to change the fees.
   (D) upon addition or deletion of coverage for subsidiary or affiliated companies or corporate divisions.
   (E) if the provisions of the Contractholder's Plan have to be changed because of an amendment to the Plan approved by Great-West.

The effective date of the change in fees will be the effective date of the event in (A), (B), (C), (D) or (E) above that causes such change.

## ARTICLE 10 - MISCELLANEOUS

(1) An Employee or Dependent under age 65 whose Hospital and Medical Coverage under the Plan ends due to:
   (A) termination of employment;
   (B) termination of employment in an eligible class;
   (C) change in marital status (in the case of a Dependent);
   (D) attainment of the limiting age specified in the Plan (in the case of a Dependent child); or

GW 000458

## ARTICLE 10 - MISCELLANEOUS (continued)

(E) death of the Employee (in the case of a Dependent); or

(F) termination of the Plan but only if the Plan is not replaced by similar group medical coverage within 30 days and such Employee or Dependent had been covered under the Plan for at least the 90 day period prior to the date the Plan terminated;

will be entitled to purchase medical insurance from Great-West. This medical insurance is referred to as Health Conversion Coverage. If such Employee has Dependents who are also covered under the Plan, the Health Conversion Coverage may also cover such Dependents.

Employees and/or their eligible Dependents who are eligible for the COBRA health continuation coverage provided under the Plan, will only be able to apply for Health Conversion Coverage at the end of the maximum period of continuation allowed under COBRA. This will be the case unless:

(A) the Plan terminates in its entirety and is not replaced by similar group medical coverage within 30 days; or

(B) the Employee becomes ineligible for disability benefits under the Social Security Act after 18 months but before the end of the 29 month maximum period of continuation allowed under COBRA if the Employee is eligible for disability benefits under the Social Security Act.

Issuance of the Health Conversion Coverage will be subject to all of the following conditions:

(A) No evidence of insurability is required.

(B) The Employee or Dependent is not eligible for Medicare.

(C) The Employee or Dependent is not covered by or eligible for similar benefits, as a result of termination of his Hospital and Medical Coverage, under any policy, contract, or other arrangement for group insurance benefits or services.

(D) Written application and the first premium for the Health Conversion Coverage must be delivered or mailed to Great-West at its Executive Offices in Englewood, Colorado within 31 days after the date on which the covered Employee or Dependent's Hospital and Medical Coverage under the Plan terminates.

(E) The Health Conversion Coverage provides coverage customarily issued by Great-West at the then current rates. Benefits provided under the Health Conversion Coverage may not be the same as those provided by the Plan.

(F) The Health Conversion Coverage is effective on the day following the date on which coverage under the Plan ceases.

(2) In its sole discretion, Great-West may undertake initiatives which go beyond the services described in Schedule "A" attached hereto, having as their objective saving additional money for the Plan. Examples of such initiatives are right of recovery and provider bill negotiation and discounts on claims from providers outside the Great-West' network of providers.

All savings realized under this provision will be distributed as follows:

(A) first, 25% to Great-West for its services in obtaining the savings; and

(B) secondly, to Great-West to be applied to reduce Great-West's payment of Specific Stop-Loss Benefits under the Stop-Loss Contract, if any, issued by Great-West to the Contractholder for the Employee or Dependent in respect of whom the savings were realized; and

(C) thirdly, to Great-West to be applied to reduce Great-West's payment of Aggregate Stop-Loss Benefits under the Stop-Loss Contract, if any, issued by Great-West to the Contractholder; and

GW 000459

## ARTICLE 10 - MISCELLANEOUS (continued)

(D) fourthly, to the Contractholder.

All savings realized will be applied to the accounting for the **Contract Year** in which the claim giving rise to the savings was paid. If claim expenses were paid in more than one **Contract Year**, the savings will be applied on a pro rata basis in accordance with the amount of claim expenses paid in each of the **Contract Years**.

For purposes of right of recovery, Great-West will have the sole right to make claims under the Recovery Right Provision contained in the Plan. In its sole discretion Great-West may litigate, negotiate, settle, compromise, release or waive any such claim. The Contractholder hereby assigns to Great-West all of its rights to make, litigate, negotiate, settle, compromise, release or waive any such claim.

Action taken under the Recovery Right Provision contained in the Plan may result in the incurral of legal expenses. Such legal expenses will be borne by Great-West and the Contractholder in the same proportion as any money recovered under the Recovery Right Provision is distributed between Great-West and the Contractholder. If no money is recovered, the legal expenses will be borne by Great-West and the Contractholder in the same proportion that each party's share of claim payments bears to the total amount of claim payments. Legal expenses will not be used when calculating the Specific Stop-Loss Benefit, if any, or the Aggregate Stop-Loss Benefit of the Stop-Loss contract issured by Great-West to the Contractholder.

