# Exhibit 10

# EVision USA.Com,Inc.

# PPO/POS Booklet



DEFENDANT'S
EXHIBIT

## Where To Find The Answers To Your Questions

# TABLE OF CONTENTS

- ■ SUMMARY OF BENEFITS ................................................................................................... 1
- ■ NOTICES
  - Women's Health and Cancer Rights Act ................................................................. 4
- ■ INTRODUCTION
  - About This Plan ........................................................................................................... 4
- ■ WHEN COVERAGE BEGINS & ENDS
  - When Will Coverage Begin? ..................................................................................... 5
  - What If I Don't Apply On Time? ............................................................................. 5
  - What If I Was Covered for Health Benefits Under the Employer's Prior Plan? ...... 6
  - Will My Coverage Change? ...................................................................................... 7
  - When Will My Coverage End? .................................................................................. 7
  - Can I Continue or Convert My Coverage If I Become Ineligible? ....................... 7
  - Can Coverage Be Reinstated? ................................................................................. 8
- ■ GREAT-WEST POS MEDICAL BENEFITS
  - How Does the Plan Work? ........................................................................................ 8
  - What's Covered? ....................................................................................................... 10
  - Is There a Limit On My Expenses? ......................................................................... 11
- ■ GREAT-WEST PPO MEDICAL BENEFITS
  - How Does the Plan Work? ........................................................................................ 12
  - What's Covered? ....................................................................................................... 13
  - Is There a Limit On My Expenses? ......................................................................... 14
- ■ PRESCRIPTION DRUG BENEFITS ....................................................................... 15
- ■ VISION BENEFITS ...................................................................................................... 16
- ■ BENEFIT LIMITATIONS ............................................................................................. 16
- ■ CLAIMS & LEGAL ACTION
  - How To File Claims ................................................................................................... 18
  - If A Claim Is Denied .................................................................................................. 19
  - What If a Member Has Other Health Coverage? ................................................. 20
  - Provision for Subrogation and Right of Recovery .............................................. 22
  - Other Information A Member Needs to Know ...................................................... 23
  - ERISA General Information ....................................................................................... 23
  - Statement of ERISA Rights ...................................................................................... 24
- ■ GLOSSARY ..................................................................................................................... 25

## SUMMARY OF BENEFITS

This Summary of Benefits describes the benefits available to Employees Electing PPO/POS.

The Summary of Benefits provides a general description of your benefits. It does not list all benefits included under the Plan. The Plan contains limitations and restrictions which are described in the Booklet and could reduce the benefits payable under the Plan. See the detailed description to determine what expenses are covered and what benefits will be payable.

### GREAT-WEST POS MEDICAL BENEFITS

**Copay Amount for Approved Services**

| | |
|---|---|
| Inpatient Hospital care for the first 5 days of confinement in a calendar year | $100.00 daily |
| Facility charges for Outpatient Surgery | $100.00 |
| Outpatient Mental Health Conditions and Chemical Dependency Treatment | $35.00 |
| Other Office Visits | $15.00 |

**Emergency Room Visit Copay for Approved Services**

| | |
|---|---|
| If admitted to a Hospital as an inpatient | None |
| If not admitted to a Hospital as an inpatient | $50.00 |

**Deductible**

The calendar year deductible applies to all covered expenses except:

- expenses payable at 100%

- expenses subject to a copay or per visit deductible

**Individual Calendar Year Deductible**

| | |
|---|---|
| Approved Services | None |
| Services Not Approved | $500.00 |

**Family Calendar Year Deductible**

| | |
|---|---|
| Approved Services | None |
| Services Not Approved | $1,500.00 |

**Per Occurrence Deductible for Services Not Approved**

| | |
|---|---|
| For each inpatient Hospital confinement | $250.00 |
| For facility charges for outpatient surgery | $250.00 |

**Percentage Payable after any Deductible or Copay**

| | Approved | Not Approved |
|---|---|---|
| Infertility Testing and Three months of hormone manipulation for treatment of infertility | 50% | 50% |
| Other Covered Expenses | 100% | 50% |

