# Exhibit 13

# ꟷIFE & HEALTH TRANSMITTAL FORM

| TO: Christy Metros-Bougie<br>Date: June 20, 2001<br>FROM: Alison Zellner | Sales Rep: Jeffrey Scott<br>Service Rep: Alison Zellner<br>Group Office: Denver | ☒Mid100<br>☐Mid500<br>☐National Accounts |
|---|---|---|
| Group Number: 390075 | Group Name: Auerbach, Pollak & Richardson | |

## Administrative Amendment Information: (Complete only the item(s) that is CHANGING)

**Administrative Amendment Effective Date:** July   Day: 1   2001

**Administrative Amendment Info / or Notes:** Changing address of company

☐**Change Company Type:**
From: Corporation

To: Corporation

☒**Change Client's Address To:**
707 17th Street, Suite 2900
Denver, CO 80202

City: Denver State: CO Zip: 80202

☐**Client Company Name Change:**
From: _____
To:

☐**Change Company Name for ID Cards To:**
Must be abbreviated to 30 digits:

☐**Client Contact Change**     OR     ☐**Adding/Changing BenLink:** (including BenLink User Changes)

**Plan Administrator:** (receives routine correspondence)
Plan Administrator: Terri Spahn
Title: AVP-HR
Phone: 303-295-1000
Fax: 303-295-3576
E-mail: tspahn@amffc.com
☒ BENLink User
   SSN: alreadysetup
   ISP:
      Connection via: Modem

Address: (Required information – complete whether address is changing or not)
707 17th Street, Suite 2900
Denver, CO 80202

**Legal /Formal Correspondence Contact:**
Name: _____
Title: _____
Phone: _____
Fax: _____
E-mail: _____
☐BENLink User
   SSN:
   ISP:
      Connection via: Modem

Address: (Required information – complete whether address is changing or not)

**Additional Contact:**
Name: _____
Title: _____
Phone: _____
Fax: _____
E-mail: _____
☐BENLink User
   SSN:
   ISP:
      Connection via: Modem

Address: (Required information – complete whether address is changing or not)



DEFENDANT'S EXHIBIT 12 KL 8/24/05

# IFE & HEALTH TRANSMITTAL FORM

| Additional Contact: | Additional Contact: | Additional Contact: |
|---|---|---|
| Name: _____ <br> Title: _____ <br> Phone: _____ <br> Fax: _____ <br> E-mail: _____ <br> ☒ BENLink User <br>   SSN: <br>   ISP: <br>     Connection via: Modem <br><br> Address: (Required information – complete whether address is changing or not) | Name: _____ <br> Title: _____ <br> Phone: _____ <br> Fax: _____ <br> E-mail: _____ <br> ☒ BENLink User <br>   SSN: <br>   ISP: <br>     Connection via: Modem <br><br> Address: (Required information – complete whether address is changing or not) | Name: _____ <br> Title: _____ <br> Phone: _____ <br> Fax: _____ <br> E-mail: _____ <br> ☒ BENLink User <br>   SSN: <br>   ISP: <br>     Connection via: Modem <br><br> Address: (Required information – complete whether address is changing or not) |

☐ **Add/Change to COBRA**

&minus; ☐ Current CobraServ Customer

Total Number of Employees: _____ (required info)

    ☐ Applicant to administer COBRA
    ☐ Cobraserv Standard Service
    ☐ CobraServ Enhanced Service

    ☐ Another outside provider to administer

Maximum period of coverage to begin on:
    ☐ date of the qualifying event
    ☐ date of loss of coverage

Client Address: (Required information- complete even if address is not changing.)

☐ **Change to Employee Class:**

| # of EE's in Class | Class Description (Include qualifying hours if appropriate) | Waiting Period/Class Changes* | Benefit Exclusions |
|---|---|---|---|
| | A. | _____ Days from hire date OR <br> ☐ 1st of month following hire date OR <br> ☐ 1st of month following _____ Days | |
| | A. | _____ Days from hire date OR <br> ☐ 1st of month following hire date OR <br> ☐ 1st of month following _____ Days | |

☐ **Employer Contribution Change To:**

**Life/AD&D Plan:**
    ☐ Contributory  (employee contributes a portion of costs for life plan)
        Employer contributes the following percentage(s): EE ___% Dependent ___%
        Employee contributes the following percentage(s): EE ___% Dependent ___%
               TOTAL must = 100%      100%
    ☐ Non-Contributory (employer contributes 100% of costs for life plan)

**Health Plan(s):**
    ☐ Contributory (employee contributes a portion of costs for health plan)
        Employer contributes the following percentage(s): EE ___% Dependent ___%
        Employee contributes the following percentage(s): EE ___% Dependent ___%
               TOTAL must = 100%      100%
        ☐ Non-Contributory (employer contributes 100% of costs for health plan)

Click here and hit Tab to view Service Standards