# Exhibit 15

June 29, 2001

Capital District Physicians' Health Plan
17 Columbia Circle
Albany, NY 12203-5190

Attention: Martha Mabeus
Re: Group Number 003132

Dear Martha:

Please let this letter serve as written notice that the above referenced group policy should be canceled effective June 30, 2001, as the branch office in Albany has been closed.

Please contact the New York office directly at 212-508-1300 if you have any questions. Thank you for your help over the years Martha, it was a pleasure working with you and CDPHP.

Sincerely,


Terri Spahn
AVP – Human Resources Manager


Cc: Hugh Regan
    Lew Cohen

0347