# Exhibit 16

Case 3:02-cv-01161-AWT   Document 153-29   Filed 01/13/2006   Page 1 of 2

Since they have had an NSF, we can place this group on hold. Pat, will start the process of collecting information for Legal.

Elena, FYI.
Christy Metros Bougie
Associate Manager
Mid 500 Administration, NW Region

Phone Number: (303) 737-4614
E-fax Number:  (413) 714-5886
E-mail Address: christy.metros.bougie@gwl.com

| | |
|---|---|
| From: | Zellner, Alison |
| Sent: | Monday, July 02, 2001 10:33 AM |
| To: | Metros Bougie, Christy; Myers, Tania |
| Cc: | Marx, Patrick; Scott, Jeffrey |
| Subject: | Auerbach #390075 |

Heads up... I just received confirmation that this company has been shut down and did not make payroll Friday. They will most likely be in bankruptcy. Please put claims on hold if they are not already and I will forward more information when I receive it. Thanks,

Alison Zellner
Sr Customer Service Manager
Great-West Life Employee Benefit Services
303-839-1710 phone
303-839-8672 fax
Alison.Zellner@gwl.com