# Exhibit 17

| | |
|---|---|
| From: | Bellah, Elena |
| Sent: | Friday, July 27, 2001 12:31 PM |
| To: | Marx, Patrick; Cosgrove, Barbara |
| Cc: | Bellah, Elena; Zellner, Alison |
| Subject: | RE: Auerbach #390075 |

Alison - The decision has been made to hold off on this Amendment and renewal due to the currrent Bankruptcy/NSF/Legal situation. Please let all affected know this.
Thanks,
*Elena Bellah*
Mid Market 500 Admin
X2973

| | |
|---|---|
| From: | Bellah, Elena |
| Sent: | Friday, July 27, 2001 9:05 AM |
| To: | Cosgrove, Barbara; Bellah, Elena |
| Cc: | Marx, Patrick |
| Subject: | RE: Auerbach #390075 |
| Importance: | High |

Hi Barb - Do you think that we should go ahead with an Amendment for 8-1-01 to change Plan Admin. and also forward with the 8-1-01 Renewal? They are possibly filing for Bankruptcy. Please advise.
Thanks,
*Elena Bellah*
Mid Market 500 Admin
X2973

| | |
|---|---|
| From: | Zellner, Alison |
| Sent: | Thursday, July 19, 2001 8:16 AM |
| To: | Myers, Tania; Metros Bougie, Christy; Bellah, Elena |
| Cc: | Marx, Patrick; Scott, Jeffrey |
| Subject: | RE: Auerbach #390075 |

We have not received payment that I am aware of. Tania, do you know?

| | |
|---|---|
| From: | Bellah, Elena |
| Sent: | Thursday, July 19, 2001 8:08 AM |
| To: | Myers, Tania; Zellner, Alison; Metros Bougie, Christy |
| Cc: | Marx, Patrick; Scott, Jeffrey; Bellah, Elena |
| Subject: | RE: Auerbach #390075 |
| Importance: | High |

Christy - Please let me know if we will be terminating this group due to non-payment.
Alison - have we received any payments?
Thanks,
*Elena Bellah*
Mid Market 500 Admin
X2973

| | |
|---|---|
| From: | Metros Bougie, Christy |
| Sent: | Monday, July 09, 2001 2:53 PM |
| To: | Myers, Tania; Zellner, Alison |
| Cc: | Marx, Patrick; Scott, Jeffrey; Bellah, Elena; Metros Bougie, Christy |
| Subject: | RE: Auerbach #390075 |

GW000843



Since they have had an NSF, we can place this group on hold. Pat, will start the process of collecting information for Legal.

Elena, FYI.
Christy Metros Bougie
Associate Manager
Mid 500 Administration, NW Region

Phone Number: (303) 737-4614
E-fax Number: (413) 714-5886
E-mail Address: christy.metros.bougie@gwl.com

| | |
|---|---|
| From: | Zeiner, Alison |
| Sent: | Monday, July 02, 2001 10:33 AM |
| To: | Metros Bougie, Christy; Myers, Tania |
| Cc: | Marx, Patrick; Scott, Jeffrey |
| Subject: | Auerbach #390075 |

Heads up... I just received confirmation that this company has been shut down and did not make payroll Friday. They will most likely be in bankruptcy. Please put claims on hold if they are not already and I will forward more information when I receive it.
Thanks,
Alison Zeiner
Sr. Customer Service Manager
Great-West Life Employee Benefit Services
303-839-1710 phone
303-839-8672 fax
Alison.Zeiner@gwl.com