# Exhibit 18

**one health plan**
*The one that's there for you.*

_____ Medical Benefits fax requested at 03:20 PM CDT, July 9, 2001 _____

The benefit information provided is based on current records and is not a guarantee of coverage.

         Plan#: 390075              Employee: SCOVIN, WILLIAM
         Patient: WILLIAM           Date of Birth: 09/29/56

This plan has full family coverage.  Effective: 04/01/2001

The patient may be subject to a pre-existing waiting period.

This is a Preferred Provider Organization Plan through One Health Plan.

This plan provides benefits at 100% for certain cost effective services. Please refer to the benefit summary in the plan booklet for detailed information. Although the plan provides benefits for non-network as well as network providers, the level of benefits is higher if network providers are used.

Pre-certification is required for all in-patient confinements, as well as most out-patient surgery performed outside of the physician's office. Please contact One Heath Plan. Please call the number listed on the member's identification card.

For network services, this plan has an office visit co-pay of $15 which applies to each doctor's office visit. A visit includes diagnostic x-rays and lab charges, and charges for non-surgical or non-therapeutic services that are performed during the visit and billed by the doctor. Bills submitted for allergy shots without an office visit are covered at 100% and are not subject to the office visit co-pay.

When a co-pay applies, the remaining eligible amount is covered at 100%.

The patient has a calendar year deductible of $250 which is applied to both network and non-network services.
     As of today $ 250.00 has been met.
This plan has a family deductible of $750
     As of today $ 250.00 has been met.

Once the deductible is satisfied, network benefits are covered at 90%. Non-network benefits are covered at 60%
with a combined individual breakpoint maximum of $---- not including the deductible and co-pays.  Then benefits are covered at 100%.

There is no maximum benefit for preventive care.

The office visit co-pay applies to preventive services.

Maternity claims are considered the same as any other illness.

There is no supplemental accident benefit.

Once the deductible is satisfied, the following services are covered at 80% regardless of whether or not services are rendered by a network provider: emergency room services when surgery is not performed; durable medical equipment; ambulance; and occupational, speech and hearing therapy when the plan provides coverage for such treatment.

Spinal adjustment treatment is covered at 50%.
There is no maximum benefit for spinal adjustment related services.

DEFENDANT'S EXHIBIT 17 KL 8/24/05

All services must be considered medically necessary in order to be eligible for benefits.

This plan provides coverage for inpatient mental and nervous services.
This plan provides coverage for out-patient mental and nervous services.
This plan provides coverage for inpatient alcohol and substance abuse services.
This plan provides coverage for out-patient alcohol and substance abuse services.

Please refer to the benefit summary in the plan booklet for detailed information.

_____ Thank you for calling. _____

Visit our internet home page at: www.onehealthplan.com