# Exhibit 20

```
AUTHOR: darbi          DATE: 07/13/2001     TIME: 10:21:06 AM
REASON: request being updated
ADMISSION: 02 EXTENSION: 00 :

  ppo net hsp/dr
  dx: total hip replacement hsp wants to move patient to acute rehab in the
  hsp for est'd 5 day los pend to sobc
  Lisa/Hsp/
  nbr disclaimer given
  rdarbi onenj 72614

AUTHOR: msant          DATE: 07/13/2001     TIME: 10:57:11 AM
REASON: request approved - edit notes at history
ADMISSION: 02 EXTENSION: 00 :

  7/13/01 caller-Lisa/hosp
  s/p THR-5 days appro for acute rehab,


Use <PF4> to leave.   Press space bar to continue .
```



DEFENDANT'S EXHIBIT 18  KL 8/24/05