# Exhibit 19

Jul 13 01 11:00a   AUERBACH POLLAK RICHARDSO   303 850 6050   P.1

# Auerbach, Pollak & Richardson, Inc.

450 Park Avenue, 8th Floor
New York • New York • 10022
(212) 508-1300

CORPORATE OFFICES
FACSIMILE TRANSMITTAL

**Terri Spahn**
Associate Vice President – Human Resources

(303) 279-2284 Phone • (303) 279-2219 Fax

DATE: 7-13-01

TO: Jeff Scott

COMPANY: GW

FAX#: 303-839-4672

NUMBER OF PAGES (Including Cover Sheet): 5

COMMENTS: Jeff, Attached is a memo directing GW to send all correspondence to the NY office. Also could you forward the terms to Renee to provide a corrected billing. I will keep in touch.

Please call Terri Spahn at (303) 279-2284 for incomplete or illegible transmissions.

The information contained in this facsimile message and/or the document transmitted is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original to us at the above address via the U.S. Postal Service. Thank You.

Thank you for all of your help!
Terri

DEFENDANT'S EXHIBIT 19

GW 000208

JUL 13 '01 11:12   303 850 6050   PAGE.01

Jul 13 01 11:00a    AUERBACH POLLAK RICHARDSO    303 860 6050    p.2

# AUERBACH, POLLAK & RICHARDSON, INC.

## MEMORANDUM

**To:** Jeffrey Scott, Great West Life

**From:** Terri Spahn, AVP – Human Resources Manager

**Date:** July 13, 2001

**Re:** Group #390075

---

Jeff-

I wanted to notify you that effective immediately, I am no longer employed with Auerbach, Pollak & Richardson, Inc.

Please send all correspondence directly to the APR home office at:
   450 Park Avenue, 8th Floor
   New York, NY 10022
   212-508-1300

I am also attaching a revised invoice detailing all of the termination dates for employees that are no longer employed at APR. Please have these corrections made and a revised invoice sent to the address listed above. I have termed most of these employees on Benlink, but if you could make certain with Renee Koogle that they are also deleted from the billing and the proper credits shown. You might then want to forward a corrected bill to the home office and request payment.

Thank you for all of your assistance during this past year, I have truly enjoyed working with you and Great West Life and hope that we have the opportunity to work together again in the future.


Cc: Hugh Regan, President APR
    Lew Cohen, Controller APR

GW 000209

JUL 13 '01 11:12    303 860 6050    PAGE.02

Jul 13 01 11:00a     AUERBACH POLLAK RICHARDSO    303 850 6050          P.3

# Great-West LIFE & ANNUITY INSURANCE COMPANY

| | | EMPLOYEE DETAIL SECTION | PAGE 3 |
| | | LISTING OF EMPLOYEES | |
| | | COVERED AS OF THE STATEMENT DATE | PLAN 290075 |
| | | JUNE 01, 2001 | BILL GROUP 1 |

| EMPLOYEE I.D. # | EMPLOYEE NAME | BENEFIT GROUP | Term Date | | COMB'N | CURRENT STATEMENT | LIFE AMOUNT | ADRD AMOUNT | STD AMOUNT | LTD AMOUNT | OLIFE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ER███ | | | 500 | 3 | 113.90 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | 504 | 2 | 129.11 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | 500 | 0 | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 6-5-01 | 500 | 2 | 136.34 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 5-19-01 | 500 | 2 | 136.34 | 0 | | 0.00 | 0 | |
| ███ | ███BLAKE███ | | 5-4-01 | 503 | 2 | 129.11 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 4 | 180.88 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 2 | 129.11 | 0 | | 0.00 | 0 | |
| ███ | ███UCE███ | | | | | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 29███ | | | 167.62 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 113.90 | 0 | | 0.00 | 0 | |
| ███630███ | ███ | | | | | 57.69 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 54.70 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 0 | 62.27 | 0 | | 0.00 | 0 | |
| ███ | CONCHEI███ | | | | 0 | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 4 | 180.88 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 0 | 57.69 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | 2 | 129.11 | 0 | | 0.00 | 0 | |
| ███0079 | ███ | | | | 0 | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 180.88 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 54.70 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 129.11 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 5-███01 | 503 | 3 | 105.62 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 62.27 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 5-███ | | | 136.34 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 180.88 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 54.70 | 0 | | 0.00 | 0 | |
| ███5███ | ███ | | | | | 57.69 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | | | 108.12 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 6-29-01 | 502 | 0 | 54.70 | 0 | | 0.00 | 0 | |
| ███ | ███ | | | 500 | 4 | 180.88 | 0 | | 0.00 | 0 | |
| ███ | ███KS GUPPY GEORGE | | 6-27-01 | 500 | 2 | 136.34 | 0 | | 0.00 | 0 | |
| ███ | ███ | | 6-6-01 | 502 | 0 | 57.69 | 0 | | 0.00 | 0 | |

