# Exhibit 21



# MEMORANDUM

To: Hugh Regan, President
Lew Cohen, Controller

From: Terri Spahn

Date: July 16, 2001

Re: Recap of outstanding Human Resources issues

---

I thought I would go ahead and submit all of the outstanding items to you in writing. I have left several messages but have not heard back from you. Twelve boxes have been shipped via Airborne Express containing the Human Resources files that I have been storing at my home office. Attached to this memo is a detailed list of the items that are being shipped directly to the New York office at 450 Park Avenue. The boxes were picked up on Friday and marked for two-day delivery, so they should arrive in New York on Tuesday.

1. Employees whose checks did not clear from the June 15, 2001 payroll need to be paid all wages due. In addition, payroll has not been met since that time frame and again there are wages due to both current and former employees who have been laid off. Several calls have been forwarded to the New York office from various State Department's of Labor, and I have forwarded all wage claims received here in Denver to Lew Cohen as well.

2. Medical insurance premiums are past due and the claims have been placed on "permanent hold" with no claims being paid until the premium payments are satisfied. In addition, the annual renewal is set for August 1st. At this point Great West is suggesting that the policy be canceled effective the end of July. As a reminder the current policy with Great West was set up so that after the policy is canceled by APR, or canceled for non-payment, there will still be two months of premiums due to Great West. If these premium payments are not made the payment of the bills to default to the employees for payment to their physicians and hospitals. This would be the worst case for APR, because then employees would be forced to file suit against APR for collecting premiums and not making payments. Great West is more than willing to pay claims and close out the account in a proper fashion, again if premium payment obligations are met. I urge you to meet these premium obligations as soon as possible. If you allow the

0389

policy to lapse for non-payment you may have a difficult time finding another insurance company to insure the company because of your poor credit history.

3. The dental plan with Delta Dental will also be canceled for non-payment if premiums are not met soon. I have not received a letter giving a specific date. As you are aware we have been on claims hold with Delta Dental since May 1, 2001. The last payment made to Delta was April 1, 2001. Again, employees have contributed ½ of the monthly premium with premium payments not being made to the insurance company.

4. Cobra – I have sent out Cobra notices for all employees that resigned or were laid off as of June 29, 2001. I will be forwarding a box that contains all Cobra related files and forms to complete if any additional employees become inactive with APR.

5. Attached is a memo to Great West and Delta informing them that the contact should be directly to the New York office and listing all terminated employees that should be taken off of the monthly billings.

6. I will be sending to Lew Cohen a file folder containing all unpaid invoices that I have up to this point in time. Most are insurance related invoices.

7. There is still an outstanding amount due to Universal Pensions Inc./John Hancock for amounts taken from employee paychecks and not sent to John Hancock. You should have received a letter from the trustees of the eVision plan stating that amounts after March 15th should not have been deducted. Those amounts then need to be returned to the employees and since they were pre-tax deductions, adjustments would need to be made to the tax reports.

8. Current APR employees that have a 401(k) account with ADP, may still have some employee deferrals that have not been sent to ADP for distribution to employee 401(k) accounts. Lew may need to speak with Sandy Mitchell and request that she send the ADP Data Collector information to him so that he can install the software on his computer and make the contributions.

Please feel free to contact me if you have any questions regarding the files sent to New York.

List of boxes sent to New York

1. Delta Dental Contract Booklets

2. Delta Dental Contract Booklets

3. Cobra Insurance Files

4. Delta Enrollments Packets

5. Insurance Claim forms – Insurance Rate Sheets

6. Current Great West / Delta Dental Files

7. Great West – Capital District Enrollments Packets

8. ** Unpaid Invoices (give file to Lew Cohen) – 2001 Paid Invoices

9. Insurance Master Contracts

10. I –9's

11. Year 2000 Paid Invoices (Including Great West, Delta and Prudential) U.S. Report of Organization

12. APR Active Personnel Files

0391