# Exhibit 22

SEP 19 2001 10:54 FR GWL-KEY 150    303 689 4204 TO 912125681376    NO.457    P004

# Great-West
www.gwla.com/benefits

8505 East Orchard Road
Greenwood Village, CO 80111 (303) 737-3000
Mailing Address PO Box 1080, Denver CO 80201
www.gwla.com

September 19, 2001

Mr. Hugh Regan, President
Auerbach, Pollack & Richardson INC.
450 Park Ave. 8th Floor
New York NY, 10022

Dear Mr. Hugh Regan:

We did not receive a payment that was due to us on August 23, 2001. Therefore, we have discontinued payment of claims.

We understand that missed payments can occasionally occur through oversight. We value your business, and would be happy to reinstate our terminated contract and restore claims payment if we immediately receive the amount outstanding.

Please remit your payment of $33,731.06 along with the attached Claims Release Hold form so that we may quickly resume claims payment. The form contains specific instructions regarding how to remit payment either through a wire transfer or a check. If payment is made by wire or certified check, we will resume claims payment more quickly than if it is by non-certified check.

If we do not receive payment by September 10, 2001, we will not be able to re-instate your contract. Finally, while we certainly don't wish for this, if we do not receive payment by September 10, 2001, we will turn over our collection activities to our legal department.

If you have already paid us or have further questions please call us immediately at (800) 753-9150. Thank you for your attention.

Sincerely,

Kristy Stewart / GARY PERKINS, B.A
Great-West Life

cc:    Denver Group Office

0145

APR-0087