- Your Employer employed at least 100 full-time or part-time employees during 50% or more of the Employer's business days during the previous calendar year, then coverage under this medical Plan will be considered the primary coverage, and Medicare will be considered the secondary coverage. This means that the benefits payable under this medical Plan will be payable first, and then Medicare will determine the remaining expenses it will pay.
- Your Employer employed fewer than 100 full-time or part-time employees during 50% or more of the Employer's business days during the previous calendar year, Medicare will be considered the primary coverage, and coverage under this Plan will be considered the secondary coverage.

<u>If A Member Becomes Eligible for Medicare Due to End-Stage Renal Disease</u>

For the first 30 months of treatment for End-Stage Renal Disease (ESRD), coverage under this medical Plan will be the primary coverage. After that, Medicare will become primary.

■ **Provision for Subrogation and Right of Recovery**

An Other Party may be liable or legally responsible to pay expenses, compensation and/or damages in relation to an Illness incurred by a Member (i.e. a Covered Person). A Covered Person is defined to also include the Member's legal representative.

An Other Party is defined to include, but is not limited to, any of the following:

- the party or parties who caused the Illness;
- the Insurer or other indemnifier or guarantor or indemnifier of the party or parties who caused the Illness;
- the Covered Person's own insurer (for example, in the case of uninsured, underinsured, medical payments or no-fault coverage);
- a worker's compensation insurer;
- any other person, entity, policy or plan that is liable or legally responsible in relation to the Illness.

Benefits may also be payable under the Plan in relation to the Illness. When this happens, Great-West may, at its option:

- subrogate, that is, take over the Covered Person's right to receive payments from the Other Party. The Covered Person will transfer to Great-West any rights he or she may have to take legal action arising from the Illness to recover any sums paid under the Plan on behalf of the Covered Person;
- recover from the Covered Person any benefits paid under the Plan from any payment the Covered Person is entitled to receive from the Other Party.

The Covered Person must cooperate fully with Great-West in asserting its subrogation and recovery rights. The Covered Person will, upon request from Great-West, provide all information and sign and return all documents necessary to exercise Great-West's rights under this provision.

Great-West will have a first lien upon any recovery, whether by settlement, judgment, mediation or arbitration, that the Covered Person receives or is entitled to receive from any of the sources listed above. This lien will not exceed:

- the amount of benefits paid by Great-West for the Illness, plus the amount of all future benefits which may become payable under the Plan which result from the Illness. Great-West will have the right to offset or recover such future benefits from the amount received from the Other Party; or
- the amount recovered from the Other Party.

If the Covered Person:

- makes any recovery from any of the sources described above; and
- fails to reimburse Great-West for any benefits which arise from the Illness;

then:

- *the Covered Person will be personally liable to Great-West for the amount of the benefits paid under this Plan;* and
- Great-West may reduce future benefits payable under this Plan for any Illness by the payment that the Covered Person has received from the Other Party.

**Great-West's first lien rights will not be reduced due to the Covered Person's own negligence; or due to the Covered Person not being made whole; or due to attorney's fees and costs.**

For clarification, this provision for subrogation and right of recovery applies to any funds recovered from the Other Party by or on behalf of:

- an Employee's minor covered Dependent;
- the estate of any Covered Person; or
- on behalf of any incapacitated person.

### ■ Other Information A Member Needs to Know

#### Proof of Claim

Send written claim to Great-West as soon as reasonably possible. A Member must submit a written claim no later than 15 months from the date the claim is incurred, unless legally incapable of doing so.

#### Payment of Claims

Benefits payable under the Plan will be paid as soon as the claim is received and processed.

The benefits will be paid to the Member, if living. If not, benefits will be paid to the Member's estate. If any benefit is payable to the Member's estate or to a person who cannot give a valid release, then Great-West can pay up to $1,000.00 to any relative it considers to be entitled to such payment. The Member may request in writing that payments under the Plan be made directly to the person providing the services.

#### Legal Actions

A Member may bring a legal action to recover under the Plan. Such legal action may be brought no sooner than 60 days, and no later than 3 years, after the time written proof of loss is required to be given under the terms of the Plan.

#### Physical Examinations and Autopsy

Great-West, at its own expense, has the right to have the person for whom a claim is pending examined as often as reasonably necessary. Great-West may also have an autopsy done where it is not against the law.

#### Benefit Payments to a Representative of a Minor

In the case of a minor child who otherwise qualifies as a Dependent under the Plan, if the child designates a representative, then the Plan must pay benefits on behalf of that child to his or her representative, even if that person is not covered under the Plan. The person must:

- Submit written notice that he or she is the representative of the child on whose behalf the claim is made; and
- Provide evidence that the person qualifies to be paid the benefits.

