- that are payable at 100%.

## GREAT-WEST PPO MEDICAL BENEFITS

### ■ How Does the Plan Work?

The PPO plan includes a nationwide network of Hospitals and Doctors and a Medical Management Program. Care given by network providers is payable at a higher level than care given by non-network providers.

A Member can call Member Services for the names of network providers or access the on-line directory at www.onehealthplan.com. Network Doctors will submit Member's claims and take care of getting Medical Management approval when necessary.

Members who use a non-network Doctor will need to file their own claim and make sure treatment is approved by Medical Management.

<u>Out of Town Care</u>

If a Member is out of town and needs non-emergency care, the Member should contact Member Services for help in locating a network provider. Since the PPO network is nationwide, the Member may be able to see a network provider and receive a higher level of benefits.

If a Member is outside the PPO network area, benefits will be payable as shown on the Summary of Medical Benefits.

<u>Emergency Care</u>

If emergency care is needed, go to the nearest medical facility. The term "emergency" means a medical condition manifesting itself by acute symptoms of sufficient severity such that a prudent layperson who possesses an average knowledge of health and medicine could reasonably expect the absence of immediate medical attention to result in serious jeopardy to his or her health.

<u>Special Services</u>

Some services are payable at the network level even when not performed by a network provider. These services include:

- X-rays or lab tests performed while inpatient in a network Hospital or provided outside of a Hospital and ordered by a network Doctor.
- Services of an anesthesiologist or assistant surgeon when the surgery is performed by a network Doctor in a network Hospital.

<u>Medical Management (MM) Program</u>

Before a Member is hospitalized or has surgery outside the Doctor's office, the Member's Doctor must call Medical Management for pre-treatment authorization. This telephone number is on the ID card.

Medical Management will determine:

- The medical necessity of the care;
- The appropriate location for the care to be provided; and
- If admitted to a Hospital, the appropriate length of stay.

If hospitalization or surgery is required because of an emergency, the Member's Doctor must call MM within two days after care is given.

Network Doctors have agreed to contact the MM Program for pre-treatment authorization. However, if a non-network Doctor does not get pre-treatment authorization or if a Member does not follow the recommended care plan, a $250.00 non-compliance penalty will be applied to the Member's claim. The non-compliance penalty cannot be applied toward the calendar year deductible or breakpoint.

The MM Program provides Hospital discharge planning and identifies patients who might benefit from the Case Management Program.

The Case Management Program (CM) helps Members with serious illnesses manage their health care. The goal of the CM program is to develop alternative treatment plans that will help these Members obtain the type of care needed *outside* of a Hospital setting. Members who choose to participate in this program are assigned a case manager to help coordinate care.

If a Member and the Member's Doctor decide that the recommended alternative treatment plan is right for the Member, it will be covered on the same basis as the care and treatment for which it is substituted. This will be the case even if the alternate treatment plan includes care that is not otherwise covered under the Plan.

### Calendar Year Deductible and Copay

A calendar year deductible is the amount of covered medical expenses that must be satisfied before the Plan begins to pay benefits.

Any expenses that were incurred in the last three months of a calendar year and used to satisfy the deductible for that year will also be applied to the deductible for the next calendar year.

A copay is an amount a Member pays for care at the time of service.

### Allowable Covered Expenses

All medical benefits are subject to allowable covered expense guidelines.

Network providers have agreed to a set fee schedule. Members are not responsible for expenses over the scheduled amount for covered services. Members are responsible for any applicable copays, deductibles, and coinsurance.

For non-network providers, the allowable covered expense is determined by usual and customary charge guidelines. The usual and customary charge for each service or supply received will be the lesser of the fee usually charged by a provider and the fee usually charged by other providers in the same geographical area for these services and supplies. The Member must pay any amount over usual and customary charges.

