# Exhibit 12


one health plan

06/08/2001

WILLIAM SCOVIN
35 CANFIELD DRIVE
BRIDGEWATER, CT 06752-0000

Member: WILLIAM SCOVIN
35 CANFIELD DRIVE
BRIDGEWATER, CT 06752-0000
Member D.O.B.: 09/29/1956
Employee: WILLIAM SCOVIN
Carrier: Great-West Life
Plan No.: 390075
Trans Code: DOG4F6-01
Admit Date: 07/12/2001

Dear Great-West Life Member:

We have just evaluated the service request. Based on the information provided, we have certified a 3 day length of stay at Danbury Hospital. One Health Plan Medical Management must be called before this certified length of stay ends if you will need additional days. We have sent a letter with this information to CRAIG FOSTER MD and Danbury Hospital.

Keep in mind, you must call One Health Plan and recertify the admission if:

* the member is not admitted within 90 days of the date of this letter, or

* the member is not admitted by CRAIG FOSTER MD, or

* the member is admitted to a facility other than Danbury Hospital.

Your eligibility and coverage are determined by the group health plan at the time of the service. This letter does not guarantee payment. If you have questions about this certification, your coverage or eligibility, please call the toll-free telephone number listed below.

Very truly yours,


Great-West Life


DEFENDANT'S EXHIBIT 11

1 Centennial Avenue   Piscataway, NJ 08855