**Report of Interview**

**U. S. DEPARTMENT OF LABOR**
**Pension and Welfare Benefits Administration**

Date of Interview: September 26, 2002

███████ was interviewed telephonically the writer on the above date. The writer advised ███████ that he was conducting an official investigation for the Pension and Welfare Benefits Administration, U.S. Department of Labor pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA").

███████ was further advised that the writer was requesting ███ voluntary cooperation and that any information obtained during their official investigation which may involve violation of other laws, will be referred to the appropriate agency for consideration.

In response to questioning, ███████ provided the following information:

1. ███ home telephone number is ███████ and ███ ll-phone number is

2. ███████ worked for Auerbach Pollak & Richardson as the ███████ and as ███████

3. HUGH REGAN was responsible for running Auerbach Pollak & Richardson and everything related to it, including the Auerbach Pollak & Richardson employee benefit plans. REGAN's mother was from the prominent O'Neal family, which owned RKO General and General Tire. REGAN's parents set up $250 million trust fund for him which his mother has refused to let him touch. Supposedly she would let him have money form the trust if it was need to keep him out of jail.

4. The last paycheck ███████ received from the company was for the first half of June 2001. After that period Auerbach Pollak & Richardson could only sell securities – it could not buy stocks or solicit orders. This was because the NASDA and the SEC had found the firm to be undercapitalized. ███████ and many other Auerbach Pollak & Richardson employees continued to report for work at the company's Park Avenue, New York office because they thought the company might come back into full operations. HUGH REGAN told them that that Auerbach Pollak & Richardson was fighting a case that they had lost to UBS and might win on the appeal, which would mean that the company would regain liquidity. Based on this information most employees at the New York office continued to report in for work until the end of October 2001.

By: Senior Investigator George Maul
At: New York Regional Office

Date Written:  September 26, 2002
Date Typed:   September 26, 2002
File No.:     30-099836

This document is the property of the Pension and Welfare Benefits Administration. Its contents are not to be disclosed to unauthorized persons.

1208

5. HUGH REGAN let a loan agreement for $4 million with eCapital, a subsidiary of Soft Bank, sit unsigned on desk for weeks just before the SEC stopped Auerbach Pollak & Richardson from soliciting business. The bank would have been obligated to loan Auerbach Pollak & Richardson the money if REGAN had signed the agreement prior to the SEC's taking action but was no longer so obligated thereafter. The bank had previously loaned million s of dollars to Auerbach Pollak & Richardson and was the primary creditor of the company. JOHN WANG represented the bank in these transactions. His office was located at 1900 Embarcadero, Suite 311, Palo Alto California, telephone number 650-858-1700.

6. STEVE SHARRON, a broker employed in Auerbach Pollak & Richardson's Providence office had problems with the Auerbach Pollak & Richardson health plan. Hhis telephone number is 508-763-2619.

7. Auerbach Pollak & Richardson maintained the Auerbach Pollak & Richardson 401(k) Plan, the the Auerbach Pollak & Richardson Flexible Benefit Plan and a medical insurance health benefit plan. The purpose of the Flexible Benefit Plan was to provide pre-tax money to pay for such item as out of pocket business expenses.

8. ███████ es not how MICHAEL BENVENUTO can be located. ███ heard that in the last months of Auerbach Pollak & Richardson's existence as functioning company BENVENUTO was actually employed by Chase Bank although reporting in to work at Auerbach Pollak & Richardson most days of the week.

| Report of Interview | U. S. DEPARTMENT OF LABOR |
|---|---|
| | Pension and Welfare Benefits Administration |

Date of Interview: December 12, 2001

████████ was interviewed telephonically the writer on the above date. The writer advised ████ that he was conducting an official investigation for the Pension and Welfare Benefits Administration, U.S. Department of Labor pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA").

████ was further advised that the writer was requesting ████ voluntary cooperation and that any information obtained during their official investigation which may involve violation of other laws, will be referred to the appropriate agency for consideration.

