IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JANUARY 27, 2006 |

### DEFENDANTS' MEMORANDUM REGARDING PLAINTIFF'S MOTION FOR EXTENSION

Defendants Hugh Regan, Lewis Cohen and A. Jones Yorke (collectively, "Defendants") respectfully submit this Memorandum in response to Plaintiff's motion for an extension of time until March 20, 2006 to file an oppostion to their motion for summary judgment. The purpose of this memorandum is to state that Plaintiff's motion is replete with false statements and misleading omissions. Since Defendants have previously indicated that they do not object to the granting of the motion -- which Plaintiff's counsel indicated he was requesting because of their trial schedules rather than because of the recent production of documents -- it is not necessary at this time for Defendants to articulate all of the reasons why the statements in the motion are untrue. Defendants submit this Memorandum to ensure that their present silence on these issues should not in any way imply agreement on their part with the allegations.

THE DEFENDANTS
LEWIS COHEN, HUGH REGAN AND
A. JONES YORKE

By: *James M. Moriarty /dmcr*
  Mark S. Gregory (ct01252)
  James M. Moriarty (ct 21876)
  Kelley Drye & Warren LLP
      Their Attorneys
  Two Stamford Plaza
  281 Tresser Boulevard
  Stamford, Connecticut 06901-3229
  Telephone: (203) 324-1400
  Facsimile: (203) 327-2669
  E-mail: jmoriarty@kelleydrye.com

  and

  Richard G. Cushing (ct15997)
  Cushing Law Firm, P.C.
  420 East 54th Street
  New York, New York 10022
  Telephone: (212) 371-8880
  Facsimile: (212) 704-6288
  E-mail: richard.cushing@trautman.com.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served first class mail, postage prepaid, this 27th day of January, 2006 on all counsel of record as follows:

Kevin M. Greco, Esq.
Stephanie A. McLaughlin, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901
(203) 425-4200
(203) 325-8608 (facsimile)
***Attorneys for William Scovin***

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive,
Suite 201
Simsbury, Connecticut 06089
(860) 392-5018
(860) 392-5058 (facsimile)
***Attorneys for Great West Life & Annuity Insurance. Co.
and One Health Plan, Inc.***

Mr. Robert Drake
558 Lime Rock Road
Lakeville, Connecticut 06039
***(Pro se)***

_____
Tracy Ellis Williams

3