UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
WILLIAM SCOVIN,               :
                              :
     Plaintiff,               :
                              :
v.                            :    Civil No. 3:02CV01161(AWT)
                              :
GREAT WEST LIFE & ANNUITY     :
INSURANCE CO., et al.,        :
                              :
     Defendants.              :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

     This case is referred to Magistrate Judge  Donna F. Martinez  for the following purposes:

     _____All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

     _____A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

  X   A ruling on the following motion, which is currently pending: Motion for Sanctions (Doc. No. 156) (orefm.)

     _____A settlement conference (orefmisc./cnf)

     _____Other:_____(orefmisc./misc)

     It is so ordered.

     Dated this 28th day of February, 2006, at Hartford, Connecticut.

                                                  /s/Alvin W. Thompson

                                                  Alvin W. Thompson
                                         United States District Judge