UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| WILLIAM SCOVIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:02CV01161(AWT) |
| ) | |
| GREAT-WEST LIFE & ANNUITY INS. CO., ) | |
| ONE HEALTH PLAN, INC., AUERBACH, POLLAK ) | |
| & RICHARDSON, INC., HUGH REGAN, ) | |
| LEWIS COHEN, ROBERT DRAKE, A. JONES ) | |
| YORKE ) | |
| Defendants. ) | |
| ) | January 25, 2006 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS REGAN, COHEN & YORKE'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

The plaintiff, William Scovin, pursuant to Federal Rule of Civil Procedure 7(b)(1) and 56 (e) and (f), respectfully moves for a 45 day extension of time until March 20, 2006 to respond to Defendants Regan, Cohen & Yorke's Motion For Summary Judgment and Memorandum of Law in Support thereof.

**ORAL ARGUMENT NOT REQUESTED**

Extension GRANTED, nunc pro tunc, to and including March 20, 2006. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  3/1/06

Exhibit A | Exhibit B | Exhibit C | Exhibit D | Exhibit E