# Exhibit A

KELLEY DRYE & WARREN LLP
A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(203) 327-2669
www.kelleydrye.com

MARK S. GREGORY
DIRECT LINE: (203) 351-8057
EMAIL: mgregory@kelleydrye.com

June 30, 2005

**VIA FACSIMILE**
Kevin M. Greco, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

Re: Scovin v. Great-West Life & Annuity Inc. Co., et al.

Gentlemen:

As you are aware, we represent Hugh Regan, Lewis Cohen and A. Jones York (collectively, "the Individual Defendants") in connection with the above-referenced action. I write in advance of Mr. Cohen's deposition to set forth the Individual Defendants' objections to the document requests included with Plaintiff's June 10, 2005 Notice of Deposition.

The Individual Defendants object to each of the document requests on the grounds that they are overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence and call for the production of materials protected by the attorney-client privilege, attorney work product doctrine or other applicable privilege. In addition, the Individual Defendants object to each and every document request calling for the production of personal financial information on the grounds that the requests for such information are propounded solely to harass and annoy and seek documents which are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, to the extent any of the Individual Defendants have responsive non-privileged documents which are relevant to the allegations in the Complaint, in their possession, custody or control, they will be produced at their respective depositions.

Very truly yours,

Mark S. Gregory

cc: Richard G. Cushing, Esq.

KELLEY DRYE

# FACSIMILE TRANSMISSION

| TO | FAX | PHONE |
|---|---|---|
| Kevin M. Greco, Esq.<br>Peter M. Nolin, Esq.<br>Sandak Hennessey & Greco<br>Stamford | (203) 325-8608 | (203) 425-4200 |

KELLEY DRYE & WARREN LLP
TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT
06901-3229
(203) 324-1400
FAX (203) 327-2669

**NO. OF PAGES** 2 (including this page)

**DATE** June 30, 2005

**MESSAGE:**

**FROM** Mark S. Gregory

**PHONE** (203) 351-8057

**E-MAIL** mgregory@kelleydrye.com

**TIMEKEEPER ID** 00675

**CLIENT NO.** 016271/0001

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ
BRUSSELS

AFFILIATE OFFICES
JAKARTA
MUMBAI

**IF PROBLEMS OCCUR DURING TRANSMISSION PLEASE CALL (203) 351-8057.**

The information contained in this facsimile message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any use, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.

CT01/GREGM/213496.1

** JOB STATUS REPORT ** AS OF JUN 30 2005 10:12 AM PAGE.01

KDW

JOB #477

| | DATE | TIME | TO/FROM | MODE | MIN/SEC | PGS | STATUS |
|---|---|---|---|---|---|---|---|
| 001 | 6/30 | 10:12A | *20162710001993258608 | EC--S | 00'16" | 002 | OK |