# Exhibit B

Case 3:02-cv-01161-AWT    Document 159-3    Filed 03/06/2006    Page 1 of 4

## Moriarty, James

**From:** Moriarty, James
**Sent:** Friday, August 12, 2005 3:40 PM
**To:** 'Kevin M. Greco'
**Cc:** 'Peter Nolin'; Gregory, Mark S.; 'Richard.cushing@troutmansanders.com'
**Subject:** RE: Scovin

Kevin,

We will stipulate to Spahn's deposition by phone. Please let us know when and where. I spoke with Peter earlier regarding Cohen's deposition scheduled for 8/17. He has an employment related conflict. I will work to get another date, but think it makes sense to find a date when both Cohen and your client are available so we can do one in the morning and one in the afternoon. I will work to get several dates from Cohen to see if any match up with your clients schedule. If you are not amenable to both deps on the same date please let me know and I will provide you with dates when we are available to take your client's deposition.

Jim Moriarty

>   -----Original Message-----
>   **From:** Kevin M. Greco [mailto:kgreco@shglaw.com]
>   **Sent:** Friday, August 12, 2005 2:42 PM
>   **To:** Moriarty, James
>   **Cc:** 'Peter Nolin'
>   **Subject:** RE: Scovin
>
>   Jim: Confirming our discussion of the other day regarding rescheduling Scovin's depo which you noticed for the 18th. Do you have other dates?
>
>   In addition, we discussed terri spahn's depo and i assume we agree to do it on the phone. Please advise. Thanks.
>
>   Kevin M. Greco
>   Sandak Hennessey & Greco LLP
>   707 Summer Street
>   Stamford, CT  06901
>   203-425-4200
>   203-325-8608 fax

**From:** Moriarty, James [mailto:JMoriarty@KelleyDrye.com]
**Sent:** Tuesday, August 09, 2005 2:50 PM
**To:** Barnes, Christopher G.; Kevin M. Greco; Peter Nolin
**Cc:** Williams, Jeffrey L.
**Subject:** RE: Scovin

9:00 should be okay. As of right now Regan Yorke and Cohen are going forward.

>   -----Original Message-----
>   **From:** Barnes, Christopher G. [mailto:cgb@jordenusa.com]
>   **Sent:** Tuesday, August 09, 2005 2:47 PM
>   **To:** Moriarty, James; Kevin M. Greco; Peter Nolin

2/15/2006

**Cc:** Williams, Jeffrey L.
**Subject:** RE: Scovin

Jim: I would prefer we start at 9 am to make sure our witness can make her late afternoon flight back to Colorado. However, if everyone else wants to start at 10 am it is fine with me.

Are the Regan, Yorke and Cohen depos going forward next week?

Chris

> -----Original Message-----
> **From:** Moriarty, James [mailto:JMoriarty@KelleyDrye.com]
> **Sent:** Tuesday, August 09, 2005 1:39 PM
> **To:** Barnes, Christopher G.; Kevin M. Greco; Peter Nolin
> **Cc:** Williams, Jeffrey L.
> **Subject:** RE: Scovin
>
> Chris,
>
> The 24th in Simsbury is fine. I assume we will begin at 10:00.
>
> Jim
>
> > -----Original Message-----
> > **From:** Barnes, Christopher G. [mailto:cgb@jordenusa.com]
> > **Sent:** Wednesday, August 03, 2005 11:47 AM
> > **To:** Kevin M. Greco; Peter Nolin; Moriarty, James
> > **Cc:** Williams, Jeffrey L.
> > **Subject:** Scovin
> >
> >
> > Gentlemen: I am writing to follow-up on deposition notices directed to Great-West and One Health by Plaintiff and Auerbach. Great-West expects to produce one witness in response to the deposition notices and she is available in our Simsbury office on Wednesday, August 24 (one the dates picked by Jim in his depo notice). Please confirm your availability for the deposition on the 24th or propose alternative dates.
> >
> > Does anyone have an email address for Mr. Drake?
> >
> > Chris
> >
> > STATEMENT OF CONFIDENTIALITY AND PRIVILEGE
> >
> > This e-mail transmission, which includes its attachments, if any, is intended for a particular addressee(s) and may contain confidential and/or attorney-client or work product privileged material. If you are not the named addressee, or if this e-mail transmission has been addressed to you in error, or it is otherwise not clear that you are the intended recipient (or his or her authorized agent), you are hereby notified that you have received this e-mail transmission in error and that any review, disclosure, distribution, dissemination, copying, printing, maintaining, saving, or other use of this email transmission is strictly prohibited. Delivery of this e-mail transmission to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this email transmission in error, please notify Jorden Burt LLP immediately by reply e-mail to the sender and permanently delete the e-mail transmission and its attachments, if any. Thank you.
> >
> > This e-mail transmission and any attachments are believed to have been sent free of any virus or other defect that might affect any computer system into which it is received and opened. It is, however, the

recipient's responsibility to ensure that the email transmission and any attachments are virus free, and Jorden Burt LLP accepts no responsibility for any damage that may in any way arise from their use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.

Pursuant to Treasury Regulations, any U.S. federal tax advice contained in this communication, unless otherwise stated, is not intended and cannot be used for the purpose of avoiding tax-related penalties.

The information contained in this E-mail message is privileged, confidential, and may be protected from disclosure; please be aware that any other use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.

This E-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened. However, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Kelley Drye & Warren LLP for any loss or damage arising in any way from its use.