# Exhibit C

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(203) 327-2669
www.kelleydrye.com

DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

September 16, 2005

**VIA FIRST CLASS MAIL**
Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

Re: <u>Scovin v. Great-West Life & Annuity Inc. Co., et al.</u>

Dear Kevin:

Pursuant to my agreement to produce complete versions of documents that were previously produced in redacted format, I enclose documents Bate stamped 0032A, 0033A, 0105A, 0106A, 0107A, 0112A, 0115A, 0116A and 0123A. The "A" following the Bates number corresponds to the Bates number of the previously produced redacted document. I have also enclosed additional documents with the APR Bates numbers -- which I have Bates stamped 0164.1-0217 -- even though I continue to believe that these documents are non-responsive to your document requests and are wholly irrelevant to your client's purported causes of action. To the best of my knowledge, with this production I have produced all documents that I agreed to produce during oral argument on September 13, 2005.

Please provide me with your availability during the week of September 26, 2005 for your client's deposition. I have agreed to put the deposition off twice and have yet to be provided with a firm alternative date.

Very truly yours,

James M. Moriarty

cc: Christopher G. Barnes, Esq. (*w/enclosures*)
Mr. Robert Drake (*w/enclosures*)
Richard G. Cushing, Esq.
Mark S. Gregory, Esq.

CT01/MORIJA/216046.3