# Exhibit D

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
BANGKOK, THAILAND
JAKARTA, INDONESIA
MUMBAI, INDIA
TOKYO, JAPAN

FACSIMILE
(203) 327-2669
www.kelleydrye.com

DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

August 5, 2005

Jonathan Kay, Director
Attn: Freedom of Information Act Request
Employee Benefits Security Administration
New York Regional Office
33 Whitehall Street, Suite 1200
New York, NY 10004

Re:     FREEDOM OF INFORMATION ACT REQUEST

Dear Mr. Kay:

This is a request under the Freedom of Information Act.

I request that a copy of documents containing the following information be provided to me: any investigations or complaints regarding the Auerbach, Pollack & Richardson, Inc. ("APR") Health Care Plan from January 2001 to present, including but not limited to, any claims specifically regarding William Scovin; any documents regarding Hugh Regan (the former President of "APR"); and any documents regarding the eVision USA.com, Inc. Health Care Plan.

In order to help determine my status for purposes of determining the applicability of any fees, you should know that I am an attorney seeking information to assist in a lawsuit brought against my clients and not for commercial use.

I include a telephone number at which I can be contacted during business hours, if necessary, to discuss any aspect of my request.

Thank you for your consideration of this request.

Sincerely,

James M. Moriarty

CT01/MCELKR/217711.1