# Exhibit E

**U.S. Department of Labor**  Employee Benefits Security Administration
33 Whitehall Street, Suite 1200
New York, NY 10004
Phone: (212) 607- 8600
Telefax: (212) 607- 8681



September 16, 2005

**FAX & Certified Mail - Return Receipt Requested**

James M. Moriarty, Esq.
Kelley, Drye & Warren LLP.
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901-3229

Re:   Freedom of Information Act Request dated August 5, 2005
      Auerbach, Pollack & Richardson, Inc ("APR") Health Care Plan

Dear Mr. Moriarty:

This letter is in response to your FOIA request dated August 5, 2005. Specifically, you requested copies of any and all documents regarding any investigations or complaints regarding the Auerbach, Pollack & Richardson, Inc ('APR') Health Care Plan.

On September 15, 2005 you spoke with Senior Investigator George Maul who indicated that the file materials were voluminous. Therefore you agreed to submit a modified request indicating the specific documents you wanted. We will process your modified request upon receipt

Because I have denied your request for records, you may file an appeal within 90 days from the date of this denial in accordance with the Department's regulation 29 C.F.R. 70.22, dated May 30, 1989. Your appeal should state, in writing, the grounds for the appeal, including any supporting statements or arguments. The appeal should be addressed to the Solicitor of Labor, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210. To expedite the processing of the appeal, both the envelope and the letter of appeal should be clearly marked: "FOIA APPEAL."

If you have any questions you may contact Senior Investigator George Maul at (212) 607-8670

Sincerely,

Jonathan Kay
Regional Director

RECEIVED
SEP 2 0 2005
KELLEY DRYE & WARREN LLP