# Exhibit F

KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA

281 TRESSER BOULEVARD

STAMFORD, CONNECTICUT 06901-3229

———

(203) 324-1400

NEW YORK, NY

WASHINGTON, DC

TYSONS CORNER, VA

CHICAGO, IL

PARSIPPANY, NJ

———

BRUSSELS, BELGIUM

———

AFFILIATE OFFICES

JAKARTA, INDONESIA

MUMBAI, INDIA

FACSIMILE

(203) 327-2669

www.kelleydrye.com

DIRECT LINE: (203) 351-8034

EMAIL: jmoriarty@kelleydrye.com

September 20, 2005

George Maul, Esq.
U.S. Department of Labor
Employee Benefits Security Administration
33 Whitehall Street, Suite 1200
New York, New York  10004

Re:    Freedom of Information Act Request dated August 5, 2005
       Auerbach, Pollack & Richardson, Inc. Health Care Plan

Dear Mr. Maul:

Pursuant to our telephone discussion of September 15, 2005 and Jonathon Kay's letter of September 16, 2005, I write to narrow the scope of our August 5, 2005 Freedom of Information Act Request related to Auerbach, Pollack and Richardson, Inc.'s Health Care Plan. We now request the following documents, information and/or materials:

1.    All documents related to Hugh Regan, Lewis Cohen and/or A. Jones Yorke;

2.    All documents related to the administration of the APR Health Care Plan for the years 2000 and 2001; and

3.    All documents related to the conclusions reached in connection with the investigation of Mr. Scovin's allegations.

Please feel free to call me with any questions.

Very truly yours,

*James M. Moriarty*
James M. Moriarty

CT01/MORIJA/219364.1