# Exhibit G

**U.S. Department of Labor**   Employee Benefits Security Administration
33 Whitehall Street, Suite 1200
New York, NY 10004
Phone: (212) 607- 8600
Telefax: (212) 607- 8681



October 20, 2005

James M. Moriarty, Esq.
Kelley, Drye & Warren LLP.
Two Stamford Plaza
281 Tresser Boulevard
Stamford, Connecticut 06901-3229

Re:   Freedom of Information Act Request dated August 5, 2005
      Auerbach, Pollack & Richardson, Inc ("APR") Health Care Plan

Dear Mr. Moriarty:

This letter is in response to your modified FOIA request dated September 20, 2005. Specifically, you requested copies of any and all documents related to Hugh Regan, Lewis Cohen and/or A. Jones York; all documents related to the administration of the APR Health Care Plan for the years 2000 and 2001 and all documents related to the conclusions reached in connection with the investigation of Mr. Scovin's allegations.

We have carefully reviewed the NYRO's records relevant thereto and in response to your request, we are providing you with 1164 pages of information, some of which have been redacted pursuant to Exemption 6 of the FOIA, which provides an exemption from disclosure records such as personnel and medical files and similar files, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy.

An additional forty-one (41) pages of information are being withheld pursuant to Exemption 5 of the FOIA relating to inter-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency.
It should be noted that eleven (11) of the forty-one (41) pages are also covered by the attorney-client privilege.