# Exhibit H

## KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(203) 327-2669
www.kelleydrye.com

DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

January 9, 2006

**VIA OVERNIGHT COURIER**

Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

Re:   Scovin v. Great-West Life & Annuity Inc. Co., et al.

Dear Kevin:

Upon a further re-examination of your client's requests for production as we prepare a motion for summary judgment, we determined that the enclosed documents, Bate stamped 1122 through 1554 are arguably responsive to Request No. 1. These documents were obtained from the U.S. Department of Labor ("DOL") and we assume you already have them and/or could obtain them, as we did, via a FOIA request. That said, we are producing these arguably responsive documents to avoid any question that our clients have been less than forthcoming with respect to their discovery obligations.

Please note that a substantial portion of this production may be duplicative of our previous productions and that the documents are being produced in the same form that we received them, i.e., the documents were redacted prior to the DOL providing them to us.

Very truly yours,

*James M. Moriarty*
James M. Moriarty

Enclosures
cc:   Richard G. Cushing, Esq. (*w/o enclosures*)
      Mark S. Gregory, Esq. (*w/o enclosures*)

CT01/MORIJA/220218.2