# Exhibit I

# SANDAK HENNESSEY & GRECO LLP

Counselors at Law
707 SUMMER STREET
STAMFORD, CONNECTICUT 06901
TEL: (203) 425-4200
FAX: (203) 325-8608
kgreco@shglaw.com

**TO:** Mark Gregory, Esq.    Fax: 203-327-2669

**FROM:** Kevin M. Greco, Esq.

**DATE:** January 12, 2006

**RE:** Scovin v Great West et al.

**COMMENTS:**

Dear Mark:

    As you know and in light of the prior representations, arguments, and rulings before / by the Court, I was surprised to receive yesterday a large package of discovery of over 400 pages bearing bates #1122-1554. A cursory review of same reveals that these should have been disclosed long ago and certainly, before the depositions. In addition, it is clear from the documents that Richard Cushing was intimately involved during the subject time in the day to day operations and decisions as evidenced by, among other things, Terri Spahn's correspondence and faxes. Pursuant to the pending discovery and in an effort not to return to Court, please provide a copy of his file from that time period regarding APR and, if anything is being withheld, a log. In addition, we need to depose Mr. Cushing and please advise as to his availability. In light of his presence in the case as a witness, it appears that we should also discuss his future ad hoc representation.

THIS FACSIMILE TRANSMISSION CONSISTS OF __1__ PAGES (INCLUDING THIS PAGE). IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION, PLEASE CONTACT JEANNIE AT (203) 425-4200. THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND PRIVILEGED, AND IS INTENDED ONLY FOR THE USE OF THE NAMED RECEIVER. IF YOU ARE NOT THE NAMED RECEIVER OR THE PERSON RESPONSIBLE FOR DELIVERING THIS FACSIMILE TO THE NAMED RECEIVER, YOU ARE NOTIFIED THAT ANY USE OF THIS FACSIMILE OR ITS CONTENTS, INCLUDING ANY DISSEMINATION OR COPYING, IS STRICTLY PROHIBITED.