# Exhibit J

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(203) 327-2669
www.kelleydrye.com

DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

January 12, 2006

**VIA FACSIMILE**

Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

      Re:    <u>Scovin v. Great-West Life & Annuity Inc. Co., et al.</u>

Dear Kevin:

      I am in receipt of your memorandum faxed to my office earlier today and write to correct the numerous inaccuracies within it. First, as stated in the cover letter with the most recent document production, many of the documents included in that production are duplicative of documents produced on November 3, 2005, Bate stamped 0293-1121. Indeed, the very memos from Terri Spahn that you claim demonstrate Richard Cushing's intimate involvement in the day to day operations and decisions were included within that production at Bates 0384-85 and 0389-391. Thus, you have been in possession of these documents for over two (2) months.

      Next, I invite you to review the Department of Labor ("DOL") cover letter dated October 20, 2005, at Bates 1122-23. As you will recall, our clients' respective depositions were completed by September 1, 2005, some seven weeks *before* we received these documents from the Department of Labor. Thus, you must agree, it would have been impossible for us to produce the documents *prior* to the depositions.

      Our most recent production consisted of documents that we received via a FOIA request. We made the determination to produce them even though many of the documents had already been produced because we are not hiding anything.

CT01/MORIJA/220218.3

KELLEY DRYE & WARREN LLP

Kevin M. Greco, Esq.
January 12, 2006
Page Two

      We do not represent Attorney Cushing and are not in a position to speak for him. That said, we fail to see how the fact that Terri Spahn copied him on a memorandum equates to his intimate involvement in the day to day operations and decisions. In any event, we are forwarding to him a copy of your fax.

                                  Very truly yours,

                                  James M. Moriarty

cc:    Richard G. Cushing, Esq.
        Mark S. Gregory, Esq.

CT01/MORIJA/220218.3