# Exhibit K

# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA

281 TRESSER BOULEVARD

STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY

WASHINGTON, DC

TYSONS CORNER, VA

CHICAGO, IL

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE

(203) 327-2669

www.kelleydrye.com

DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

November 3, 2005

Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut  06901

Re:     Scovin v. Great-West Life & Annuity Ins. Co., et al.

Dear Kevin:

Enclosed are documents responsive to plaintiff's requests for production Bate stamped 0293 through 1121.  These documents were obtained late last month from the United States Department of Labor pursuant to a FOIA request.  The documents are produced in the same form they were received.

Sincerely,

James M. Moriarty

Enclosures