# Exhibit L

# AUERBACH, POLLAK & RICHARDSON, INC.

## MEMORANDUM

To: Hugh Regan, President

From: Terri Spahn, AVP – Human Resources Manager

Date: June 29, 2001

Re: Employment Status

---

Hugh:

I wanted to take the opportunity to inform you of my current status with APR. I would be more than willing to continue to assist APR in the various duties and responsibilities that fall under the HR Department, unfortunately at this point in time I am unable to continue in my position without being paid for my services. I am considered laid off effective immediately due to the fact that payroll for the period of June 16, 2001 to June 30, 2001 has not been met. I will spend part of the next week cleaning up various issues and preparing documents and files for shipment to the New York office.

Following are outstanding issues that need to be handled:

Paychecks from the June 15th payroll that did not clear need to be made good as soon as possible. Several employees or former employees will be filing claims with their State Department of Labor to have back wages earned paid. This will also be true for all salaried employees for the June 30th payroll that was not processed per your instructions yesterday.

Lew has information regarding the Power Pay Payroll system. Power Pay is a division of Ceridian that provides an Internet based system that seems very easy to use. It is inexpensive and I believe would solve the current processing problem without having to purchase any hardware or software. It is my suggestion that you use this system rather than the current Ceridian Source 500 system.

We have been canceled from Ceridian tax filing service and I am not certain if anyone has been filing the tax reports and making the tax deposits to the IRS and various states. This would include unemployment insurance taxes as well. All payroll and insurance

0384

taxes need to be paid from April 1, 2001 to present. Lew has the payroll registers that detail what taxes are owed at this time.

At this point in time there is still a balance of about $25,000 that was deducted for employee deferrals to the 401(k) plan and has not been funded to John Hancock. This amount needs to be sent to JH immediately so that the funds may be credited to employee 401(k) accounts. This is also an item where you may see some Dept. of Labor claims.

The fidelity bond and insurance policy that covers Workers' Compensation needs to be kept in effect. I understand from Andy Raabe that a check was issued but did not clear.

Great West Life/One Health Plan tried to pull funds on Friday, June 22, 2001. I believe that that was unsuccessful therefore arrangements need to be made with Great West to pay the premium owed.

Delta Dental has not been funded since April 1, 2001. May, June and July are now due.

I have a call into Prudential Life Insurance to cancel the Life and LTD insurance. I need to see if we can cancel immediately or need a 30-day notice, which is usually the case. The premium is also several months past due.

Employees with AFLAC policies will be notified July 11, 2001 that their policies will be canceled if the premium is not paid. This is an employee paid benefit with premiums being taken from employee paychecks. These amounts were taken and the invoices have not been paid since March.

I believe that only one employee has a Flex One account and a few still have Transit One accounts. Because amounts have not been paid on employee claims since March, I believe that we need to discontinue this program as well. The problem with the Flex One FSA accounts is that when an employee signs up for the program they enroll for the entire year. I still am waiting for a response on that issue.

Please let me know immediately if you have any further instructions for me. If somehow things work out for APR and you are able to continue payroll, I will be happy to continue to assist you in the company HR needs.


Cc:  Jones Yorke
     Lew Cohen
     Richard Cushing

# Auerbach, Pollak & Richardson, Inc.

707 17th Street • Suite 2900
Denver • Colorado • 80202
(303) 295-1000

CORPORATE OFFICES
FACSIMILE TRANSMITTAL

**Terri Spahn**
Associate Vice President – Human Resources

(303) 279-2284 Phone • (303) 279-2219 Fax

DATE: 6-29-01

TO: Richard Cushing

COMPANY: _____

FAX#: 212-704-6028

NUMBER OF PAGES (Including Cover Sheet): 3

COMMENTS: Richard - I have been working with Hugh on those issues, so I thought I would keep you up to date as well.

Terri

Please call Terri Spahn at (303) 279-2284 for incomplete or illegible transmissions.

*The information contained in this facsimile message and/or the document transmitted is confidential and intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any examination, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original to us at the above address via the U.S. Postal Service. Thank You.*

0392

| HP OfficeJet | Fax History Report for |
| Personal Printer/Fax/Copier/Scanner | AUERBACH POLLAK RICHARDSO |
| | 303 860 6050 |
| | Jun 29 2001 12:42pm |

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Jun 29 | 12:41pm | Sent | 12127046288 | 0:57 | 3 | OK |

Result:
  OK - black and white fax
  OK color - color fax

0393