UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) **CIVIL ACTION NO.** |
| | ) **3:02CV01161(AWT)** |
| GREAT-WEST LIFE & ANNUITY INS. CO., | ) |
| ONE HEALTH PLAN, INC., AUERBACH, | ) |
| POLLAK & RICHARDSON, INC., HUGH | ) |
| REGAN, LEWIS COHEN, ROBERT DRAKE, | ) |
| A. JONES YORKE | ) |
| | ) |
| **Defendants.** | ) MARCH 9, 2006 |

**EMERGENCY MOTION TO TAKE DEPOSITION BY TELEPHONE**

The Plaintiff, William Scovin, pursuant to the Rule 30(b)(7) moves the Court to take the

deposition of Terri Spahn, of Denver, Colorado by telephone. Ms. Spahn was the Human

Resources Director of Defendant Auerbach and had direct dealings with the Defendants in this

case regarding the medical plan under which the Plaintiff was insured. In support of this motion,

the undersigned represents as follows:

1.      Plaintiff, William Scovin brings this action under both ERISA and common law

seeking equitable relief and damages based upon the Defendants' conduct and failure to, among

other things, pay his medical expenses for a July 2001 bi-lateral hip surgery in excess of

$90,000.00.

2.      Based on the history of the case and a desire to resolve the case without additional

litigation and costs, the parties began active settlement discussions. Some progress was made.

3.      The parties agreed to take the witnesses deposition by telephone.  In fact, it was discussed on numerous occasions into November and December 2005 during settlement discussions.

4.      Defendants Regan, Cohen, and Yorke filed a Motion for Summary Judgment as to all counts dated January 12, 2006.

5.      Right before January 12th, Defendants produced additional discovery consisting of, among other things, statements made by Ms. Spahn to a Department of Labor investigator and conclusions that the Defendants are fiduciaries.

6.      Defendants withheld these documents while conducting settlement discussions and postponing the scheduling of Ms. Spahn's deposition, and with the knowledge that they would be filing a Motion for Summary Judgment as to all counts of Plaintiff's Amended Complaint.

7.      Plaintiff filed a Motion for Sanctions regarding discovery which is pending before The Honorable Donna F. Martinez.

8.      Earlier this week, the undersigned discussed the issues with scheduling Ms. Spahn's deposition and advised Defendant's counsel that the deposition of Ms. Spahn was being conducted by telephone as previously agreed either Thursday or Friday, March 9th or 10th. Again, as they had agreed in the past, Defense counsel said that would attend and voiced no objection.

9.      Plaintiff scheduled the Deposition for Friday, March 10, 2006 however counsel for Great West became conflicted due to being out of state on business in Chicago.

10.     Plaintiff's advised that Spahn's deposition was being rescheduled to March 17[th.]

Defendants now object to the taking of Spahn's deposition by telephone.

11.     As a result, the Plaintiff is now forced to move the Court to take Ms. Spahn's

deposition by telephone.

12.     The deposition is needed to respond to the Defendants' Motion for Summary

Judgment dated January 12, 2006.  A copy of the Re Notice of Deposition is attached hereto as

Exhibit A.

WHEREFORE, the Plaintiff prays that this Motion is granted and Plaintiff be

permitted to conduct Ms. Spahn's deposition via telephone.

THE PLAINTIFF,


By_____/s/_____
     Kevin M. Greco (ct13195)
     Peter M. Nolin (ct06223)
     **SANDAK HENNESSEY & GRECO LLP**
     707 Summer Street
     Stamford, CT  06901
     Telephone (203) 425-4200
     Facsimile (203) 325-8608
     kgreco@sghlaw.com
     pnolin@shglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on this 9th day of March, 2006.

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

_____/s/_____
Kevin M. Greco

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                         )
WILLIAM SCOVIN                           )
                    Plaintiff,           )
                                         )  CIVIL ACTION NO.
v.                                       )  3:02CV01161(AWT)
                                         )
GREAT-WEST LIFE & ANNUITY INS. CO.,      )
ONE HEALTH PLAN, INC., AUERBACH,         )
POLLAK & RICHARDSON, INC., HUGH REGAN,   )
LEWIS COHEN, ROBERT DRAKE, and           )
A. JONES YORKE                           )
                    Defendants.          )
_____)  MARCH 9, 2006

### RE-NOTICE OF DEPOSITION

The Plaintiff hereby notices the deposition of Terri Spahn, ING Human Resources, 1290 Broadway, Denver, CO. 80203on March 17, 2006 at 3:00 PM EST to be taken at the offices of Sandak Hennessey & Greco LLP, 707 Summer Street, Stamford, CT  06901.  Said deposition will be recorded by stenographic means, taken telephonically, will proceed before an authorized officer, and will proceed from day to day until completed.  You are invited to attend and cross-examine.

THE PLAINTIFF,

BY:_____/s/_____
    Kevin M. Greco (ct 13195)
    Peter M. Nolin (ct 06223)

Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Ct 06901
(203) 425-4200
(203) 325-8608 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed and sent via first class mail, postage prepaid, this 9th day of March, 2006, to the following:

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Robert G. Cushing, Esq. *Pro Hac Vice*
Cushing Law Firm
420 East 54th Street
New York, NY 10178

Robert Drake
558 Lime Rock Road
Lakeville, CT 06039

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089


_____/s/_____
Kevin M. Greco