**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------x
                             :
WILLIAM SCOVIN,              :
                             :
     Plaintiff,             :
                             :
v.                           :        Civil No. 3:02CV01161(AWT)
                             :
GREAT WEST LIFE & ANNUITY    :
INSURANCE CO., et al.,       :
                             :
     Defendants.            :
                             :
-----------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

        This case is referred to Magistrate Judge  Donna F. Martinez  for the following purposes:

_____All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

  X    A ruling on the following motion, which is currently pending: Emergency Motion to Take Deposition by Telephone (Doc. No. 161)              (orefm.)

_____A settlement conference (orefmisc./cnf)

_____Other:_____(orefmisc./misc)

        It is so ordered.

        Dated this 15th day of March, 2006, at Hartford, Connecticut.

                                        /s/Alvin W. Thompson
                              _____
                                      Alvin W. Thompson
                              United States District Judge