UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------x
WILLIAM SCOVIN,                          :
                                         :
                Plaintiff,               :
                                         :
v.                                       :
                                         : Case No. 02CV01161(AWT)
                                         :
GREAT-WEST LIFE & ANNUITY INS. CO.,      :
ONE HEALTH PLAN, INC.,                   :
AUERBACH, POLLACK & RICHARDSON, INC.,    :
HUGH REGAN, LEWIS COHEN, ROBERT          :
DRAKE, and A. JONES YORKE,               :
                                         :
                Defendants.              :
-----------------------------------------x
```

**ENDORSEMENT ORDER**

Defendants' Hugh Regan, Lewis Cohen and A. Jones Yorke's Motion for Judgment on the Pleadings (Doc. No. 132) is hereby DENIED, nunc pro tunc to December 2, 2005, for substantially the reasons set forth in the plaintiff's objection (Doc. No. 148).

It is so ordered.

Dated this 24th day of March 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
         Alvin W. Thompson
     United States District Judge