UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION NO. |
| v. | ) 3:02 CV 01161 (AWT) |
| GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEALTH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORK | )<br>)<br>)<br>) March 28, 2006 |
| Defendants. | ) |

## MOTION FOR DEFAULT

Plaintiff, William A. Scovin ("Scovin"), pursuant to the Federal Rules of Civil Procedure and The Local Rules of this District, respectfully moves to default Defendant Auerbach Pollak & Richardson, Inc ("Auerbach") based on its failure to file a responsive pleading to Plaintiff's Amended Complaint dated November 1, 2005 or to otherwise appear and be heard in this case. In the past, Auerbach had been represented in this case by the same counsel which represented Defendants Regan, Cohen, and Yorke but is not currently represented by their counsel.

**PLAINTIFF, WILLIAM A. SCOVIN**

By_____/s/_____
   Kevin M. Greco (ct 13195)
   **Sandak Hennessey & Greco LLP**
   970 Summer Street
   Stamford, Ct 06905
   (203) 425-4200
   (203) 325-8608 (fax)
   kgreco@shglaw.com

**CERTIFICATION**

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of March 2006 to:

Christopher G. Barnes, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

                                                                _____/s/_____
                                                                 Kevin M. Greco