UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:02CV01161(AWT) |
| GREAT-WEST LIFE & ANNUITY INS. CO., ) | |
| ONE HEALTH PLAN, INC., AUERBACH, ) | |
| POLLAK & RICHARDSON, INC., HUGH ) | |
| REGAN, LEWIS COHEN, ROBERT DRAKE, ) | |
| A. JONES YORKE ) | |
| ) | |
| **Defendants.** ) | APRIL 3, 2006 |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT**

Pursuant to Rule 7 of the Local Rules, the above Plaintiff respectfully moves for permission to exceed the forty (40) page limitation with respect to Plaintiff's Memorandum in Opposition to Defendants Regan, Cohen and Yorke's motion for Summary Judgment. Plaintiff's Memorandum, including the certification page, totals 42 pages filed simultaneously herewith. . Since the certification page constitutes an entire page, Plaintiff's Memorandum is 41 pages long.

WHEREFORE, Plaintiff requests permission to exceed the limitation by 2 pages.

                                                PLAINTIFF, WILLIAM A. SCOVIN

                                                By_____/s/_____
                                                   Kevin M. Greco (ct 13195)
                                                   Peter M. Nolin (ct 06223)
                                                   Sandak Hennessey & Greco LLP
                                                   707 Summer Street
                                                   Stamford, CT  06901
                                                   (203) 425-4200
                                                   (203) 325-8608 (fax)
                                                   kgreco@shglaw.com

CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on this 3rd day of April, 2006.

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY 10178

Robert Drake
558 Lime Rock Road
Lakeville, CT 06039

           _____/s/_____
           Kevin M. Greco