UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN )<br>)<br>**Plaintiff** )<br>v. )<br>)<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, )<br>POLLAK & RICHARDSON, INC., HUGH )<br>REGAN, LEWIS COHEN, ROBERT DRAKE, )<br>A. JONES YORKE )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br>**3:02CV01161(AWT)**<br><br><br><br><br><br><br><br>**APRIL 3, 2006** |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following documents:

- Exhibits 1 through 40 to Declaration of Kevin M. Greco dated April 3, 2006

[ ]   the document or thing cannot be converted to an electronic format
[X]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff is excused from filing this document by Court order.

                                                PLAINTIFF, WILLIAM A. SCOVIN

                                                By_____/s/_____
                                                  Kevin M. Greco (ct 13195)
                                                  Peter M. Nolin (ct 06223)
                                                  Sandak Hennessey & Greco LLP
                                                  707 Summer Street
                                                  Stamford, CT  06901
                                                  (203) 425-4200
                                                  (203) 325-8608 (fax)
                                                  kgreco@shglaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on this 3rd day of April, 2006.


Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039


                                                       _____/s/_____
                                                       Kevin M. Greco