**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------x
WILLIAM SCOVIN,                          :
                                         :
              Plaintiff,                 :
                                         :
v.                                       :
                                         : Case No. 02CV01161(AWT)
                                         :
GREAT-WEST LIFE & ANNUITY INS. CO.,      :
ONE HEALTH PLAN, INC.,                   :
AUERBACH, POLLACK & RICHARDSON, INC.,    :
HUGH REGAN, LEWIS COHEN, ROBERT          :
DRAKE, and A. JONES YORKE,               :
                                         :
              Defendants.                :
-----------------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Default (Doc. No. 167) is hereby GRANTED. The plaintiff shall file a motion for default judgment within 30 days.

It is so ordered.

Dated this 4th day of March 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge