**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| _____ )<br>  )<br>WILLIAM SCOVIN )<br>  )<br>  )<br>  **Plaintiff,** )<br>  )<br>  ) **CIVIL ACTION NO.**<br>v. ) **3:02 CV 01161 (AWT)**<br>  )<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, POLLAK )<br>& RICHARDSON, INC., HUGH REGAN, )<br>LEWIS COHEN, ROBERT DRAKE, A. JONES ) **April 26, 2006**<br>YORK )<br>  **Defendants.** )<br>_____ ) | |

**MOTION FOR JUDGMENT**

Plaintiff, William A. Scovin ("Scovin"), pursuant to the Federal Rules of Civil Procedure and The Local Rules of this District, respectfully moves to for a judgment against Defendant Auerbach Pollak & Richardson, Inc ("Auerbach"). The Court, by way of an order dated April 4, 2006, granted the Plaintiff's Motion for Default based on Auerbach's failure to file a responsive pleading to Plaintiff's Amended Complaint dated November 1, 2005 and/or to otherwise appear and be heard in this case.

                **PLAINTIFF, WILLIAM A. SCOVIN**

              By_____/s/_____
               Kevin M. Greco (ct 13195)
               **Sandak Hennessey & Greco LLP**
               970 Summer Street
               Stamford, Ct 06905
               (203) 425-4200
               (203) 325-8608 (fax)
               kgreco@shglaw.com

## CERTIFICATION

 I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 27th day of April 2006 to:

Christopher G. Barnes, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

              _____/s/_____
              Kevin M. Greco