UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO.,<br>ONE HEALTH PLAN, INC., AUERBACH, POLLAK<br>& RICHARDSON, INC., HUGH REGAN,<br>LEWIS COHEN, ROBERT DRAKE, A. JONES<br>YORKE<br>Defendants. | CIVIL ACTION NO.<br><br>3:02CV01161 (AWT)<br><br><br><br><br><br>MAY 31, 2006 |

## JOINT MOTION FOR DISMISSAL OF CLAIMS
## AS TO DEFENDANTS GREAT-WEST AND ONE HEALTH PLAN INC.

The Plaintiff William Scovin and the Defendants Great-West Life & Annuity Insurance Company and One Health Plan Inc. (collectively "Great-West"), hereby jointly move pursuant to Rule 41(a)(2) for an order dismissing Plaintiff's claims against Great-West. Plaintiff and Great-West have reached a settlement and therefore request the dismissal of these claims with each party bearing its own costs and fees. With the entry of this dismissal all claims between Plaintiff and Great-West will be fully resolved. Nothing herein is intended to affect Plaintiff's other pending claims against the remaining defendants Auerbach, Pollak & Richardson, Inc., Hugh Regan, A. Jones Yorke, Lewis Cohen, and Robert Drake.

1

Wherefore, Plaintiff William Scovin and the Defendants Great-West Life & Annuity Insurance Company and One Health Plan Inc., hereby jointly move pursuant to Rule 41(a)(2) for an order dismissing Plaintiff's claims against Great-West.

**THE PLAINTIFF WILLIAM SCOVIN**

By   /s/
Kevin M. Greco (ct 13195)
Peter M. Nolin (ct 06223)
**SANDAK HENNESSEY & GRECO LLP**
707 Summer Street
Stamford, CT 06901-1026
(203) 425-4200
FAX (203) 325-8608
kgreco@shglaw.com
pnolin@shglaw.com


**DEFENDANTS GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY AND ONE HEALTH PLAN INC.**


By   /s/
Christopher G. Barnes (ct 23166)
Jeffrey L. Williams, Esq. (ct 05446)
**JORDEN BURT, LLP**
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089
(860) 392-5000
FAX (860) 392-5058

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed, postage prepaid to the following counsel and pro se parties on this 2nd day of June, 2006.

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Richard G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

                                                  /s/
                                      Kevin M. Greco