FILED
2006 JUN -6 A 10:55

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEALTH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE, A. JONES YORKE<br><br>Defendants. | CIVIL ACTION NO.<br><br>3:02CV01161 (AWT)<br><br>MAY 31, 2006 |

## JOINT MOTION FOR DISMISSAL OF CLAIMS AS TO DEFENDANTS GREAT-WEST AND ONE HEALTH PLAN INC.

The Plaintiff William Scovin and the Defendants Great-West Life & Annuity Insurance Company and One Health Plan Inc. (collectively "Great-West"), hereby jointly move pursuant to Rule 41(a)(2) for an order dismissing Plaintiff's claims against Great-West. Plaintiff and Great-West have reached a settlement and therefore request the dismissal of these claims with each party bearing its own costs and fees. With the entry of this dismissal all claims between Plaintiff and Great-West will be fully resolved. Nothing herein is intended to affect Plaintiff's other pending claims against the remaining defendants Auerbach, Pollak & Richardson, Inc., Hugh Regan, A. Jones Yorke, Lewis Cohen, and Robert Drake.

APPROVED and SO ORDERED. The plaintiff's claims against defendants Great-West Life & Annuity Insurance Company and One Health Plan Inc. only are hereby dismissed. The claims against defendants Auerbach, Pollak & Richardson, Inc., Hugh Regan, A. Jones Yorke, Lewis Cohen, and Robert Drake remain. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/8/06

FILED
2006 JUN -9 A 11: