## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____ )
                                                 )
                                                 )
**WILLIAM SCOVIN**                               )
                                                 )
                                                 )
            **Plaintiff,**                       )
                                                 ) **CIVIL ACTION NO.**
**v.**                                           )  **3:02 CV 01161 (AWT)**
                                                 )
**GREAT-WEST LIFE & ANNUITY INS. CO.,**          )
**ONE HEALTH PLAN, INC., AUERBACH, POLLAK**      )
**& RICHARDSON, INC., HUGH REGAN,**              )
**LEWIS COHEN, ROBERT DRAKE, A. JONES**          )  **July 31, 2006**
**YORK**                                         )
            **Defendants.**                      )
_____ )

### MOTION FOR JUDGMENT

Plaintiff, William A. Scovin ("Scovin"), pursuant to the Federal Rules of Civil

Procedure and The Local Rules of this District, respectfully moves to for a judgment against

the corporate Defendant, Auerbach Pollak & Richardson, Inc ("Auerbach").  The Court, by

way of an order dated April 4, 2006, granted the Plaintiff's Motion for Default based on

Auerbach's failure to file a responsive pleading to Plaintiff's Amended Complaint dated

November 1, 2005 and/or to otherwise appear and be heard in this case.

In furtherance of this Motion and Rule 55(b), Plaintiff submits an affidavit for a sum

certain and requests that judgment enter and respectfully withdraws Plaintiff's Motion for

Judgment dated April 26, 2006.

-1-

**PLAINTIFF, WILLIAM A. SCOVIN**

By_____/s/_____
    Peter M. Nolin (ct 06223)
    Kevin M. Greco (ct 13195)
    **Sandak Hennessey & Greco LLP**
    707 Summer Street
    Stamford, CT  06901
    (203) 425-4200
    (203) 325-8608 (fax)
    pnolin@shglaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 31st day of July 2006 to:

Christopher G. Barnes, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, CT  06089

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Richard G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

_____/s/_____
Peter M. Nolin