**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____)
                                    )
WILLIAM SCOVIN                      )
                                    )
                                    )
        **Plaintiff,**         )
                                    ) CIVIL ACTION NO.
v.                                  ) 3:02CV01161(AWT)
                                    )
GREAT-WEST LIFE & ANNUITY INS. CO., )
ONE HEALTH PLAN, INC., AUERBACH, POLLAK )
& RICHARDSON, INC., HUGH REGAN,     )
LEWIS COHEN, ROBERT DRAKE, A. JONES ) July 28, 2006
YORK                                )
        **Defendants.**        )
_____)

## AFFIDAVIT OF KEVIN M. GRECO

1. My name is Kevin M. Greco and I am over the age of eighteen and believe in the obligations of an oath.

2. Our Firm, Sandak Hennessey & Greco is counsel for the named Plaintiff in this action, I am familiar with the facts of this case, and submit this affidavit in connection with the amount of damages due pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

3. The Court entered a default against the corporate Defendant, Auerbach Pollak and Richardson.

4. In furtherance of Rule 55(b), I requested that our firm's bookkeeper calculate the total amount of attorneys' fees incurred in connection with the claims asserted in this case and the collection case(s) brought against the Plaintiff for his medical expenses relating thereto. Our

Firm's total attorney's fees, disbursements, and costs to date are as follows:

    1. Attorney's Fees:
       Estimated through 6-1-06           $163,085.00

    2. Disbursements and Costs:          $   6,905.26
                                                        _____

    Total Attorney Fees and Costs         $169,990.26

    3. Attorneys Fees of SH&G LLP
       in connection with PJR :           $   1,162.20


                                                          _____/s/_____

                                                           Kevin M. Greco


Subscribed and sworn to before me this __28th__ day of __July___, 2006


_____/s/_____
Notary Public – Patricia R. Faubel
Commissioner Superior Court