**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____)
                                               )
WILLIAM SCOVIN                                 )
                                               )
                                               )
        **Plaintiff,**                         )
                                               ) CIVIL ACTION NO.
v.                                             ) 3:02CV01161(AWT)
                                               )
GREAT-WEST LIFE & ANNUITY INS. CO.,            )
ONE HEALTH PLAN, INC., AUERBACH, POLLAK        )
& RICHARDSON, INC., HUGH REGAN,                )
LEWIS COHEN, ROBERT DRAKE, A. JONES            ) June 1, 2006
YORK                                           )
        **Defendants.**                        )
_____)

## AFFIDAVIT OF WILLIAM SCOVIN

WILLIAM A. SCOVIN, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I am the named Plaintiff in this action and submit this affidavit in connection with the amount due pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

3. A default was entered against the corporate Defendant, Auerbach Pollak and Richardson.

4. In support and furtherance thereof, the total amount of damages which I sustained in this matter is as follows:

  **A. Medical Expenses and Costs:**

  1. Danbury Hospital:                               $ 62,429.77

    2. Interest @10% :                                               $ 5,847.98

    3. Danbury Orthopaedic                                    $ 21,065.00

    4. Miscellaneous Medical Providers:

        a. Candlewood Valley            $   240.00

        b. New Milford Ob/Gyn           $   200.00

        c. Dr. Richard Casden            $   125.00

        d. Village Square                    $   239.00

        e. Quest Diagnostics               $   364.90

        f. Apria Healthcare                  $   195.84

        g. Carlson Physical Therapy   $   940.00

        h. Danbury Office P.S.             $ 2,573.00

                                      _____

Total Medical Bills                               $ 94,220.49

**B. Attorneys Fees and Costs:**

    1. **Based on Affidavit of Sandak Hennessey & Greco:**
       Sandak Hennessey & Greco, LLP
       Estimated through 6-01-06                 $169,990.26

    2. Pryor Cashman  (New York Counsel)     $ 18,178.94
                                          _____

Total Attorney Fees and Costs     $188,169.20

**C. Multiple/Statutory Damages:**

    1. Punitive/Double Damages under

        Conn. General Statute Sec. 42-110g :      $ 94,220.49

*(Based on doubling medical expenses only)*

**D. Consequential Damages:**

| | |
|---|---|
| 1. PJR Attorney's Fees of Michael Simko: | $ 9,365.00 |
| 2. Costs of Attorney Michael Simko: | $ 353.00 |
| 3. Attorneys Fees of SH&G LLP in connection with PJR : | $ 1,162.20 |

Total Consequential Damages         $ 10,880.20

**D. Pain and Suffering :**

Emotional distress and suffering endured by the Plaintiff since October 2001:         $ 60,000.00

**E. Total Damages:**         $ 447,490.38

_____/s/_____
WILLIAM A. SCOVIN

Subscribed and sworn to before me this <u>17th</u> day of <u>  June  </u>, 2006

_____/s/_____
Notary Public – Dalene Perlowsky
Commissioner Superior Court