UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------------------x
WILLIAM SCOVIN,                            :
                                           :
                Plaintiff,                 :
                                           :
v.                                         :
                                           : Case No. 02CV01161(AWT)
                                           :
AUERBACH, POLLACK & RICHARDSON, INC.,      :
HUGH REGAN, LEWIS COHEN, ROBERT            :
DRAKE, and A. JONES YORKE,                 :
                                           :
                Defendants.                :
------------------------------------------x
```

**<u>ENDORSEMENT ORDER</u>**

The plaintiff's Motion for Judgment (Doc. No. 177) is hereby DENIED, as moot.  (See Doc. No. 181.)

The plaintiff's Motion for Judgment (Doc. No. 181) is hereby GRANTED.  The Clerk shall enter judgment for damages in the total amount of $447,490.38 consisting of: (A) $94,220.49 for medical expenses and costs, (B) $188,169.20 for attorneys' fees and costs, (C) $94,220.49 for punitive damages pursuant to Conn. Gen. Stat. § 42-110g, (D) $10,880.20 for consequential damages, and (E) $60,000 for damages for pain and suffering.

It is so ordered.

Dated this 17th day of August 2006 at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge