UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN,<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br>September 6, 2006 |

## REQUEST TO CONTINUE ORAL ARGUMENT

Defendants Hugh Regan ("Regan") and A. Jones Yorke ("Yorke") respectfully request a continuance of the oral argument on Plaintiff's Motion for Sanctions which is scheduled for September 12, 2006. Attorney Richard Cushing, Regan's and Yorke's lead trial counsel, is presently in Florida attending to funeral services and other matters in connection with the recent death of his mother. As a result, Attorney Cushing is not available to attend the oral argument as presently scheduled.

The undersigned contacted Chambers on September 5, 2006 and was informed that September 18, 2006 appeared to be a date to which the argument could be continued. The undersigned subsequently discussed the requested continuance with Attorney Kevin Greco, counsel for the Plaintiff, who consented to the continuance and stated that he is available on September 18. As a result of Attorney Cushing attending to personal matters in Florida, the undersigned has been unable to determine his availability for September 18 or any other alternative date.

THE DEFENDANTS
HUGH REGAN AND
A. JONES YORKE

By:_____/s/_____
    Mark S. Gregory (ct 01252)
    James M. Moriarty (ct 21876)
    Kelley Drye & Warren LLP
      Their Attorneys
    Two Stamford Plaza
    281 Tresser Boulevard
    Stamford, Connecticut 06901-3229
    Telephone: (203) 324-1400
    Facsimile: (203) 327-2669
    E-mail: mgregory@kelleydrye.com
    jmoriarty@kelleydrye.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN,<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>September 6, 2006 |

I hereby certify that on September 6, 2006, a copy of foregoing Request to Continue Oral Argument was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANTS
HUGH REGAN AND
A. JONES YORKE

By:_____/s/_____
    Mark S. Gregory (ct 01252)
    James M. Moriarty (ct 21876)
    Kelley Drye & Warren LLP
      Their Attorneys
    Two Stamford Plaza
    281 Tresser Boulevard
    Stamford, Connecticut 06901-3229
    Telephone: (203) 324-1400
    Facsimile: (203) 327-2669
    E-mail: mgregory@kelleydrye.com
    jmoriarty@kelleydrye.com