```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------------------x
WILLIAM SCOVIN,                           :
                                          :
                 Plaintiff,               :
                                          :
v.                                        :
                                          : Civil No. 02CV1161(AWT)
                                          :
AUERBACH, POLLAK & RICHARDSON, INC.,      :
HUGH REGAN, LEWIS COHEN, ROBERT           :
DRAKE, and A. JONES YORKE,                :
                                          :
                 Defendants.              :
------------------------------------------x
```

### ORDER RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

In light of the ruling on the plaintiff's motion for sanctions, which allows the plaintiff to conduct further discovery, the defendants' Motion for Summary Judgment (Doc. No. #153) is hereby DENIED without prejudice to renewal after the close of discovery.

It is so ordered.

Dated this 29th day of September 2006 at Hartford, Connecticut.

                                      /s/AWT
                                 Alvin W. Thompson
                              United States District Judge