UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN, <br><br> Plaintiff, <br><br> v. <br><br> GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE, <br><br> Defendants. | CIVIL ACTION NO.: 02CV01161(AWT) <br><br><br><br><br><br><br><br><br><br> OCTOBER 17, 2006 |

### MOTION TO WITHDRAW AS COUNSEL TO HUGH REGAN AND A. JONES YORKE

Attorneys Mark S. Gregory and James M. Moriarty respectfully move, pursuant to D.Conn.L.Civ.R 7(e), for an Order allowing them to withdraw as counsel to defendants Hugh Regan ("Regan") and A. Jones Yorke ("Yorke"). Good cause exists for the granting of this motion.

Attorney Gregory is a member of the law firm Kelley Drye & Warren LLP ("Kelley Drye"). Attorney Moriarty is associated with Kelley Drye. In or about April, 2005 and at the request of these defendants, Messrs. Gregory and Moriarty filed Appearances in this matter on behalf of defendants Regan, Yorke and Lewis Cohen ("Cohen"). Since that time, Kelley Drye has rendered substantial valuable legal services to Messrs. Regan, Yorke and Cohen in connection with their respective defenses to the claims brought against them in this case. The legal services rendered by Kelley Drye have included, among many other things, responding to written discovery, taking and defending depositions as well as preparing

ORAL ARGUMENT REQUESTED

a summary judgment motion and participating in two settlement conferences with Magistrate Martinez. Each of these services were undertaken after consultation with Messrs. Regan and Yorke and/or their New York counsel and with their actual knowledge that such services would be performed on their behalf. To date, Messrs. Regan and Yorke have failed and/or refused to pay for any of the legal services Kelley Drye rendered on their behalf. Messrs. Regan and Yorke also have refused to sign an engagement letter acceptable to Kelley Drye that would control the payment terms of any future services provided by Kelley Drye.

Kelley Drye cannot, nor should it be required to, continue its representation of Messrs. Regan and Yorke without it being fairly compensated for that representation. Messrs. Regan and Yorke will not be prejudiced by the granting of this motion inasmuch as they are also represented in this matter by Attorney Richard G. Cushing. Attorney Cushing has appeared in this matter as a visiting attorney and is familiar with the case, both substantively and procedurally. Although Attorney Cushing is appearing *pro hac vice* and Messrs. Regan and Yorke may be required to retain new local counsel, this fact alone does not and should not preclude the Court from granting the instant Motion to Withdraw. See D.Conn.L.Civ.R. 7(e) (when good cause for withdrawal has been shown, the Court may permit withdrawal even when new counsel has not been engaged).

By _/s/ Mark A. Gregory_  
Mark S. Gregory (ct 01252)  
Kelley Drye & Warren LLP  
Two Stamford Plaza  
281 Tresser Boulevard  
Stamford, Connecticut 06901-3229  
Telephone: (203) 324-1400  
Facsimile: (203) 327-2669  
E-mail: mgregory@kelleydrye.com

By _/s/ James T. Moriarty_  
James M. Moriarty (ct 21876)  
Kelley Drye & Warren LLP  
Two Stamford Plaza  
281 Tresser Boulevard  
Stamford, Connecticut 06901-3229  
Telephone: (203) 324-1400  
Facsimile: (203) 327-2669  
E-mail: jmoriarty@kelleydrye.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via overnight mail, this 18th day of October, 2006 on all counsel of record as follows:

Kevin M. Greco, Esq.
Stephanie A. McLaughlin, Esq.
Peter M. Nolin, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901
(203) 425-4200
(203) 325-8608 (facsimile)
***Attorneys for William Scovin***

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive,
Suite 201
Simsbury, Connecticut 06089
(860) 392-5018
(860) 392-5058 (facsimile)
***Attorneys for Great West Life & Annuity Insurance. Co.
and One Health Plan, Inc.***

Mr. Robert Drake
558 Lime Rock Road
Lakeville, Connecticut 06039
***(Pro se)***

/s/ Mark A. Gregory
Mark S. Gregory