**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| _____ ) | |
| ) | |
| **WILLIAM SCOVIN** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.** |
| **v.** ) | **3:02CV01161(AWT)** |
| ) | |
| **GREAT-WEST LIFE & ANNUITY INS. CO.,** ) | |
| **ONE HEALTH PLAN, INC., AUERBACH, POLLAK** ) | |
| **& RICHARDSON, INC., HUGH REGAN,** ) | |
| **LEWIS COHEN, ROBERT DRAKE, A. JONES** ) | **October 26, 2006** |
| **YORK** ) | |
| **Defendants.** ) | |
| _____ ) | |

**PLAINTIFF'S REPLY TO MOTION TO WITHDRAW**

The Plaintiff, through counsel, respectfully raises the following concerns in response to the

Defendant's Motion to Withdraw as Counsel for Hugh Regan and A. Jones Yorke.

     1.  At the outset, it is important to note that Defendants' current counsel are the

third firm that have appeared on behalf of Defendants Regan, Yorke, and Cohen.

     2.  Upon information and belief, current counsel are the second counsel who have

requested to withdraw from the case based on the Defendants' failure to pay attorney's

fees in connection with this case.

     3.  Defense Counsel suggest that Attorney Cushing, as an attorney admitted *pro*

*hac*, will remain in the case for Defendants Regan and Yorke.

     4.  It is well established that parties being represented by counsel appearing *pro*

*hac* need local representation as well and this has not been addressed.  No new local

counsel has been designated for the Defendants and the undersigned is not aware of

whether Defense counsel have complied with L.Civ.R. 7 (e) Withdrawal of Appearances.

5.  Additionally, Attorney Cushing was involved in representing Defendant

Auerbach and/or Defendants Regan and Yorke during the time period alleged in the

Amended Complaint.  Attorney Cushing received faxed information from an Auerbach

employee regarding the subject health care plan.

6.  While Attorney Cushing denies involvement and to date claims no responsive

documents[1], Plaintiff anticipates that Attorney Cushing will be a witness in the case.

WHEREFORE, Plaintiff recognizes the difficulties which defense counsel raised in their

Motion to Withdraw.  Nonetheless, Plaintiff is compelled to raise the above points to the

Court in furtherance of this case.

**PLAINTIFF, WILLIAM A. SCOVIN**


By_____/s/_____
           Kevin M. Greco (ct 13195)
           Peter M. Nolin (ct 06223)
           **Sandak Hennessey & Greco LLP**
           707 Summer Street
           Stamford, Ct 06901
           (203) 425-4200
           (203) 325-8608 (fax)
           kgreco@shglaw.com

---

[1] Certain discovery issues were recently addressed in the Honorable Donna F. Martinez' Decision dated September 29, 2006 but have not been completely resolved with respect to Attorney Cushing's files and other documents.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this day of October, 2006 to:


James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901

Robert G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY  10178

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039


_____/s/_____
Kevin M. Greco
