# Exhibit C

**KELLEY DRYE & WARREN** LLP

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA

281 TRESSER BOULEVARD

STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY

WASHINGTON, DC

TYSONS CORNER, VA

CHICAGO, IL

PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE

(203) 327-2669

www.kelleydrye.com

DIRECT LINE: (203) 351-8057

EMAIL: mgregory@kelleydrye.com

October 30, 2006

**VIA HAND DELIVERY**
Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

Re:    Scovin v. Great-West Life & Annuity Inc. Co., et al.

Dear Kevin:

Pursuant to the Court's September 29, 2006 Ruling on Plaintiff's Motion for Sanctions, I include herewith documents obtained from Marc Koplik, Bates numbered MK000001-MK000067, along with Declarations from Messrs. Regan, Yorke and Cohen detailing their efforts to secure documents from Mr. Koplik. Lastly, I anticipate that the costs of the Motion for Sanctions, as set forth in your October 17, 2006 letter, will be paid by Friday, November 3.

During oral argument on the Motion for Sanctions, you indicated to the Court that you had made a Freedom of Information Act ("FOIA") request to the Department of Labor ("DOL") and that a portion of the request had been denied. You further indicated that you had appealed that denial and did not know how long it would take for that appeal to be completed. The documents that you produced earlier this month from the DOL included a Keeper of Records affidavit dated February 28, 2006. Assuming that you were informed by DOL around that same time that a portion of your FOIA request was denied and assuming that you appealed within ninety (90) days of that denial, the DOL should have ruled on your appeal sometime in June at the latest. See 5 USC §552(6)(a)(ii) (an agency is required to make a determination with respect to an appeal within twenty (20) days after receipt of the appeal). Please let us know the status of your DOL appeal and provide us with a copy of your appeal, as well as any response to that appeal by the DOL.

Very truly yours,

James M. Moriarty

cc:    Mark S. Gregory, Esq.
       Richard C. Cushing, Esq. (*via email*)