# Exhibit E

# SANDAK HENNESSEY & GRECO LLP
COUNSELORS AT LAW

707 Summer Street  Stamford, CT 06901-1026
Telephone (203) 425-4200  Facsimile (203) 325-8608

Stephen J. Conover
Kevin M. Greco
William J. Hennessey, Jr.
Gary S. Klein
Marc J. Kurzman*
Peter M. Nolin
Jay H. Sandak
Mary Sommer Sandak
Michael F. Sweeney

Stephanie A. McLaughlin*
Kelly A. Molloy*
Amy E. Souchuns
Jacqueline N. Olschan*
Joanna M. Ciekajewski
Susan R. Briggs*
Brian A. Daley*

*Also Admitted in New York

October 19, 2006

VIA FACSIMILE: 327-2669

James M. Moriarty, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901-3229

    RE: *William Scovin v. Auerbach, et al*

Dear Attorney Moriarty:

    This shall confirm our receipt of Attorney Cushing's Affidavit. It is our position that we need copies of the documents in which he represented Auerbach or the named Defendants. If a privilege of some sort is claimed, we will need a privilege log.

                                            Very truly yours,

                                            Kevin M. Greco

KMG:pf
cc:    Attorney Cushing (via fax: 212-704-6288)