# Exhibit F

**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

TWO STAMFORD PLAZA
281 TRESSER BOULEVARD
STAMFORD, CONNECTICUT 06901-3229

(203) 324-1400

NEW YORK, NY
WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
JAKARTA, INDONESIA
MUMBAI, INDIA

FACSIMILE
(203) 327-2669
www.kelleydrye.com

JAMES M. MORIARTY
DIRECT LINE: (203) 351-8034
EMAIL: jmoriarty@kelleydrye.com

October 20, 2006

**VIA FACSIMILE**
Kevin M. Greco, Esq.
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, Connecticut 06901

Re: <u>Scovin v. Great-West Life & Annuity Inc. Co., et al.</u>

Dear Kevin:

We are in receipt of your October 19, 2006 letter regarding your position that the Individual Defendants are required to produce all documents related to any matter in which Richard Cushing represented any of them and/or Auerbach. Please let us know to which of the Plaintiff's requests for production you believe every document generated in every matter in which Richard Cushing represented Auerbach or the Individual Defendants is responsive.

Very truly yours,

James M. Moriarty

cc: Mark S. Gregory, Esq.
Richard C. Cushing, Esq. (*via email*)

CT01/MORIJA/233639.1