# Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br>      **Plaintiff,**<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO.,<br>ONE HEALTH PLAN, INC., AUERBACH,<br>POLLAK & RICHARDSON, INC., HUGH REGAN,<br>LEWIS COHEN, ROBERT DRAKE, and<br>A. JONES YORKE<br>      **Defendants.** | )<br>)<br>)<br>) CIVIL ACTION NO.<br>) 3:02CV01161(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) DECEMBER 1, 2006 |

**NOTICE OF DEPOSITION**

The Plaintiff hereby notices the deposition of Richard Cushing on January 11, 2007 at 10:00 a.m. at the offices of Kelly Drye & Warren LLP, Two Stamford Plaza, 281 Tresser Boulevard, Stamford, CT 06901. Said deposition will be recorded by stenographic means, will proceed before an authorized officer, and will proceed from day to day until completed. You are invited to attend and cross-examine.

Pursuant to Fed. R. Civ. P. 30 and 34, the deponent is requested to produce at the time of said deposition, the following:

1. The witness' entire file, including billing records, retainer agreement, financials, etc. relating to any and all matters of representation or involvement of any kind from 1998 to the present of Auerbach, Pollak & Richardson, Inc. ("APR"), or its affiliates, subsidiaries, officers, or representatives, excluding the instant case;



2. All documents relied upon by the witness in developing any opinions the witness intends to testify to in this litigation;

3. All drafts of any documents relating to APR, its subsidiaries, officers, agents, etc.;

4. All documents and/or communications between APR, any APR employees or officers/directors, or witness, including but not limited to Terri Spahn, the Defendant(s) and any party to this litigation not protected by attorney/client privilege from this case;

5. Any and all manuals, procedures, protocols, or documents outlining the administration and handling of claims in the Auerbach health care plan from January 1, 2000 to date;

6. All documents or communications to or from Auerbach, its officers, employees, or any Defendant from 1998 to date;

7. All documents reflecting any ownership share the deponent or any Defendant has or had in Auerbach from 1998 to date;

8. All documents relating to any health care plan provided to Auerbach employees from 1998 to date;

9. All documents or communications to, from, or otherwise concerning the Department of Labor investigation conducted regarding the Health Plan or any law firms representing the individual Defendants in that investigation case or Auerbach;

10. All documents the defendants intend to rely upon in defense of this matter;

11. All Minutes, personal notes, notices, or information disseminated at any Auerbach Board of Directors Meetings from 1998 to date;

12. All financial records relating to Auerbach, its health care plan for its employees from 1998 to date or any financial(s), deal(s), or fiscal data;

13. All documents related to any COBRA payments Auerbach or its officers and/or agents received from William Scovin; and

16. Any resignation documents, or information the deponent has relating to any of the officers or directors of Auerbach.

THE PLAINTIFF,

BY: _____
Kevin M. Greco (ct 13195)
Peter M. Nolin (ct 06223)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
(203) 425-4200
(203) 325-8608 (fax)

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 1st day of December, 2006, to the following:

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901

Robert Drake
558 Lime Rock Road
Lakeville, CT 06039

Richard G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, NY 10022
(and by service by an indifferent person)

Kevin M. Greco