```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

WILLIAM SCOVIN,                    :
                                   :
     Plaintiff,                    :
                                   :
     v.                            :
                                   :   CASE NO. 3:02CV1161 (AWT)
GREAT WEST LIFE & ANNUITY          :
INS. CO, et al.,                   :
                                   :
     Defendants.                   :
```

ORDER

Pending before the court is the plaintiff's Motion for Sanctions (doc. #197). Oral argument on this motion was held on May 9, 2007. The court finds that the individual defendants have met their obligations under the court's order of September 29, 2006 (doc. #189). The plaintiff's motion is denied.

The defendants having fully complied with the plaintiff's discovery requests[1], the parties' dispositive motions, if any, shall be filed on or before July 5, 2007. The defendants may, if they wish, file and serve a written notice informing the Clerk and the other parties that their prior motion for summary judgment is

---

[1] Plaintiff's counsel indicated in oral argument that he wishes to depose the defendants' counsel, Richard Cushing. The discovery deadline expired on August 31, 2005 (see doc. # 129). Moreover, Judge Thompson instructed plaintiff's counsel on November 8, 2006, to serve a subpoena on Mr. Cushing so that the defendants' objections to that deposition could be ruled on. (See doc. #202.) As of the May 9, 2007 oral argument, Mr. Cushing had not been served with a subpoena. Nor has the plaintiff filed any motion to compel or to extend the scheduling order.

being reinstated, rather than refiling the motion.

    SO ORDERED at Hartford, Connecticut this 5th day of June, 2007.

                                        _____/s/_____
                                        Donna F. Martinez
                                        United States Magistrate Judge