UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JUNE 8, 2007 |

**DEFENDANTS HUGH REGAN'S, LEWIS COHEN'S AND A. JONES YORKE'S
<u>NOTICE OF REINSTATEMENT OF SUMMARY JUDGMENT MOTION</u>**

    Pursuant to the June 5, 2007 Order of the Hon. Donna F. Martinez denying plaintiff's Motion for Sanctions (Docket No. 204), Defendants Hugh Regan, Lewis Cohen and A. Jones Yorke respectfully inform the Clerk and all parties that their January 12, 2006 Summary Judgment Motion, (Docket No. 153), is reinstated.

               THE DEFENDANTS
               LEWIS COHEN, HUGH REGAN AND
               A. JONES YORKE

               By:_____/s/_____
                Mark S. Gregory (ct01252)
                James M. Moriarty (ct 21876)
                Kelley Drye & Warren LLP
                 Their Attorneys
                400 Atlantic Street
                Stamford, Connecticut 06901-3229
                Telephone:  (203) 324-1400
                Facsimile:  (203) 327-2669
                E-mail:   mgregory@kelleydrye.com
                    jmoriarty@kelleydrye.com

-2-

and

Richard G. Cushing (ct15997)
Cushing Law Firm, P.C.
420 East 54th Street
New York, New York 10022
Telephone: (212) 371-8880
Facsimile:  (212) 704-6288
E-mail:  richard.cushing@trautman.com.

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served via first class mail, postage prepaid, this 8th day of June, 2007 on all counsel of record as follows:

>Kevin M. Greco, Esq.
>Stephanie A. McLaughlin, Esq.
>Peter M. Nolin, Esq.
>Sandak Hennessey & Greco
>707 Summer Street
>Stamford, Connecticut  06901
>(203) 425-4200
>(203) 325-8608 (facsimile)
>***Attorneys for William Scovin***
>
>Christopher G. Barnes, Esq.
>Jeffrey L. Williams, Esq.
>Jorden Burt
>175 Powder Forest Drive,
>Suite 201
>Simsbury, Connecticut  06089
>(860) 392-5018
>(860) 392-5058 (facsimile)
>***Attorneys for Great West Life & Annuity Insurance. Co.***
>***and One Health Plan, Inc.***
>
>Mr. Robert Drake
>558 Lime Rock Road
>Lakeville, Connecticut 06039
>***(Pro se)***

>            /s/
>James M. Moriarty

CT01/MORIJA/242548.1