UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN )<br>)<br>      **Plaintiff** )<br>v. )<br>  )<br>GREAT-WEST LIFE & ANNUITY INS. CO., )<br>ONE HEALTH PLAN, INC., AUERBACH, )<br>POLLAK & RICHARDSON, INC., HUGH )<br>REGAN, LEWIS COHEN, ROBERT DRAKE, )<br>A. JONES YORKE )<br>  )<br>      **Defendants.** ) | CIVIL ACTION NO.<br>3:02CV01161(AWT)<br><br><br><br><br><br><br><br>JUNE 28, 2007 |

**SUPPLEMENTAL DECLARATION OF KEVIN M. GRECO**

Kevin M. Greco declares as follows:

1. I am an attorney admitted to practice in this Court and a partner in the law firm of Sandak Hennessey & Greco LLP, counsel for Plaintiff William Scovin. I make this Declaration in support of the Plaintiff's Supplemental Objection to Defendants' Rule 56 Statement and Plaintiff's Supplemental Rule 56(a)(2) Statement.

2. Defendants filed a Notice of Reinstatement dated June 8, 2007 of Defendants' Motion for Summary Judgment and per the Court's Order sent on Wednesday, June 20, 2007, the Notice was docketed as a RENEWED Motion for Summary Judgment and Responses are due by July 10, 2007.

3. I am submitting herewith certain documents which were produced by the Defendants in response to the Court's Order dated September 29, 2006 on Plaintiff's Motion for Sanctions.

4. I previously submitted a Declaration dated April 3, 2006 containing 40 Exhibits. As a result, the numbering of the documents contained herein begin at Exhibit 41 and are as follows:

5. (Exh.) 41 are copies of Minutes of Meeting of Directors of Auerbach Pollak & Richardson, Inc. ("APR") on May 3, 2000 along with an attached Schedule A listing the elected Operating Officers of APR bearing Bates stamp MK000007-000008.

6. (Exh.) 42 are copies of Minutes of Meeting of Directors of Auerbach Pollak & Richardson, Inc. ("APR") along with the Employment Agreements of Defendant Hugh Regan, Defendant A. Jones Yorke, and the APR Stockholders Agreement dated July 1, 2000 bearing Bates stamp MK000009-000038.

7. (Exh.) 43 is a copy of the Minutes of Meeting of Directors of APR on September 15, 2000 bearing Bates stamp MK000041.

8. (Exh.) 44 is a copy of the Minutes of Meeting of Directors of APR on December 22, 2000 bearing Bates stamp MK000044.

9. (Exh.) 45 is a copy of a Report of Interview of Defendant Hugh Regan dated May 21, 2002 from Senior Investigator George Maul of the U.S. Department of Labor bearing Bates stamp SCOV/DOL 0011-0014.

10. (Exh.) 46 is a copy of the Minutes of Meeting of Directors of APR on February 14, 2001 bearing Bates stamp MK000047 with attached resignation of Alexander T. Baldwin, Jr. bearing Bates stamp MK000048 and attached Action of Sole Shareholder and Sole Director dated February 14, 2001 bearing Bates stamp MK000049.

11. (Exh.) 47 is a copy of the Minutes of the Annual Meeting of Board of Directors of APR on February 26, 2001 bearing Bates stamp MK000050 with attachment of Unanimous Written Consent of Stockholders in Lieu of Annual Meeting of APR dated February 26, 2001 signed by APR Secretary Marc S. Koplik bearing Bates stamp MK000051.

12. (Exh.) 48 is a copy of the Minutes of Meeting of Directors of APR on March 12, 2001 signed by APR Secretary Marc S. Koplik bearing Bates stamp MK000052 with an attached Schedule A listing the Appointed Operating Officers bearing Bates stamp MK000053.

13. (Exh.) 49 is a 2 page copy of a Unanimous Written Consent of Directors in Lieu of Meeting of APR dated June 20, 2001 signed by Hugh Regan, John Sands, A. Jones Yorke, and Marc S. Koplik bearing Bates stamp MK000054-000055.

14. (Exh.) 50 is a series of letters concerning APR's issuance and cutting of stock certificates with attachments containing dates February 27, 2001 from Robert Trapp at eVision to Hugh Regan bearing Bates stamp MK000058-000060; a letter dated March 2, 2001 from Mark Koplick to Hugh Regan bearing Bates stamp MK000061; a 4 page March 5, 2001 fax/letter from Marc S. Koplik to Robert Trapp with attachments bearing Bates stamp MK000062-000065, and a returned copy of the March 5, 2001 letter from Marc S. Koplik to Robert Trapp with a signed

receipt acknowledgement from Robert Trapp dated March 7, 2001 bearing Bates stamp MK000066.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
Kevin M. Greco

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via postage prepaid first class mail on this 28th day of June, 2007 to the following:

James M. Moriarty, Esq.
Mark S. Gregory, Esq.
Tracy Ellis Williams, Esq.
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, CT  06901

Richard G. Cushing, Esq. *Pro Hac Vice*
Cushing Law Firm
420 East 54th Street, Suite 35
New York, NY  10022

Robert Drake
558 Lime Rock Road
Lakeville, CT  06039

_____
Kevin M. Greco