For purposes of pursuing savings under this provision, Great-West may retain third party vendors.

Neither party will be liable for damages for failure to perform due to an act of God, fire, explosion, power failure, strike, electronic data processing equipment failure not due to negligence of the party involved, or any other occurrence not within the control of that party.

The failure of any party to assert any breach or to insist upon strict compliance with any provision of this Contract will not operate or be construed as a waiver of such provision or any other provision. If any party waives or is deemed to have waived a provision in a particular instance or circumstance, such waiver will not apply to any other instance or circumstance.

## ARTICLE 11 - AFFILIATES

The Contractholder has executed a Group Subscriber Contract with One Health Plan, an **Affiliate** of GREAT-WEST. Without altering or interfering in any way with the Contractholder's rights and obligations under the Group Subscriber Contract, the Contractholder and GREAT-WEST agree as follows:

(1) Each **Contract Month**, GREAT-WEST will credit the Contractholder an amount equal to the premium that the Contractholder paid to One Health Plan for the current **Contract Month**.

GW 000460

## ARTICLE 11 - AFFILIATES (continued)

(2) Each Contract Month, the Contractholder will pay GREAT-WEST an amount equal to the claims paid by One Health Plan for the previous Contract Month plus an amount equal to One Health Plan's administrative costs for the current Contract Month.

(3) For the purposes of this Article, "claims" includes capitation payments and amounts paid to or escrowed for provider bonuses.

(4) For the purposes of this Article, "Contract Month" means consecutive periods of one month within a Contract Year.

(5) Amounts payable under parts (1) and (2) above will be netted and the balance paid to the appropriate party. Amounts payable to GREAT-WEST will be collected as part of the Monthly Transfer.

(6) Item 2 of the MISCELLANEOUS Provision of the Contract will not apply with respect to any Group Subscriber Contract with an Affiliate. The Affiliate shall retain all such rights and recoveries.

GW 000461

## ARTICLE 12 - ENTIRE CONTRACT

This Contract contains the entire agreement between the parties regarding the services to be rendered by Great-West. It may only be modified or amended by written agreement of the parties hereto and any representation or statement not expressly set forth hereunder will not be binding on any party hereto in any respect.

**EVision USA.Com,Inc**

By _____

   Signature                             Title                             Date

**GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY**

By _____ 9-600

   Signature                             Title                             Date

Great-West Life Center
8505 E. Orchard Road
Englewood, CO 80111

GW 000462

## SERVICES CONTRACT SCHEDULE A - SCHEDULE OF SERVICES

The following services will be provided for the administration of the Contractholder's Plan:

Drafting Assistance
- Booklet
- Booklet Amendments
Standard Allowance for Booklet printing
I.D. Card Preparation
Standard Allowance for I.D. Card printing
Preparation of enrollment procedures
Assistance in plan enrollment
Late applicant underwriting
Claim form preparation
Standard Allowance for Claim form printing
Check preparation
Premium collection and remittance for Affiliates

Standard Allowance for Check printing
Benefit determination in accordance with the Plan
Benefit payments on behalf of the Plan in
accordance with the Plan
Issued Check Listing
Preparation of Physician payment reports
Actuarial cost estimates:
- Open and Unreported claims liabilities
- Review of Past Experience
- Projection of future cost
- Legislated changes in benefits
- Plan modifications

Expenses incurred by Great-West for services not covered or for covered services beyond standard allowances will be charged as incurred.

For verification of persons eligible for the Coverages provided under the Plan, Great-West will rely solely upon information in its computer records at the time eligibility verification is requested. These records will be based upon eligibility information provided to Great-West by the Contractholder. The Contractholder agrees to furnish Great-West with accurate eligibility information on a timely basis.

**GREAT-WEST LIFE & ANNUITY INSURANCE**      **EVision USA.Com, Inc**
**COMPANY**

_____      _____
Authorized Signature                      Authorized Signature

GW 000463

## SERVICES CONTRACT SCHEDULE B - SCHEDULE OF FEES

Great-West will give to Contractholder in writing information on fees for the services provided under the terms of the contract. This includes the following:

The monthly fees for administrative services.

Terminal fee.

GW 000464

GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY
EXECUTIVE OFFICES - ENGLEWOOD, COLORADO

**APPLICATION FOR GROUP CONTRACT**

**EVision USA.Com,Inc**

(the Applicant) hereby applies to Great-West Life & Annuity Insurance Company for **Group Contract No. 290075GSL** in the form attached hereto. This Group Contract has been approved and its terms accepted by the Applicant.

Dated at _____ this _____ day of _____

EVision USA.Com,Inc

_____        BY_____
**Witness**

_____        _____
**Licensed Resident Agent**        **Title**

M146c

GSL-190(a)                    Page 1                    (150)

GW 000465