**Out-of-Pocket Maximum for Approved Services**

| | |
|---|---|
| Individual | $1,500.00 |
| Family | $4,500.00 |

**Out-of-Pocket Maximum for Services Not Approved**

| | |
|---|---|
| Individual | $10,000.00 |
| Family | $30,000.00 |

## Calendar Year Benefit Maximum

| | |
|---|---|
| Home Health Care | 1 visit per day up to 100 visits |
| Skilled Nursing Facility | 90 days |
| Inpatient Treatment of Mental Health Conditions and Chemical Dependency (including detoxification) | 5 days |
| Outpatient Treatment of Mental Health Conditions and Chemical Dependency | 20 visits |
| Outpatient Occupational, Speech and Hearing Therapy | $2,000.00 |
| Outpatient Physical Therapy (per disability) | 30 visits |
| Spinal Adjustment Treatment | $500.00 |

## Lifetime Benefit Maximum

| | |
|---|---|
| Inpatient Treatment of Mental Health Conditions and Chemical Dependency (including detoxification) | 10 days |

## Maximum Benefit for all Covered Expenses

| | |
|---|---|
| Lifetime benefit per Member | Unlimited |

## GREAT-WEST PPO MEDICAL BENEFITS

### Copay Amount for Network Services

| | |
|---|---|
| Office Visits | $15.00 |

### Deductible

The calendar year deductible applies to all covered expenses except:
- expenses payable at 100%
- expenses subject to a copay

| | |
|---|---|
| Individual Calendar Year Deductible | $250.00 |
| Family Calendar Year Deductible | $750.00 |

### Per Occurrence Deductible for Non-network Services

| | |
|---|---|
| For each inpatient Hospital confinement | $250.00 |
| For facility charges for outpatient surgery | $250.00 |

### Medical Management Program

| | |
|---|---|
| Non-compliance Penalty per claim | $250.00 |

### Percentage Payable after any Deductible or Copay

| | |
|---|---|
| Pre-admission Testing | 100% |
| Facility charges by a Childbirth Center | 100% |
| Home Health Care | 100% |
| Skilled Nursing facility | 100% |
| Outpatient Surgery | |
| - Network | 90% |
| - Services outside the PPO Network Area | 80% |
| - Non-network | 60% |

---

2

Hospital and x-ray and lab charges

| | |
|---|---|
| - Network | 90% |
| - Services outside the PPO Network Area | 80% |
| - Non-network | 60% |

Physician charges for Hospital care and Surgery

| | |
|---|---|
| - Network | 90% |
| - Services outside the PPO Network Area | 80% |
| - Non-network | 60% |

Office Visits

| | |
|---|---|
| - Network | 100% |
| - Services outside the PPO Network Area | 80% |
| - Non-network | 60% |
| Outpatient Mental Health Conditions and Chemical Dependency Treatment | 50% |

Emergency Room Care

| | |
|---|---|
| - If surgery is not performed | 80% |
| - If surgery is performed | |
| Network | 90% |
| Non-network | 60% |
| Spinal Adjustment Therapy | 50% |
| Other Covered Expenses | 80% |

| | |
|---|---|
| **Individual Breakpoint** | $ 12,500.00 |
| **Family Breakpoint** | $37,500.00 |

## Calendar Year Benefit Maximum

| | |
|---|---|
| Home Health Care | 1 visit per day up to 100 visits |
| Skilled Nursing Facility | 90 days |
| Inpatient Treatment of Mental Health Conditions and Chemical Dependency | 5 days |
| Outpatient Treatment of Mental Health Conditions and Chemical Dependency | 20 visits |

## Lifetime Benefit Maximum

| | |
|---|---|
| Inpatient Treatment of Mental Health Conditions and Chemical Dependency | 10 days |
| Outpatient Occupational, Speech and Hearing Therapy | $1,000.00 |

## Maximum Benefit for all Covered Expenses

| | |
|---|---|
| Lifetime benefit per Member . | Unlimited |

## PRESCRIPTION DRUG BENEFITS
### Network Pharmacy

| | |
|---|---|
| Generic Drugs | 100% after $10.00 copay |

| | |
|---|---|
| Preferred Drugs | 100% after $20.00 copay |
| Non-Preferred Drugs | 100% after $40.00 copay |

**Non-network Pharmacy**

Member must pay 100% of drug cost at time of purchase and submit a claim for reimbursement. Reimbursement will be 50% of the network pharmacy cost after the copay.