CONTINUED ON NEXT PAGE

Jul 13 01 11:00a    AUERBACH POLLAK RICHARDSO    303 860 6050    P.4

## Great-West LIFE & ANNUITY INSURANCE COMPANY

EMPLOYEE DETAIL SECTION    PAGE 4
LISTING OF EMPLOYEES
COVERED AS OF THE STATEMENT DATE
JUNE 01, 2001    PLAN 290075
BILL GROUP 1

| NAME | CURRENT STATEMENT | LIFE AMOUNT | ADDED AMOUNT | STD AMOUNT | LTD AMOUNT | OLIFE AMOUNT |
|---|---|---|---|---|---|---|
| ▓▓▓ | 180.88 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ | 57.69 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ | 180.88 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ 5-8- | 62.27 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ | 57.69 | | | | | |
| ▓▓▓ 503 | 105.62 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ 505 | 167.62 | 0 | 0 | 0.00 | 0 | |
| ▓▓▓ | 57.69 | | | | 0 | |
| ▓▓▓ | 62.27 | | | | 0 | |
| ▓▓▓ | 62.27 | 0 | 0 | 0.00 | 0 | |
| BRUCE 6-29-01 503 0 | 57.69 | 0 | 0 | 0.00 | 0 | |
| 5-3-01 503 0 | 57.69 | | | | 0 | |
| -18-01 500 0 | 62.27 | | | | 0 | |
| 6-01 506 0 | 57.69 | 0 | | 0.00 | 0 | |
| | 57.69 | 0 | | 0.00 | 0 | |
| | 177.88 | | | 0.00 | 0 | |
| | 54.70 | | | | | |
| | 57.69 | | | 0.00 | | |
| | 136.34 | | | 0.00 | 0 | |
| | 62.27 | | | 0.00 | | |
| EPH 6-29-01 503 4 | 167.62 | | | 0.00 | | |
| | 167.62 | | | 0.00 | | |
| | 57.69 | | | 0.00 | | |
| LES 501 0 | 54.70 | | | 0.00 | | |
| M 501 4 | 177.88 | | | 0.00 | | |
| 6-29-01 503 0 | 57.69 | | | 0.00 | | |
| 5-31-01 500 2 | 136.34 | | | 0.00 | | |
| 500 0 | 62.27 | | | 0.00 | | |
| X 504 4 | 167.62 | | | 0.00 | | |
| 501 0 | 54.70 | | | 0.00 | | |
| EATHER Cobia 503 3 | 105.62 | | | 0.00 | | |
| 501 2 | 128.60 | | | | | |
| 5-31-01 503 3 | 105.62 | | | 0.00 | 0 | |
| 4-30-01 503 0 | 57.69 | 0 | | | | |

**Great-West** LIFE & ANNUITY INSURANCE COMPANY

EMPLOYEE DETAIL SECTION  PAGE 5
LISTING OF EMPLOYEES
COVERED AS OF THE STATEMENT DATE  PLAN 290075
JUNE 01, 2001  BILL GROUP 1

| EMPLOYEE I.D. # | EMPLOYEE NAME | | BENEFIT GROUP COMB'N | CURRENT STATEMENT | LIFE AMOUNT | ADED AMOUNT | STD AMOUNT | LTD AMOUNT | OLIFE AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | | 500 4 | 180.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | 4-30-01 | 500 4 | 180.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | ███ | 180.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | ███ | 129.11 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | 4-30-01 | 500 4 | 180.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 500 4 | 180.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | 6-29-01 | 503 2 | 129.11 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 501 0 | 54.70 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 501 0 | 54.70 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 500 0 | 62.27 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 501 4 | 177.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 500 2 | 136.34 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | 5-31-01 | 503 0 | 57.69 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 501 4 | 177.88 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | | 500 0 | 62.27 | 0 | 0 | 0.00 | 0 | |
| ███ | ███ | 5-31-01 | 501 0 | 54.70 | 0 | 0 | 0.00 | 0 | |

CURRENT MONTH'S TOTAL PREMIUM: $3,869.42