#### Relationship Between Great-West and Network Providers

Providers under contract with Great-West are independent contractors. Network providers are neither agents nor employees of Great-West, nor is Great-West, or any employee of Great-West, an agent or employee of Network providers. Great-West will not be responsible for any claim or demand on account of damages arising out of, or in any way connected with, any injuries suffered by the Member while receiving care from any Network provider or in any Network provider's facilities.

### ■ ERISA General Information

The following information is required by the Employee Retirement Income Security Act of 1974 (ERISA).

This summary plan description describes the benefits available to Employees Electing PPO/POS of EVision USA.Com,Inc, the Plan Sponsor/Employer.

The address of the Plan Sponsor/Employer is 1700 Lincoln Street 32 Floor, Denver, CO 80203. The telephone number is 303-860-6306.

The Employer Identification Number (EIN) is 450411501. The Plan Number assigned by the Plan Sponsor is 501.

The Plan Administrator is Terri Spahn, H.R. Manager.

The Agent for Service of Legal Process is Gary Cook, CFO.

Service of legal process may also be made upon the Plan Administrator.

The Plan provides Medical, Prescription Drug and Vision Benefits.

See the section, "About This Plan" for more information about the Self-Funded benefits.

Great-West Life & Annuity Insurance Company provides Contract Administration.

The eligibility requirements, termination provisions and a description of the circumstances which may result in disqualification, ineligibility, or denial or loss of any benefits are described in this booklet.

Contributions are determined by the Employer. Employee contributions, if any, for a time period for which the Employee is not covered under the Plan may be refunded by the Employer. Please see your Plan Administrator for details.

The fiscal records of the Plan are maintained on the basis of Plan years ending December 31.

<u>Claims</u>

Procedures to be followed in presenting claims for benefits and what to do when claims are denied in whole or in part are described in the "How To File Claims" section of this booklet.

■ **Statement of ERISA Rights**

As a participant in this Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all Plan participants shall be entitled to:

- Examine, without charge, at the Plan Administrator's office and at other specified locations, such as work sites and union halls, all Plan documents, including insurance contracts, collective bargaining agreements and copies of all documents filed by the Plan with the U.S. Department of Labor, such as detailed annual reports and Plan descriptions. **However, Employers with fewer than 100 Employees at the beginning of the Plan Year are not required to:**
  - allow examination of the Annual Report or Plan Description; or
  - furnish copies of the Plan Description, Annual Report, or any Terminal Report.
- Obtain copies of all Plan documents and other Plan information upon written request to the Plan Administrator. The administrator may make a reasonable charge for the copies.
- Receive a summary of the Plan's annual financial report except as described below. **The Plan Administrator is required by law to furnish each participant with a copy of this Summary of the Annual Report. Employers with fewer than 100 Employees at the beginning of the Plan Year are not required to furnish a copy of the Summary of the Annual Report.**

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your Employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

If your claim for a welfare benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the Plan review and reconsider your claim. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If Plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay the court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees (e.g. if it finds your claim is frivolous). If you have any questions about your Plan, contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest office of the Pension and Welfare Benefits Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Pension and Welfare Benefits Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

## GLOSSARY

The following defined terms have a special meaning with respect to the benefits outlined in this booklet. On each page where they appear throughout this booklet, they are capitalized.

### Accident/Accidental Injury

A sudden and unforeseen event from an external agent or trauma, resulting in injuries to the physical structure of the body. It is definite as to time and place and it happens involuntarily or, if the result of a voluntary act, entails unforeseen consequences. It does not include harm resulting from disease.

### Actively at Work

Employment on an active and full-time basis at the Employer's usual place of business.

### Creditable Coverage

Coverage under a group health plan, individual health insurance coverage, Medicare, Medicaid or other public health plans, CHAMPUS, a medical program of the Indian Health Service or of a tribal organization or the Peace Corps, state health benefit risk pools and the Federal Employee Health Benefit Plan (FEHBP).

### Dentist

A person licensed to practice dentistry.

### Dependent

- Your legal spouse;
- Any unmarried child under the age of 19; or
- An unmarried child under the age of 23 if he or she is a full-time student. Before paying a claim, the Plan may require proof that this child is a full-time student.

For medical, prescription drug and vision benefits, these age limits do not apply to a child who is covered under the Plan and who cannot support himself or herself due to a physical handicap or mental retardation. At reasonable intervals, but not more often than annually, the Plan may require a Doctor's certificate as proof of the child's handicap.

The term "child" means:

- Your children. This includes any legal step-child, adopted child or foster child.
- Any natural child of your minor Dependent.