## ■ What's Covered?

The Summary of Medical Benefits located in the front of the booklet shows the payment percentage, deductible and copay amounts applicable to various covered expenses. Any benefit maximums applied to specific covered expenses and calendar and lifetime benefit maximums for *all* covered expenses are also shown on the Summary of Medical Benefits.

If the Plan pays benefits at less than 100%, you must pay the remaining percentage of covered services. This amount is in addition to any deductible or copay amounts.

Services must be Medically Necessary as defined in the Glossary. Unless otherwise noted for a particular service, services must be required as a result of symptoms of Illness. Expenses are covered only if incurred while the Member is covered for these medical benefits.

### Hospital Care and Surgery

The Plan covers semi-private room and board and ICU expenses as well as other inpatient and outpatient services, supplies and Doctor's charges.

### Skilled Nursing Facility

The Plan covers care in a licensed skilled nursing facility. Care must be such that it requires the skills of technical or professional personnel, is needed on a daily basis and cannot be provided in the patient's home or on an outpatient basis. Care must be required for a medical condition which is expected to improve significantly in a reasonable period of time and the Member must continue to show functional improvement.

Coverage is limited to the usual charge of the facility for semi-private care. This amount includes room and board and all other services.

### Office Visits

The Plan covers most services and supplies in a Doctor's office.

### Preventive Care

The Plan covers periodic physical exams by a Doctor for a Member who is at least eight days of age. This includes x-ray and lab services if part of the annual physical exam, necessary immunizations and booster shots.

The Plan covers an annual pelvic exam, Pap smear and mammogram.

### Reconstructive Surgery following a Mastectomy

The Plan covers reconstruction of the breast on which a mastectomy has been performed, surgery and reconstruction of the other breast to produce a symmetrical appearance, and prostheses and physical complications related to all stages of mastectomy, including lymphedemas.

Treatment is to be determined by the attending Doctor, in consultation with the patient. Benefits will be payable on the same basis as for any other surgery covered under the Plan.

### Maternity Coverage

The Plan covers prenatal, childbirth and postnatal care. Coverage for you and your baby, if dependent coverage is elected, includes a Hospital stay of 48 hours following a normal vaginal delivery and 96 hours following a C-section. The 48/96 hours begin following delivery of the last newborn in case of multiple-births. When delivery takes place outside a hospital, the 48/96 hours begin at the time of inpatient admission. The Hospital stay may be less than the 48-hour or 96-hour minimum if a decision for early discharge is made by the attending Doctor in consultation with the mother.

*Pre-authorization is not required for the 48/96-hour Hospital stay. However, authorization is needed for a longer stay than as described above.*

As soon as a Member finds out that she is pregnant, she or her Doctor should contact Member Services so they can help her identify and avoid risks during pregnancy and obtain the prenatal care she needs. They can also direct her to appropriate facilities.

### Family Planning

- The Plan covers tubal ligations and vasectomies and infertility testing.

### Treatment of Mental Health Conditions and Chemical Dependency

The Plan covers inpatient and outpatient treatment of mental health conditions, alcoholism, drug addiction and other chemical dependency.

### Spinal Adjustment and Treatment

The Plan covers expenses for services related to spinal adjustment.

### Home Health Care

The Plan covers home health care visits when services are provided by a licensed home health care agency. Services must be prescribed as an alternative or a follow-up to inpatient Hospital care. The Member must be restricted from leaving home due to a medical condition.

Care must be such that it cannot be learned or performed by the average, non-medically trained person. Care must be provided by technical or professional personnel or by home health aides working along with technical or professional personnel. Care must be required for a medical condition which is expected to improve significantly in a reasonable period of time.

### Hospice Care

The Plan covers hospice care if prescribed by a Doctor and the Member's life expectancy is six months or less.