In response to questioning, ████ provided the following information:

1. ████ said ████ is most easily reached at the following personal telephone number ████. ████ currently works in the ████ department for a company named ████ ████.

2. Up until ████ worked for American Fronteer Financial Corporation of Colorado.

3. On December 19, 2000 it was disclosed that, effective January 1, 2001, American Fronteer Financial Corporation and Auerbach Pollak & Richardson were merging. The home office of Auerbach Pollak & Richardson was in Stamford, Connecticut. The President of Auerbach Pollak & Richardson was HUGH REGAN and the Controller was LOU COHEN.

4. Auerbach Pollak & Richardson was a broker-dealer firm in the securities industry.

5. At the time of the merger the combined companies had about 200 employees working out of offices located in Atlanta, Chicago, Dallas, San Francisco and Virginia as well as in Stamford Connecticut, New York City and Denver, Colorado. When the company folded in the summer of 2001 it was down to about only 70 employees.

6. The medical policies and payrolls of the two companies were combined and operated out of Colorado. ████ was the ████ for Auerbach Pollak & Richardson after the merger.

7. The chief contact for Auerbach Pollak & Richardson with Great West was Controller LOU COHEN.

By: Senior Investigator George Maul /s/ George Maul
At: New York Regional Office

Date Written:
Date Typed: December 12, 2001
File No.: 30-099836

This document is the property of the Pension and Welfare Benefits Administration. Its contents are not to be disclosed to unauthorized persons.

8. An individual named MIKE BENVENUTO who worked at Auerbach Pollak & Richardson's New York City office also dealt with Great West.

9. The Auerbach Pollak & Richardson 401(K) Plan was handled by SANDY BALDWIN, who worked out of Auerbach Pollak & Richardson's Stamford office.

10. In March or April 2001 ▇▇▇ Auerbach Pollak & Richardson paychecks bounced. ▇▇ was evicted from ▇ Colorado office for non-payment of rent and from May to June 30, 20001 worked at home for Auerbach Pollak & Richardson. ▇ took Auerbach Pollak & Richardson's records for payroll, medical insurance and 401(K) records home to work on.

11. Auerbach's final payroll was that of June 15, 2001. In late June ▇▇▇ called all of Auerbach Pollak & Richardson's employees around the country and told them that there would be no end of June payroll and that in effect all employees were being laid-off. ▇ did this on ▇ own because ▇ knew that REGAN was no longer going to pay his employees. ▇ informed REGAN of what ▇ was doing and told him that it was up to him to shut down the medical insurance plan because the plan was not paying claims for health benefits. REGAN ordered ▇ not to cancel the medical insurance plan and said that he would take care of the problem of unpaid claims. As far as ▇▇▇ knows REGAN never actually did take care of the unpaid claims and never cancelled the medical insurance plan as ▇ had suggested to him. Regan also refused to notify Participants that any medical services that they received after June 15, 2001 might not be covered for payment under the Plan although requested by ▇▇▇ to do so.

12. Around June 15, 2001 ▇▇▇ learned that Great West Insurance might be canceling the health plan's insurance for non-payment of premiums. ▇ prepared COBRA notices to all Auerbach employees because ▇ believed that they were in danger of losing their Auerbach Pollak & Richardson jobs and their Auerbach Pollak & Richardson health coverage but did not mail the notices out to participants.

13. ▇▇▇ packed all the Auerbach Pollak & Richardson records that ▇▇ had taken home to work on in twelve boxes and on July 15, 2001, shipped them to Auerbach Pollak & Richardson's office in Manhattan, New York. The boxes were addressed in care of GAIL FANELLI, who was both the manager of the Auerbach Pollak & Richardson Manhattan office and HUGH REGAN's secretary. The records ▇ sent to Auerbach Pollak & Richardson in New York consisted of the originals of all the Auerbach Pollak & Richardson in ▇ possession. Include in the shipment were personnel files, payroll records, medical insurance records including all the COBRA notices ▇ had prepared, dental heath contracts and 401(K) records. Since ▇ was the ▇▇▇ ▇▇▇ for Auerbach Pollak & Richardson the records for medical insurance and 401(K) plans which ▇ shipped to New York constituted the official records for those employee benefit plans. ▇▇ called HUGH REGAN and told him that the records were coming. ▇▇▇ addressed the boxes of records to HUGH REGAN'S secretary, who subsequently acknowledged to ▇▇ that the records had been received by Auerbach Pollak & Richardson New York office. ▇▇▇ shipped the records using Auerbach Pollak & Richardson's Airborne Express account.