**Mail Order Drug Program**

| | |
|---|---|
| Generic Drugs | 100% after $20.00 copay |
| Preferred Drugs | 100% after $40.00 copay |
| Non-Preferred Drugs | 100% after $80.00 copay |

## VISION BENEFITS

| | |
|---|---|
| Calendar Year Deductible | None |

**Percentage Payable**

| | |
|---|---|
| Eye examinations | 100% |
| Eyeglass lenses and frames or contact lenses | 100% |

**Benefit Maximum (per 12-month period)**

| | |
|---|---|
| Eye examinations | $60.00 |
| Eyeglass lenses and frames or contact lenses | $120.00 |

## NOTICES

■ **Women's Health and Cancer Rights Act**

This Notice is required by the Women's Health and Cancer Rights Act of 1998 (WHCRA) to inform you, as a member of the Plan, of your rights relating to coverage provided through the Plan in connection with a mastectomy. As a Plan Member, you have rights to coverage provided in a manner determined in consultation with your attending Physician for:

• all stages of reconstruction of the breast on which the mastectomy was performed;

• surgery and reconstruction of the other breast to produce a symmetrical appearance; and

• prostheses and treatment of physical complications to produce a symmetrical appearance, including lymphedema.

This coverage may be subject to deductible and copayment provisions, if your Plan includes such provisions. Additional details regarding this coverage are provided in the Plan. Keep this notice for your records and call your Plan Administrator for more information.

## INTRODUCTION

■ **About This Plan**

This summary plan description describes the benefits available to Employees Electing PPO/POS. Benefits for other Employees are described in separate summary plan descriptions.

EVision USA.Com,Inc (the Employer) has established an Employee Welfare Benefit Plan within the meaning of the Employee Retirement Income Security Act of 1974 (ERISA). As of AUGUST 1, 2000, the benefits described in this booklet constitute the benefits available under the plan and are referred to collectively in this booklet as the Plan. The Plan will be maintained pursuant to the terms of this booklet. The Plan may be amended from time to time.

The benefits described in this booklet are self-funded by the Employer.

Defined terms are capitalized throughout this booklet. These terms have a special meaning with respect to the coverage outlined in the booklet and are defined in the Glossary.

Self-Funded Benefits

Medical, Prescription Drug and Vision Benefits

The Plan Administrator has complete authority to control and manage the Plan. The Plan Administrator has full discretion to determine eligibility, to interpret the Plan and to determine whether a claim should be paid or denied, according to the provisions of the Plan as set forth in this booklet.

The Employer is fully responsible for the self-funded benefits. Great-West Life & Annuity Insurance Company (Great-West), 8505 E. Orchard Road, Greenwood Village, CO 80111, processes claims and provides other services to the Employer related to the self-funded benefits. Great-West does not insure or guarantee the self-funded benefits.

Plan Modification/Termination

The Employer may:

• change the contributions a Member must pay for benefits; or

• amend or terminate the benefits provided to you in the Plan.

If the Plan is amended or terminated it will not affect coverage for services provided prior to the effective date of the change.

Choice of Plans

For certain benefits, the Employer may offer you a choice of plans. Contact the Plan Administrator for information on selecting or changing plans.

## WHEN COVERAGE BEGINS & ENDS

### ■ When Will Coverage Begin?

The definition of Employee or Dependent will determine who is eligible for coverage under the Plan.

Coverage will begin after you have satisfied any eligibility waiting periods required by the Employer.

Before coverage can start, you must:

• Submit an application within 31 days after becoming eligible;

• Pay any required contribution.

Coverage for a newly acquired Dependent will begin on the date you acquire the Dependent if you are covered and if you apply for coverage within 31 days after acquiring the new Dependent.

If the Dependent is an adoptive child, coverage will start:

• For an adoptive newborn, from the moment of birth if the child's date of placement is within 31 days after the birth; and

• For any other adoptive child, from the date of placement.

### ■ What If I Don't Apply On Time?

You are a late applicant under the Plan if you don't apply for coverage within 31 days of the date you become eligible for coverage. Your Dependent is a late applicant if you elect not to cover a Dependent and then later want coverage for that Dependent.

Medical, Prescription Drug and Vision Benefits

A late applicant may apply for coverage only during an Open Enrollment Period. The Plan Administrator can tell you when the Open Enrollment Period begins and ends. Coverage for a late applicant who applies during the Open Enrollment Period will begin on the first day of the month following the close of the Open Enrollment period.