For a child to be considered a Dependent he or she must be chiefly dependent upon you for financial support. This requirement is waived if the child is eligible for coverage because of a Qualified Medical Child Support Order, or, if state law so requires, a non-qualifying court order or an administrative order of any state agency.

Your Dependents must live in the United States or Puerto Rico to be eligible for coverage.

### Doctor/Physician

A person licensed to practice medicine or osteopathy. This also includes any other practitioner of the healing arts if:

- He or she performs a service within the scope of his or her license and for which this Plan provides coverage; and
- State law requires such practitioner to be covered.

<u>Employee</u>

A person who is in the Service of the Employer and is a resident of the United States or Puerto Rico.

<u>Employer</u>

- EVision USA.Com,Inc ; and
- Any affiliated companies listed in the application of the Employer. The Employer may add an affiliated company after the effective date of the Plan. For that company only, the effective date of the Plan will be considered to be the effective date of the amendment that adds that company.

<u>Experimental or Investigational</u>

A drug, device, medical treatment or procedure which:

- Cannot be lawfully marketed without the approval of the Food and Drug Administration (FDA) or other governmental agency and such approval has not been granted at the time of its use or proposed use; or
- Is the subject of a current investigational new drug or new device application on file with the FDA; or
- Is being provided pursuant to:
  - A Phase I or Phase II clinical trial or as the experimental or research arm of a Phase III clinical trial; or
  - A written protocol which describes among its objectives, determinations of safety, toxicity, effectiveness, or effectiveness in comparison to conventional alternatives;
- Is being delivered, or should be delivered subject to the approval and supervision of an Institutional Review Board (IRB) as required and defined by federal regulations particularly those of the FDA or the Department of Health and Human Services (HHS);
- In the predominant opinion among experts:
  - As expressed in the published, authoritative literature, is substantially confined to use in research settings;
  - Is subject to further research in order to define safety, toxicity, effectiveness, or effectiveness compared with conventional alternatives; or
  - Is experimental, investigational, unproven or is not a generally acceptable medical practice; or
- Is not a covered service under Medicare because it is considered investigational or experimental as determined by the Health Care Financing Administration (HCFA) of HHS;
- Is provided concomitantly to a treatment, procedure, device or drug which is experimental, investigational, unproven Treatment; or
- Has not been performed at least ten (10) times and reported on in United States peer review medical literature.

Great-West's Medical Director may, in his/her sole discretion, determine that a drug, device, medical treatment or procedure which is deemed experimental or investigational under the above criteria, should nonetheless not be deemed experimental or investigational.

<u>Hospital</u>

An institution licensed as a Hospital by the proper authority of the state in which it is located. An institution recognized as a Hospital by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO). This does not include any institution that is used primarily as a place for treatment of alcoholism or substance abuse, unless required by state law, a clinic, convalescent home, rest home, home for the aged, nursing home, custodial care facility, or training center.

<u>Illness</u>

An Accidental Injury, a bodily or mental disorder, a pregnancy, or any birth defect of a newborn child. Conditions that exist and are treated at the same time or are due to the same or related causes are considered to be one Illness.

<u>Loss of Residence</u>

Being outside the United States or Puerto Rico for more than 60 days. However, a Member will continue to be eligible for the benefits provided under this Plan if he or she is temporarily outside of the United States or Puerto Rico:

- On vacation;
- To study; or

- To conduct business for your Employer;

For a period of up to, but not exceeding, 60 continuous days.

**Medically Necessary**

Any service or supply for diagnosis or treatment that is:

- Prescribed by a Doctor to be necessary and appropriate; and
- Non-experimental or non-investigational; and
- Not in conflict with accepted medical or surgical practices prevailing in the geographic area where, and at the time when, the service or supply is ordered.

Medical necessity does not include any service or supply that is for the psychological support, education or vocational training of the Member. Medical necessity does not include implant of any artificial organ for any reason whatsoever.

**Medicare**

Title 18 of the United States Social Security Act of 1965 as amended from time to time and the coverage provided under it. This includes coverage provided under Medicare+Choice plans.

**Member**

An Employee and any covered Dependent.

**Plan**

EVision USA.Com,Inc (the Employer) has established an Employee Welfare Benefit Plan within the meaning of the Employee Retirement Income Security Act of 1974 (ERISA). The benefits described in this booklet constitute benefits available under the plan and are referred to collectively in this booklet as "the Plan".

**Service**

Work with the Employer on an active, full-time and full pay basis for at least 30.00 hours per week.

**Totally Disabled and Total Disability**

*Employee Benefits*

Being under the care of a Doctor and prevented by Illness from performing your regular work.

*Dependent Benefits*

Being under the care of a Doctor and prevented by Illness from engaging in substantially all of the normal activities of a person of the same age and sex who is in good health.

**You and Your**

An Employee.