### Other Medical Services and Supplies

The Plan covers:

- Non-disposable medical equipment appropriate for use within a Member's home. Covered equipment must be able to withstand repeated use and be used to treat an Illness. Replacement of equipment is covered only when required as a result of normal usage.
- Nursing services.
- Ambulance services.
- General anesthesia and associated facility charges for dental procedures when determined to be Medically Necessary.
- Custom-designed orthotics when prescribed by a Doctor and required for all normal, daily activities.
- Physical Therapy.
- Services required for the treatment of diabetes and diabetes self-management education programs.
- Outpatient Occupational, Speech and Hearing Therapy.

■ **Is There a Limit On My Expenses?**

The breakpoint maximums are shown in the Summary of Medical Benefits.

Calendar Year Breakpoint

If in any one calendar year a Member's covered expenses reach the individual breakpoint, all other covered expenses for that Member during the rest of that calendar year will be payable at 100%. No more than the individual breakpoint per Member will be applied to the family breakpoint.

Covered expenses for outpatient care of mental health conditions and chemical dependency treatment, services related to spinal adjustment will *not* be payable at 100%, even if a Member has reached the breakpoint.

Expenses Excluded from the Breakpoint

Expenses that are not applied toward the breakpoint include expenses:

- for services and supplies not covered under this Plan.
- used to satisfy any deductible or copay amounts.
- for outpatient care of mental health conditions and chemical dependency.
- for services related to spinal adjustment.
- that are payable at 100%.

## PRESCRIPTION DRUG BENEFITS

The prescription drug benefits are provided through two programs. The Performance Pharmacy Program uses a nationwide network of participating PCS pharmacies. The Mail Order Drug Program lets Members order larger quantities of maintenance drugs through the mail to lower their out-of-pocket costs.

Covered drugs require the written prescription of a Doctor and approval by the FDA. Drugs must be purchased from a licensed pharmacist or Doctor. Benefits are payable only for drugs required for the treatment of Illness (except for contraceptive coverage), when received as an outpatient and while covered for these benefits.

Some drugs may have dispensing limits which are primarily based on FDA recommendations.

The Performance Pharmacy Program

The Performance Pharmacy Program covers charges for prescription drugs, insulin and diabetic supplies. Contraceptives are also covered.

The Performance Pharmacy Program covers a 30-day supply received in any one purchase.

Covered expenses will be limited to the cost of a generic drug if a generic drug is available. However, the brand name drug will be considered a covered expense if a generic drug is not available, or if the Doctor writes DAW (Dispense as Written) on the prescription. If the Member requests a brand name drug when a generic drug is available, and the Doctor has not written DAW on the prescription, then, in addition to the copay, the Member must pay the difference between the cost of the generic drug and the brand name drug.

When a Member shows their ID card at a participating PCS pharmacy, the pharmacist will collect the appropriate copay and the Member won't have to file a claim.

If a Member buys drugs at a pharmacy that is not a participating PCS pharmacy, the Member must pay the pharmacist the full price of the drug and file a claim with PCS for reimbursement. Reimbursement will be 50% of the network pharmacy cost of the drug, minus the copay amount.

Mail Order Drug Program

The Mail Order Drug Program covers costs for home delivery and expenses for prescription maintenance drugs required for treatment of Illness. Prescription maintenance drugs are drugs prescribed by the Doctor on an ongoing basis. This includes expenses for diabetic supplies and insulin. Contraceptives are also covered.

With this program, a Member may buy through the mail up to 90-day supplies of insulin and covered maintenance prescription drugs. Ask the Employer for a mail order drug brochure.

Ask the Doctor to prescribe needed medications for a 90-day supply, plus refills. If a Member is presently taking medications, the Member should ask the Doctor for a new prescription.

If a Member's prescription is for a brand name drug but a generic equivalent is available, the Member will be sent the generic drug unless the Doctor has written DAW (Dispense as Written) on the prescription.

<u>If Medication is Needed Immediately</u>

If medication is needed immediately, the Member should ask the Doctor for two prescriptions. The first should be for a 14-day supply that the Member can have filled at a local PCS pharmacy. The second prescription should be mailed to the Mail Order Drug Program with the copay.