1211

14. ▮▮ recalls again calling REGAN a few days after FANELLI told ▮▮ that the records had arrived and telling him that the boxes contained documents from Great-West including Claims Hold Release Forms indicating that the insurer would not pay claims until the claims paying account was properly funded by Auerbach.

15. From January 2001 to March 2001 deductions were made from employee's salaries and contributed to the American Fronteer and Auerbach Pollak & Richardson 401 K plans. These monies were transferred to the John Hancock Insurance Company, which administered the American Frontier and Auerbach Pollak & Richardson 401 K plans. Deductions from employee's salaries were also made by Auerbach Pollak & Richardson in April and May but not transferred to the plans.

16. REGAN told ▮▮ that Auerbach Pollak & Richardson failed because of the way that assets of Frontier were handled in deals involving Fronteer and a related company called E-Vision USA.com. In effect assets that Auerbach Pollak & Richardson thought it was acquiring had already been sold off before the two companies joined together.

17. As far as ▮▮ knows all of Auerbach Pollak & Richardson's offices are closed except for some borrowed space in Stamford, Connecticut, where BOB DRAKE maintains an office out of which he conducts business for Auerbach Pollak & Richardson. ▮▮ believes that REGAN may also be conducting some business for the firm out of a borrowed office in Manhattan.

**Report of Interview**

**U. S. DEPARTMENT OF LABOR**
**Pension and Welfare Benefits Administration**

Date of Interview: January 10, 2002

████████ was interviewed telephonically the writer on the above date. The writer advised ████████ that he was conducting an official investigation for the Pension and Welfare Benefits Administration, U.S. Department of Labor pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA").

████████ was further advised that the writer was requesting ██ voluntary cooperation and that any information obtained during their official investigation which may involve violation of other laws, will be referred to the appropriate agency for consideration.

In response to questioning, ████████ provided the following information:

The home office of Auerbach Pollock & Richardson was in Stamford, Connecticut. This office is now closed but ████ is acting as a representative of HUGH REGAN, the President of Auerbach Pollock & Richardson, who can be reached at the following telephone number: (212) 463-5546. ████████ not being paid to represent REGAN and is using a rent-free office provided out of courtesy by another firm.

████████ is not knowledgeable regarding Auerbach Pollock & Richardson company records and advises that all questions concerning them should be addressed to HUGH REGAN in New York. After Auerbach ceased operating in June 2001 many company records wound up with REGAN and Auerbach Controller LEWIS COHEN in the company's New York office. Bank statements for Auerbach accounts sent to Drake after June 2001 were forwarded by him to REGAN and COHEN in New York. ████████ does know that customer and registration records of the firm of Auerbach Pollock & Richardson are stored in the borrowed space ████████ is currently using. ██ believes that payroll and personnel records were maintained in Denver, Colorado but may now be with REGAN in New York City.

████████ stated that ██ does not know anything about the status of the Auerbach Pollock & Richardson 401(k) Plan and has no idea who is now in charge of the Plan. SANDY BALDWIN was the Plan Administrator until June of 2001 when ██ left Auerbach. ████████ does not know if undistributed assets remain in the Plan and does not want to take any responsibility for managing the Plan in any way. All questions concerning the Plan should be directed to REGAN.

By: Senior Investigator George Maul  *[signature]*
At: New York Regional Office

Date Written:
Date Typed: January 10, 2002
File No.: 30-099836

This document is the property of the Pension and Welfare Benefits Administration. Its contents are not to be disclosed to unauthorized persons.