For Medical, Prescription Drug, and Vision benefits, a Member is *not* a late applicant if:

• You did not apply for coverage within 31 days of the eligible date because the Member was covered under another health insurance plan or arrangement and coverage under the other plan was lost as a result of:

   - Exhausting the maximum period of COBRA coverage; or

   - Loss of eligibility for the other plan's coverage due to legal separation, divorce, death of a spouse, termination of employment or reduction in the number of hours of employment; or

   - Termination of the employer's contribution for the other plan's coverage.

You must have stated in writing that the other health coverage was the reason you declined coverage under this Plan, but only if the Employer required such a statement and notified you of the consequences of the requirement when you declined coverage.

- You did not apply to cover your spouse or a Dependent child within 31 days of the date you became eligible to do so and later are required by a qualified court order to provide coverage under this Plan for that person.
- You did not apply to cover yourself or an eligible Dependent within 31 days of the date you became eligible to do so and later experience a change in family status because you acquire a Dependent through marriage, birth or adoption. In this case, you may apply for coverage.

If you apply within 31 days of the date:

- Coverage is lost under the other plan, as described above, coverage will start on the day after coverage is lost under the other plan.
- A court order was issued, coverage will start on the court ordered date.
- You acquire a new Dependent, coverage will start:
  - In the case of marriage, on the date of marriage.
  - In the case of birth or adoption, on the date of birth, adoption or placement for adoption.

■ **What If I Was Covered for Health Benefits Under the Employer's Prior Plan?**

A Member who had similar coverage under the Employer's prior plan on the date of its termination will be covered under this Plan on the Plan effective date. Any waiting period under this Plan will be reduced by the part of the waiting period that had been satisfied under the prior plan. "Health benefits" mean medical, prescription drug and vision benefits.

*If a Member was on COBRA or any other continuation coverage or extension of benefits under the prior plan* and that plan terminated, coverage will be provided for that Member until the earlier of:

- The date on which coverage would end under the terms of the Plan; or
- The last day of the period for which coverage would have been provided had the prior plan not terminated.

*If a Member was covered under any extension of benefits under the prior plan,* the benefits provided under this Plan will be the same as those provided by the prior plan, less any amount paid under the prior plan.

*If you were on Family and Medical Care Leave on the effective date of this Plan* and you were covered under the Employer's prior plan on the date of its termination, then you will become covered for the benefits provided under this Plan as of its effective date.

Deductible, Breakpoint and Out-of-Pocket Credits

Any amount a Member has already paid toward the calendar year medical deductible under the prior medical plan will be applied to this Plan's calendar year medical deductible.

Any amount of covered expenses a Member has already used to satisfy any calendar year breakpoints and out-of-pocket maximum under the prior medical plan will be applied to this Plan's calendar year breakpoints and out-of-pocket maximum.

Special Benefits for Pre-Existing Conditions

These benefits apply if a Member would not be eligible for coverage under the Plan because of the pre-existing conditions limitation and is not eligible for benefits under the prior plan because expenses were incurred after termination of that plan.

The amount of benefits will be the lesser of the amount that would have been paid under the prior plan if it had stayed in force and the amount that would have been paid under this medical Plan if it did not have a pre-existing conditions limitation.

Any length of time a Member has already satisfied toward the pre-existing conditions limitation waiting period of the prior plan will be carried over to this medical Plan.

EVision USA.Com,Inc—August 1, 2000

### ■ Will My Coverage Change?

If the Employer amends the benefits or amounts provided under the Plan, a Member's coverage will change on the effective date of the amendment. If a Member changes classes, coverage will begin under the new class the first day of the month coinciding with or next following the date the Member's class status changes.

If you are an active Employee and you are not Actively at Work when either of these changes occurs, the change in your coverage will not take place until you return to work with the Employer for one full day.

If one of your covered Dependents is confined in the Hospital, any change in coverage will not take place until your Dependent is released from the Hospital.

All claims will be based on the benefits in effect on the date the claim was incurred.

### ■ When Will My Coverage End?

Your coverage will end on the earliest of the following dates:

* The date the Employer terminates the benefits described in this booklet.
* The date you are no longer eligible or the last day of the month coinciding with or next following the date your Service ends.
* The due date of the first contribution toward your coverage that you or the Employer fails to make.
* The date Loss of Residence occurs.