## VISION BENEFITS

The Summary of Vision Benefits located in the front of the booklet shows the payment percentage applicable to various covered expenses.

If the Plan pays benefits at less than 100%, you must pay the remaining percentage of covered services.

<u>Eye Exams</u>

The Plan covers eye exams.

<u>Eyeglass Lenses and Frames or Contact Lenses</u>

The Plan covers eyeglass lenses and frames or contact lenses. Maximum amounts payable includes the cost of tinting, photograying and hardening of lenses.

## BENEFIT LIMITATIONS

<u>Pre-Existing Conditions Limitation for Medical Benefits</u>

This section will *not* apply to a child placed with you for adoption.

A pre-existing condition is an Illness or any related condition for which a Member received services, supplies or medication during the 3 months before the enrollment date of the Member under this medical Plan.

A pre-existing condition is not:

- A pregnancy existing on the enrollment date.
- Genetic information.

Benefits are payable for services, supplies and medication received for a pre-existing condition if they are received after:

- the Member has not received services or medication for this condition for 3 months; or
- 12 months after the enrollment date for the Member.

For a late applicant as described in the section, "What If I Don't Apply On Time?", benefits will be payable for services, supplies and medication for a pre-existing condition only if they are received on or after the date which is 18 months after the person's enrollment date.

"Enrollment date" means:

- The first day of the Employee's Service with the Employer, if you apply for coverage for yourself and/or your eligible Dependents within the 31-day period when you are first eligible.
- The date the person becomes covered under this Plan, if you apply for coverage for yourself and/or your eligible Dependents after the 31-day period when you are first eligible. This will also be the case for any newly acquired Dependents.

<u>Portability of Coverage</u>

A person will receive credit toward this Plan's Pre-Existing Condition Limitation periods for the time covered under another health plan, but only if the person was covered, under another health plan that meets the definition of "Creditable Coverage", within the 63-day period just before his or her enrollment date under this Plan. Any eligibility waiting period that the person must satisfy under this Plan will not be considered in determining the 63-day period.

If the person was covered:

- For a period of time under Creditable Coverage that is greater than the time periods referred to in the Pre-Existing Conditions Limitation, then the Pre-Existing Conditions Limitation periods will not apply to the person.
- For a period of time under Creditable Coverage that is less than the time periods referred to in the Pre-Existing Conditions Limitation, then the Pre-Existing Conditions Limitation periods will be reduced by the number of consecutive days that the person was covered under Creditable Coverage.

However, for a child who became covered under Creditable Coverage within 31 days of birth, the Pre-Existing Conditions Limitation periods will not apply regardless of how long the child was covered under Creditable Coverage.

It is your responsibility to provide information about Creditable Coverage in order for the Pre-Existing Conditions Limitation under this Plan to be reduced or waived.

If a Member resides in Colorado and:

- The Member's coverage under this medical Plan has been in force for at least six months; and
- The Member has a pre-existing condition that will not be covered under this Plan because he has not satisfied the periods referred to in this provision;

Then, subject to payment of the required premium, the Member may be eligible for coverage under the Colorado Uninsurable Health Insurance Plan.

For further information regarding CUHIP, please contact:

**Acordia Health Care**
**Colorado Uninsurable Health Insurance Plan**
**P.O. Box 78258**
**Indianapolis, IN 46278-0278**
**1-800-67CUHIP**