1213

Page 1 of 1

**Report of Interview**

**U. S. DEPARTMENT OF LABOR**
**Pension and Welfare Benefits Administration**

Date of Interview: December 12, 2001

▇▇▇▇ was interviewed telephonically the writer on the above date. The writer advised ▇▇▇ that he was conducting an official investigation for the Pension and Welfare Benefits Administration, U.S. Department of Labor pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA").

▇▇▇ was further advised that the writer was requesting ▇▇ voluntary cooperation and that any information obtained during their official investigation which may involve violation of other laws, will be referred to the appropriate agency for consideration.

In response to questioning, ▇▇▇ provided the following information:

1. ▇▇▇ alleges that COBRA payments ▇ made to Auerbach to maintain coverage for ▇▇ and ▇ family under the Auerbach Pollock & Richardson Health Plan for the months April to August 2001 were embezzled by Auerbach resulting in ▇ not being covered by the Plan. As a consequence, the Auerbach Pollock & Richardson Health Plan failed to pay about $100,000 in medical claims submitted on behalf of ▇▇▇ and medical service providers are dunning ▇. The bills arise from an operation ▇ had in June 2001.

2. HUGH REGAN was the Chief Executive officer of President of Auerbach Pollock & Richardson. LOU COHEN was the Controller of the company. The home office of Auerbach Pollock & Richardson was in Stamford, Connecticut but the company operated out of an office located in Manhattan, NY.

3. ▇▇▇ said that ▇ was a participant in the Auerbach Pollock & Richardson Health Plan, which carried Oxford health insurance at the time that ▇ was actively employed by the company. ▇ was given a three-page document on the Auerbach Pollock & Richardson Health Plan but never received a complete summary plan description booklet.

4. By late 2001 Auerbach Pollock & Richardson had become a financially troubled company. ▇▇▇ expenses were not being paid and ▇ was being docked a day's pay when ▇ worked at home even though ▇ was on salary. As a result ▇▇▇ left Auerbach Pollock & Richardson and became self-employed.

5. Before leaving Auerbach Pollock & Richardson ▇ met with REGAN and discussed COBRA coverage for ▇▇▇ under the Auerbach Pollock & Richardson Health Plan. REGAN agreed to have Auerbach Pollock & Richardson pay ▇▇▇ COBRA premiums for the

By: Senior Investigator George Maul
At: New York Regional Office

Date Written:
Date Typed: December 12, 2001
File No.: 30-099836

This document is the property of the Pension and Welfare Benefits Administration. Its contents are not to be disclosed to unauthorized persons.

1214

months of February and March of 2001. ▓▓▓ agreed to make ▓▓▓ own COBRA payments for documenting these events. No one but ▓▓▓ and REGAN were present at the meeting April 2001 and thereafter. The agreement with REGAN was oral and ▓▓▓ has no records although ▓▓▓ talked about the meeting with another employee named DENNIS MCALPINE immediately after it occurred.

6. REGAN has no unpaid health claims for February and March of 2001 and there nothing indicating that Auerbach Pollock & Richardson failed to pay for his COBRA coverage for those two months as agreed to by REGAN.

7. The Auerbach Pollock & Richardson merged with a brokerage firm named American Frontier in early 2001. At about he same time, the Auerbach Pollock & Richardson Health Plan dropped Oxford and became self-insured, using Great West Insurance for administrative services. ▓▓▓ does not know if the plan obtained stop-loss insurance after becoming self-insured.

8. ▓▓▓ paid ▓▓▓ for ▓▓▓ family COBRA coverage for the months of April, May, June, July, and August of 2001. ▓▓▓ wrote checks payable directly to Auerbach Pollock & Richardson for the April and May payments. ▓▓▓ checks for the June, July and August payments were payable to COBRA Serve, a division of the Ceridian Company. COBRA Serve then forwarded the payments received from ▓▓▓ to the Auerbach Pollock & Richardson Health Plan, which was by then self-insured. ▓▓▓ usually dealt with HERB PIPER at COBRA Serve. PIPER'S number is (727) 864-3308 x 6451.