Your Dependent coverage will end on the earliest of the following dates:

* The date your coverage ends; or
* Loss of Residence occurs; or
* The date your Dependent is no longer eligible for benefits; or
* The due date of the first contribution toward Dependent coverage that you or the Employer fails to make.

### ■ Can I Continue or Convert My Coverage If I Become Ineligible?

If you become ineligible for coverage under the Plan, you may be able to continue coverage for certain benefits.

Continuation  of Coverage  during Family  and Medical Care Leave

If the Employer approves your Family and Medical Care Leave, coverage under the Plan will continue during your leave. Contributions must be paid by you and/or the Employer. If contributions are not paid, your coverage will cease. However, on the date you return to work, coverage will be on the same basis as that provided for any active Member on that date. If you have questions about Family and Medical Care Leave, see the Plan Administrator.

Extension  of Medical and Prescription  Drug Benefits

A Member who is Totally Disabled on the date he or she becomes ineligible for continuation of coverage or continuation under COBRA may still be eligible for extended benefits for the disabling condition only. These benefits are extended:

* During the course of that Total Disability.
* Under the same benefit provisions as if coverage had not ended.
* Upon termination of the Member's coverage under this Plan, for 90 days, as long as this Plan is still in force.

Benefits for prescription drugs will be payable under the Medical Benefit and not the Prescription Drug Benefit.

You do not have to pay for extended benefits.

Conversion  of Medical Benefits

If your coverage ends for any reason except not making a required payment, you may be able to convert your group coverage to other coverage. You can apply for conversion coverage if:

* You had been covered under this Plan (or any group health plan providing similar benefits which this Plan replaced) for at least 90 days just prior to the date your coverage ended; and
* This Plan is still in force; or
* This Plan terminates, and is not replaced by similar group health coverage within 30 days.

Your spouse may convert coverage if you die or your marriage is annulled or ends in a divorce. Your Dependent children may convert their coverage if you die and have no surviving spouse or if their coverage ends only because they no longer meet the definition of Dependent.

A person who is entitled to Medicare Benefits may not convert coverage.

*You must apply for medical conversion coverage within 31 days after your coverage ends.*

Conversion coverage does not provide the same benefits as the Plan. If you are interested in converting your coverage, ask the Plan Administrator for details.

### ■ Can Coverage Be Reinstated?

If your coverage ended because of termination of your Service, it will be reinstated on the date you return to work with the Employer. You must return within 3 month(s) to be reinstated.

On the date you return to work, coverage for you and your eligible Dependents will be on the same basis as that provided for any other active Employee and his or her Dependents as of that date. However, any restrictions on your coverage that were in effect before your reinstatement will still apply.

Coverage for a Military Reservist who returns from active duty will be reinstated as required under the Uniformed Services Employment & Re-employment Rights Act.

Coverage for a Member whose coverage ended due to Loss of Residence will be reinstated:

• for an Employee, on the day after completing 30 consecutive days of Work in the United States or Puerto Rico;

• for a Dependent, on the day after completing 30 consecutive days residence in the United States or Puerto Rico.

The Member must return to the United States or Puerto Rico within three months of the date the Loss of Residence occurred to be reinstated. Coverage will be on the same basis as that being provided for any other active Employee and his or her Dependents on the date coverage is reinstated. However, any restrictions on the coverage that were in effect before reinstatement will continue to apply.

## GREAT-WEST POS MEDICAL BENEFITS

The POS plan is effective AUGUST 1, 2000.

### ■ How Does the Plan Work?

Members select a Primary Care Physician (PCP) in the network. The PCP will coordinate health care and refer the Member to network specialists and Hospitals when necessary. PCPs may be either general or family practitioners, internists or pediatricians. In addition, participating gynecologists and obstetricians practicing in Colorado who have agreed to provide the majority of primary health care services may be PCPs. OB/GYNs practicing in certain other states may also be eligible to be PCPs.

Each Member may choose a different PCP. Call the Member Services number on the ID card for help in selecting or changing a PCP. To see a current listing of network providers, access the on-line directory at www.onehealthplan.com.

If you have not yet seen your PCP, it's a good idea to call his or her office and to complete any necessary paperwork before you need care.

When your PCP is on vacation, ill or otherwise unavailable, services will be provided by another network PCP in your PCP's medical group.

If your PCP ceases to be a member of the network, you must choose a new PCP. However, any treatment in process when the provider leaves the network will continue to be provided by that provider until the earlier of the date on which the treatment is completed or Great-West makes reasonable and medically appropriate arrangements for care to be assumed by a network provider.