<u>Medical Benefit Limitations</u>

*No amount will be payable for:*

- Services that are not Medically Necessary.
- Custodial care. "Custodial care" means skilled and non-skilled health care, personal comfort and convenience services that provide general maintenance, support, preventive or protective care for a Member whose current medical condition is not expected to improve or change over a specified period of time. Custodial care does not seek a cure.
- Special nursing services if those same services could be provided by the regular nursing staff of any Hospital in which the Member is confined.
- Charges by a Doctor for any phone call or interview during which the Member is not examined.
- Confinement, treatment, services or materials for educational or training problems or learning disorders.
- Services or supplies which are primarily for the Member's education, training or development of skills needed to cope with an injury or sickness, except as specifically provided in the Plan.
- Any expense or charge associated with exercise equipment.
- Travel or transportation expenses, except for ambulance services, even if to reach a network facility.
- Plastic or reconstructive surgery and all related expenses, except when surgery is Medically Necessary or required following a mastectomy.
- Gene manipulation therapy.
- The reversal of any sterilization procedure.
- Massage.
- Surgical procedures for the improvement of vision when vision can be corrected through the use of glasses or contact lenses.
- Eyeglasses, contact lenses, eye exams to assess visual acuity or the fitting of glasses and lenses.
- Dental services other than treatment of Accidental Injury to natural teeth within six months after the Accident. Chewing injuries are not considered an Accidental Injury.
- Non-prescription drugs or medicines, or drugs or medicines that are not approved by the Food and Drug Administration.
- Treatment for the purpose of weight loss, unless the Member is morbidly obese.
- Programs related to smoking cessation.

- Hearing aids or the fitting of hearing aids.
- Treatment of temporomandibular disorders and craniofacial muscle disorders.
- Drugs, medicines or insulin which are received as an outpatient.
- Any family planning procedure that requires outside intervention, such as, but not limited to, artificial insemination, in-vitro fertilization, GIFT or ZIFT.
- Infertility treatment.

*Under the PPO Plan, no amount will be payable for:*

- Abortions, unless the life of the mother would be endangered if the fetus were carried to term; or a fetal or chromosomal abnormality exists which was diagnosed prior to the abortion.

Prescription Drug Benefit Limitations

*No amount will be payable for:*

- Therapeutic devices and appliances, except as specifically provided under the Plan.
- Over-the-counter drugs and supplies.
- The administration of drugs.
- More than one purchase of a drug or insulin during the dosage period recommended by the prescribing Doctor.
- Allergy serums.
- Drugs for treatment of infertility, except for three months of hormone manipulation services. In order for hormone manipulation services to be covered, you must call the Member Services telephone number listed on your ID card.

Vision Benefit Limitations

*No amount will be payable for:*

- Safety glasses.
- Radial keratotomy.
- Orthoptics, vision training, or medical or surgical treatment of the eye.
- Artificial eyes.

General Benefit Limitations

*No amount will be payable for:*

- Experimental or Investigational treatment or procedures.
- Anti-obesity drugs and formulas.
- Broken appointments.
- Care provided by a government health plan or for which there would be no cost if the Member did not have coverage. If the Member is entitled to benefits under a state-sponsored medical assistance program, benefits under the Plan will be paid to the state.
- Expenses incurred for care provided by your or your spouse's immediate or extended family.
- Care received for an Illness that is a result of war, engaging in a riot or insurrection or from an intentionally self-inflicted injury.
- An Accidental Injury that occurs while working for pay or profit.
- A sickness for which the Member can receive benefits under any Worker's Compensation or similar law.

## CLAIMS & LEGAL ACTION

### ■ How To File Claims

Medical and Vision Benefits

Members who present their ID card when using a network provider will not have to file a claim. The ID card contains all the information network providers need to bill Great-West for the balance directly.

For other services, Members must file a claim. Ask the Employer for a claim form.

Members will not receive an Explanation of Benefits (EOB) for medical expenses subject to a copay and paid at 100%. For all other claims, an Explanation of Benefits (EOB) will be sent to the Member showing how the claim was paid.

For expenses incurred outside the United States and Puerto Rico, the Member must pay the bill and file a claim.

Prescription Drug Benefits

You will need to file a PCS claim for reimbursement when prescription drugs or diabetic supplies are purchased at a pharmacy that is *not* a PCS pharmacy. Ask the Employer for a PCS Prescription Drug claim form.

With the first Mail Order drug order, the Member should complete the member profile form found in the Mail Service brochure. Ask the Employer for a copy of this brochure.