9. ▓▓▓ learned that that ▓▓▓ and ▓▓▓ were not covered under the Auerbach Pollock & Richardson Health Plan.

11. ▓▓▓ heard from ex-colleagues that in the spring of 2001 their Auerbach Pollock & Richardson paychecks had bounced. This occurred after the SEC and NASDAC ordered Auerbach Pollock & Richardson to liquidate its customer accounts. The company entered into a voluntary self-liquidation and is probably under the control of a trustee. The company had lost an arbitration dispute resulting in it having to pay a retail client $750,000.

12. ▓▓▓ kept in touch with TERRI SPAHN, Vice President for Human Resources in Denver. She managed the operations of the Auerbach Pollock & Richardson Health Plan and the 401(k) Plan. During May, June and July 2001, Spahn continued to tell ▓▓▓ that the Auerbach Pollock & Richardson Health Plan still existed. SPAHN told ▓▓▓ to go for an operation that ▓▓▓ needed and on July 12, 2001 ▓▓▓ did so. ▓▓▓ spent the month of August, 2001 recovering.

13. In September the hospital told ▓▓▓ that that ▓▓▓ bills for the operation were not being paid by ▓▓▓ health plan. ▓▓▓ called Great West insurance who told ▓▓▓ that the Auerbach Pollock & Richardson account was on 'administrative hold" because of unpaid bills. ▓▓▓ called SPAHN who told ▓▓▓ that as far as she knew Auerbach Pollock & Richardson and the Auerbach Pollock & Richardson Health Plan were no longer in operation. She told ▓▓▓ that she had sent all the records for the plan to REGAN in New York and advised ▓▓▓ to address ▓▓▓ questions regarding the plan to REGAN. ▓▓▓ also called HERB PIPER of COBRA Serve who told ▓▓▓ that all contributions that had been received from ▓▓▓ had been forwarded to Auerbach

1215

Pollock & Richardson and also advised ▮ to contact REGAN regarding the unpaid claims. ▮ tried to contact REGAN but REGAN did not respond to ▮ calls.

14. After September 2001 ▮ had new medical coverage through a LLC, which ▮ had established.

15. As the CEO of Auerbach Pollock & Richardson REGAN was ultimately in charge of the Auerbach Pollock & Richardson Health Plan. As controller of Auerbach Pollock & Richardson LOU COHEN signed all checks issued by that company including whatever checks might have issued for the Auerbach Pollock & Richardson Health Plan. ▮ believes that MICHAEL BENVENUTO might also know something about the plan because he was the Chief Financial officer of Auerbach Pollock & Richardson. When ▮ was actively employed by Auerbach Pollock & Richardson questions on the Auerbach Pollock & Richardson Health Plan were addressed to SANDY BALDWIN, who worked at the company's Stamford office. After ▮ left the company ▮ addressed questions to TERRY SPAHN in Denver.

16. As far as ▮ knows all of Auerbach Pollock & Richardson's offices are closed except for some borrowed space in Stamford, Connecticut, where BOB BLAKE maintains an office out of which he conducts business for Auerbach Pollock & Richardson. ▮ believes that REGAN may also be conducting some business for the firm out of a borrowed office in Manhattan.

17. Auerbach Pollock & Richardson is currently being run by REGAN out of an office located at 110 Wall Street, New York, NY. The office is being provided by First Union. REGAN can be reached at (212) 463-5500 and at (212) 463-5540. Auerbach Pollock & Richardson is also using space in Stamford, Connecticut provided by Kuhn's Brother Inc.

18. REGAN has let it be known that his family, which is from Bronxville, NY, has a lot of money. LOU COHEN once told ▮ that REGAN is the beneficiary of a sizable trust fund that he cannot touch. COHEN said that REGAN went to his parents for large advances when he needed cash to keep Auerbach Pollock & Richardson afloat. COHEN also said that REGAN routinely kept Auerbach Pollock & Richardson going by simply not paying bills.