The POS Plan offers two levels of benefits: approved and non-approved. To be paid at the approved level, care *must* either be provided by the PCP or approved by the PCP *and* provided by a network provider. When these conditions are *not* met, benefits will be paid at the non-approved level. The Member is responsible for verifying that the provider is a network provider.

## PCP Approval

Call the PCP before seeking any non-emergency care. If Medically Necessary, the Member will be given an approved referral to a network specialist or Hospital. The PCP or the medical group must inform Member Services that care has been approved.

**Exceptions:**

- *Women's Health Care Services*

  Women may use a network OB/GYN for all women's health care services *without* getting PCP approval. If the network OB/GYN determines that a referral for additional care is needed, the Member must obtain approval from her PCP.

- *Mental Health Services*

  Mental Health services require approval by the Managed Mental Health Program (MMHP) instead of the PCP. To contact the MMHP, call the MMHP number on the ID card.

## Emergency Care

If emergency care is needed, go to the nearest medical facility. Contact the PCP within 48 hours or as soon as reasonably possible.

The term "emergency" means a medical condition manifesting itself by acute symptoms of sufficient severity such that a prudent layperson who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention to result in serious jeopardy to his or her health.

If urgent medical care is needed and you are within the service area, call your PCP before seeking treatment. PCPs have 24-hour telephone coverage. If you are traveling and need urgent care, go to a local urgent care facility and then contact your PCP within 48 hours, or as soon as reasonably possible, to inform him or her of your visit.

The term "urgent medical care" means care for an injury or illness which requires medical attention within a short period of time in order to prevent serious deterioration of a patient's health.

## Calendar Year Deductible and Copay

A calendar year deductible is the amount of covered medical expenses that must be satisfied before the Plan begins to pay benefits.

Any expenses that were incurred in the last three months of a calendar year and used to satisfy the deductible for that year will also be applied to the deductible for the next calendar year.

A copay is an amount a Member pays for care at the time of service.

## Allowable Covered Expenses

All medical benefits are subject to allowable covered expense guidelines.

Network providers have agreed to a set fee schedule. Members are not responsible for expenses over the scheduled amount for covered services. Members are responsible for any applicable copays, deductibles, and coinsurance.

For non-network providers, the allowable covered expense is determined by usual and customary charge guidelines. The usual and customary charge for each service or supply received will be the lesser of the fee usually charged by a provider and the fee usually charged by other providers in the same geographical area for these services and supplies. The Member must pay any amount over usual and customary charges.

## Alternate Care

The Case Management Program (CM) helps Members with serious illnesses manage their health care. The goal of the CM program is to develop alternative treatment plans that will help these Members obtain the type of care needed *outside* of a Hospital setting. Members who choose to participate in this program are assigned a case manager to help coordinate care.

If a Member and the Member's Doctor decide that the recommended alternative treatment plan is right for the Member, it will be covered on the same basis as the care and treatment for which it is substituted. This will be the case even if the alternate treatment plan includes care that is not otherwise covered under the Plan.

■ **What's Covered?**

The Summary of Medical Benefits located in the front of the booklet shows the payment percentage, deductible and copay amounts applicable to various covered expenses. Any benefit maximums applied to specific covered expenses and calendar and lifetime benefit maximums for *all* covered expenses are also shown on the Summary of Medical Benefits.

If the Plan pays benefits at less than 100%, you must pay the remaining percentage of covered services. This amount is in addition to any deductible or copay amounts.

Services must be Medically Necessary as defined in the Glossary. Unless otherwise noted for a particular service, services must be required as a result of symptoms of Illness. Expenses are covered only if incurred while the Member is covered for these medical benefits.

Hospital Care and Surgery

The Plan covers semi-private room and board and ICU expenses as well as other inpatient and outpatient services, supplies and Doctor's charges. Hospital and Doctor charges for infant care through the first seven days of life are covered if you have elected Dependent coverage.

Skilled Nursing Facility

The Plan covers care in a licensed skilled nursing facility. Care must be such that it requires the skills of technical or professional personnel, is needed on a daily basis and cannot be provided in the patient's home or on an outpatient basis. Care must be required for a medical condition which is expected to improve significantly in a reasonable period of time and the Member must continue to show functional improvement.