### ■ If A Claim Is Denied

If any benefits are denied the Member will be sent a written notice. This notice will state the reasons for the denial, the reference to the Plan provisions on which the denial is based and what is needed to complete the claim.

The Member must be given notice of claim denial within 90 days after the claim is filed. If special circumstances require more than 90 days, another 90 days will be allowed. If an extension is needed, the Member will be notified before the end of the initial 90-day period.

Claim Review Procedures

The Member or Doctor can request a review of any denied claim or the status of a pending claim by contacting the Benefit Payment Office by letter or by calling the toll-free number on the ID card.

A Member Services Representative will respond to all inquiries within two working days. If the information does not satisfy the Member or Doctor, a request for a claims review will be forwarded to the Member Services Supervisor.

Upon receiving the Member's request for a claims review, Great-West will:

- Let the Member or Doctor know within 20 days who may be contacted in respect to the claims review;
- Notify the Member or Doctor within 30 days of the final disposition of the claims review.

If the Member's claims review is not resolved within one week it will be forwarded to the regional Benefit Payment Manager for review and resolution.

If the Member's claims review is not resolved by the Benefit Payment Manager, it will be forwarded to the Benefit Payment Review Department located at Great-West's Executive Office in Greenwood Village, Colorado.

The Benefit Payment Review staff may consult with Great-West's:

- Medical Director (Dental Consultant if the claims review is of dental origin);
- Law Department;

to assist them in the claims review process.

The Member or Doctor will be notified of the result of the claims review within 30 days of filing of the request for review.

Final Appeals Process

For self-funded benefits, the Plan Administrator has the exclusive and full discretion and authority to determine the benefits and amounts payable and to construe and interpret all terms and provisions of this booklet.

If a Member or Doctor is not satisfied with the final disposition of the claims review process, the Member can initiate an appeal by giving written notice within 60 days after receipt of the written claim denial. This appeal must be filed before the Member may file a lawsuit.

The Member or anyone authorized to act on the Member's behalf may appeal the claim and ask to examine any pertinent documents. The Member should submit in writing the reasons why the claim should not have been denied, as well as any other information, questions or comments.

Appeals must be submitted in writing to the Plan Administrator.

The Member will be notified of the final decision within 60 days after receipt of a request for review. If special circumstances require an extension, a further 60 days will be allowed.

### ■ What If a Member Has Other Health Coverage?

A Member may be covered under more than one health plan. For example, coverage may be under this Plan and also under a group health plan sponsored by the Employee's spouse's employer. If this type of duplicate coverage occurs, this Plan uses a method called Coordination of Benefits (COB) to determine which plan pays benefits first on a claim (is primary) and which plan pays second (is secondary). Under COB, total payments from both plans will never be more than the expenses actually incurred.

The benefits provided by the plans listed below are considered in coordinating benefits:

- This Plan;
- Any other group insurance or prepayment plan, including automobile fault or no-fault insurance; Health Maintenance Organizations (HMOs); Blue Cross/Blue Shield;
- Any labor-management trusteed plan, union welfare plan, employer organization plan or employee benefit organization plan;
- Any government plan or statute providing benefits for which COB is not prohibited by law;
- Any individual automobile no-fault insurance plan.

<u>Which Plan Is Primary?</u>

Certain rules are used to determine which of the plans will be primary. This is done by using the first of the following rules that applies:

- A plan with no COB provision will determine its benefits before a plan with a COB provision.
- A plan that covers a person other than as a Dependent will determine its benefits before a plan that covers the person as a Dependent.
- When a claim is made for a Dependent child who is covered by more than one plan, in most cases the birthday rule will be used to determine the order of benefits. Under the birthday rule:
  - the plan of the parent whose birthday falls earlier in a year will be primary; but
  - if both parents have the same birthday, the plan that covered the parent longer will be primary.
  