Coverage is limited to the usual charge of the facility for semi-private care. This amount includes room and board and all other services.

Office Visits

The Plan covers most services and supplies in a Doctor's office. X-rays and lab tests ordered during an office visit and performed at an independent facility are also covered as part of the office visit.

Preventive Care

The Plan covers periodic physical exams by a Doctor for a Member who is at least eight days of age. This includes x-ray and lab services if part of the annual physical exam, necessary immunizations and booster shots. For a Member over the age of two, benefits are payable for one exam per year.

The Plan covers an annual pelvic exam, Pap smear, and for women age 35 and over, a mammogram.

Reconstructive Surgery following a Mastectomy

The Plan covers reconstruction of the breast on which a mastectomy has been performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, and prostheses and physical complications related to all stages of mastectomy, including lymphedemas.

Treatment is to be determined by the attending Doctor, in consultation with the patient. Benefits will be payable on the same basis as for any other surgery covered under the Plan.

Maternity Coverage

The Plan covers prenatal, childbirth and postnatal care. Coverage for you and your baby, if dependent coverage is elected, includes a Hospital stay of 48 hours following a normal vaginal delivery and 96 hours following a C-section. The 48/96 hours begin following delivery of the last newborn in case of multiple-births. When delivery takes place outside a hospital, the 48/96 hours begin at the time of inpatient admission. The Hospital stay may be less than the 48-hour or 96-hour minimum if a decision for early discharge is made by the attending Doctor in consultation with the mother.

As soon as a Member finds out that she is pregnant, she or her Doctor should contact Member Services so they can help her identify and avoid risks during pregnancy and obtain the prenatal care she needs. They can also direct her to appropriate facilities.

Family Planning

The Plan covers tubal ligations and vasectomies, elective abortions and infertility testing. When approved by Member Services, three months of hormone manipulation services are also covered.

Treatment of Mental Health Conditions and Chemical Dependency

The Plan covers inpatient detoxification and inpatient and outpatient treatment of mental health conditions, alcoholism, drug addiction and other chemical dependency.

Spinal Adjustment and Treatment

The Plan covers expenses for services related to spinal adjustment.

Home Health Care

The Plan covers home health care visits when services are provided by a licensed home health care agency. Services must be prescribed as an alternative or a follow-up to inpatient Hospital care. The Member must be restricted from leaving home due to a medical condition.

Care must be such that it cannot be learned or performed by the average, non-medically trained person. Care must be provided by technical or professional personnel or by home health aides working along with technical or professional personnel. Care must be required for a medical condition which is expected to improve significantly in a reasonable period of time.

Hospice Care

The Plan covers hospice care if prescribed by a Doctor and the Member's life expectancy is six months or less.

Other Medical Services and Supplies

The Plan covers:

- Non-disposable medical equipment appropriate for use within a Member's home. Covered equipment must be able to withstand repeated use and be used to treat an Illness. Replacement of equipment is covered only when required as a result of normal usage.
- Nursing services.
- Ambulance services.
- General anesthesia and associated facility charges for dental procedures when determined to be Medically Necessary.
- Custom-designed orthotics when prescribed by a Doctor and required for all normal, daily activities.
- Physical Therapy.
- Services required for the treatment of diabetes and diabetes self-management education programs.
- Outpatient Occupational, Speech and Hearing Therapy.

■  **Is There a Limit On My Expenses?**

The out-of-pocket maximums for various types of expenses are shown in the Summary of Medical Benefits. Expenses used to satisfy the out-of-pocket for one category of expenses may not be used to satisfy the out-of-pocket for another category of expenses.

Calendar Year Out-of-Pocket Maximum for Approved Services

If in any one calendar year, the amount of covered expenses a Member pays for approved services reaches the out-of-pocket maximum for approved services, all other covered expenses for approved services for that Member during the rest of that calendar year will be payable at 100%.

Calendar Year Out-of-Pocket Maximum for Services Not Approved

If in any one calendar year, a Member's covered expenses for services not approved reach the out-of-pocket maximum for services not approved, all other covered services not approved for that Member during the rest of that calendar year will be payable at 100%.

Expenses Excluded from the Out-of-Pocket Maximum

Expenses that are not applied toward the out-of-pocket maximum include expenses:

- for services and supplies not covered under this Plan; and

EVision USA.Com.Inc—August 1, 2000                                                                    11