  However:
  - If the other plan does not have the birthday rule, then the plan that covers the child as a Dependent of the male parent will be primary.
  - If the parents are legally separated or divorced, benefits for the child will be determined in this order:
    * first, the plan of the parent with custody of the child will pay its benefits;
    * then, the plan of the spouse of the parent with custody of the child will pay its benefits; and
    * finally, the plan of the parent not having custody of the child will pay its benefits.
    
    However, if there is a court decree stating which parent is responsible for the health care expenses of the child, then a plan covering the child as a Dependent of that parent will be primary.
    
    If a court decree states that the parents have joint custody of the child, but does not specify which parent has responsibility for the child's health care expenses, benefits will be determined on the same basis as for a child whose parents are not separated or divorced.

- A plan that covers a person as:
  - a laid-off or retired employee; or
  - a Dependent of such an employee; or
  - a continuee under a state or Federal law;
  
  will determine its benefits after the benefits of any other plan covering that person as an employee.
  
  If one of the plans does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule will not apply.

- When a claim is made for an Employee's Dependent who is also covered under Medicare and as a retiree under his employer's plan:

---

20                                                                                                      EVision USA.Com,Inc—August 1, 2000

- the plan covering the person as a Dependent will determine its benefits prior to Medicare; and
- the plan covering the person as a retiree will determine its benefits after Medicare.
- If none of the above rules establishes the order of payment, the plan covering the person for a longer period of time will be primary.

### What If This Plan Is Primary?

If this Plan is primary, it will determine its benefits without considering other coverage. The Member should submit the claim first to the Benefit Payment Office listed on the claim form. When the explanation of benefits is received from this Plan, send it, along with the claim and itemized bills, to the secondary plan.

### What If This Plan Is Secondary?

Submit the Member's claim first to the primary plan. After the other plan has determined its benefits, send the explanation of benefits from the other plan, along with the Member's claim, to the Benefit Payment Office listed on the claim form.

If this Plan is secondary, it pays the lesser of:

- the allowable expenses that were not reimbursed under the other plan; and
- the amount this Plan would have paid if there were no other coverage.

The COB provision is applied throughout the calendar year.

When the COB provision reduces the benefits payable under this Plan:

- each benefit will be reduced proportionately; and
- only the reduced amount will be charged against any benefit limits under this Plan.

A credit savings may be established if this Plan is secondary. A credit savings is the difference between the benefits this Plan would pay if there were no other coverage and the benefits this Plan actually paid. Credit savings may be used to provide 100% rather than partial payment of allowable expenses that are incurred by the same person within the same calendar year.

Allowable expenses for a Member are any necessary, usual and customary items of expense, at least part of which is covered under at least one of the plans covering the person.

Allowable expenses will not include the difference between the cost of a private Hospital room and a semi-private Hospital room unless the patient's stay in a private Hospital room is Medically Necessary.

When the benefits of a government plan are taken into consideration, the allowable expense is limited to the benefits provided by that plan.

### How Will Benefits Be Affected By Medicare?

The following applies to you if you are an active Employee and you or your spouse becomes eligible for Medicare **due to age**. You and your Dependents will continue to be eligible for the benefits provided under this medical Plan. This Plan will coordinate benefits with Medicare. If:

- Your Employer employed at least 20 full-time or part-time employees during at least 20 calendar weeks of the preceding or current calendar year, then this medical Plan will be considered the Member's primary coverage, and Medicare will be considered the Member's secondary coverage. This means that benefits under this medical Plan will be payable first, and then Medicare will determine the remaining expenses it will pay.
- Your Employer employed fewer than 20 full-time or part-time employees during at least 20 calendar weeks of the preceding or current calendar year, then Medicare will be considered primary, and this medical Plan will be considered secondary.

The following applies to you if you are an active Employee and you or your Dependents become eligible for Medicare **due to disability**. You and your covered Dependents will continue to be eligible for the benefits provided under this medical Plan. This Plan will coordinate benefits with Medicare. If: