EXHIBIT 46

## MINUTES OF MEETING OF DIRECTORS
## OF
## AUERBACH, POLLAK & RICHARSON, INC.

A meeting of the Board of Directors of the Corporation was held at the offices of Auerbach, Pollak & Richardson, Inc., a Connecticut corporation (the "Corporation") in Stamford, CT, on the date set forth below.

All of the Directors being present and waiving notice of the meeting, the meeting was called to order by the Chairman.

Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the signing of these minutes by the Directors shall constitute full ratification thereof and waiver of notice of the meeting by the signatories.

Discussion was held regarding entering into a strategic alliance with and a sale of stock to, e2Capital Group, Inc., and, upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the Corporation should undertake to form a strategic alliance with e2Capital Group, Inc.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Dated: February 1⦁ 2001

_Alexander T. Baldwin_
Alexander T. Baldwin, Jr.

RESIGNATION
OF
ALEXANDER T. BALDWIN, JR.

I, ALEXANDER T. BALDWIN, JR., hereby resign as Director and Secretary of Auerbach, Pollak & Richardson, Inc. as of February 14, 2001.

*[signature: Alexander T. Baldwin]*
ALEXANDER T. BALDWIN, JR.

*[handwritten note:]* Your commission as Corporate Secretary Begins here 2/14/01

MK000048

ACTION
OF
SOLE SHAREHOLDER AND SOLE DIRECTOR

The undersigned, being the sole Shareholder and sole Director of Auerbach, Pollak & Richardson, Inc. (the "Corporation"), hereby takes the following action by written consent and in lieu of the annual meeting of the Corporation:

RESOLVED, that the Corporation hereby accepts the resignation of Alexander T. Baldwin, Jr. as Director and Secretary of the Corporation effective February 14, 2001;

RESOLVED, that the number of Directors of the Corporation constituting the entire Board shall be one;

RESOLVED, that Hugh Regan is hereby elected sole Director of the Corporation to serve until the next annual meeting of shareholders or until his successor is elected and shall qualify; and

RESOLVED, that Hugh Regan is hereby elected President and Treasurer of the Corporation and Marc S. Koplik is hereby elected Secretary of the Corporation, each to hold office until his successor is elected and shall qualify.

Dated: February 14, 2001

_____
HUGH REGAN, as sole Shareholder
and sole Director of Auerbach, Pollak &
Richardson, Inc.

EXHIBIT 47

ANNUAL MEETING

OF

BOARD OF DIRECTORS

OF

AUERBACH, POLLAK & RICHARDSON, INC.

The Annual Meeting of the Board of Directors of Auerbach, Pollak & Richardson, Inc. (the "Corporation"), a Connecticut corporation, was held at the offices of the Corporation in New York, New York, on the date set forth below.

All of the Directors being present and waiving notice of the meeting, the meeting was called to order by the Chairman.

Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that election of officers of the Corporation be held, and

RESOLVED, that each of the following persons is hereby elected to the office set forth opposite his name, each to serve at the pleasure of the Board of Directors or until his successor is elected and shall qualify:

| | |
|---|---|
| Hugh Regan: | President and Treasurer |
| Marc S. Koplik: | Secretary |

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Dated: February 26, 2001

_____
Marc S. Koplik, Secretary

MK000050

UNANIMOUS WRITTEN CONSENT

OF STOCKHOLDERS

IN LIEU OF ANNUAL MEETING

OF

AUERBACH, POLLAK & RICHARDSON, INC.

The undersigned, being the sole stockholder of Auerbach, Pollak & Richardson, Inc. (the "Corporation"), a Connecticut corporation, hereby takes the following action by written consent:

> RESOLVED, that each of following is hereby elected a director of the Corporation to hold office until the next annual meeting of stockholders or until his successor is elected and shall qualify:
>
> > Hugh Regan
> > John Keating Sands
> > A. Jones Yorke
> > Marc S. Koplik
>
> RESOLVED, that all of the actions of the directors of the Corporation taken in good faith since the last annual meeting of stockholders are hereby ratified, confirmed and approved.
>
> IN WITNESS WHEREOF, we have executed this unanimous written consent dated February 26, 2001.

Auerbach Financial Group, Inc.

By: _____
Marc S. Koplik, Secretary

*[handwritten: You were elected Director 2/26/01]*

EXHIBIT 48

MINUTES OF MEETING OF DIRECTORS
OF
AUERBACH, POLLAK & RICHARSON, INC.

A meeting of the Board of Directors of the Corporation was held at the offices of Auerbach, Pollak & Richardson, Inc., a Connecticut corporation (the "Corporation") in Stamford, CT, on the date set forth below.

All of the Directors being present and waiving notice of the meeting, the meeting was called to order by the Chairman.

Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the signing of these minutes by the Directors shall constitute full ratification thereof and waiver of notice of the meeting by the signatories.

The individuals set forth on Schedule A attached hereto were appointed as Operating Officers with the titles set forth thereon. Upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that Schedule A is approved.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the meeting was adjourned.

Dated: March 12, 2001

_____
Alexander T. Baldwin, Jr.

MK000052

SCHEDULE A

## OPERATING OFFICERS PROPOSED
### March 12, 2001

| Name | Title |
|------|-------|
| Stanley Leonard Bartels | Director of Syndicate |
| Michael Patrick Benvenuto | CFO/Compliance Officer for DB Alex Brown, Inc. Division |
| Mark George | Sr. Vice President – SROP DB Alex Brown, Inc. Division |
| Sara Herring | Vice President/Director of Compliance |
| Jose Padillo | Executive Vice President/Director of Brokerage Operations |
| Hugh Regan | President and Director |
| Joann Robyn Salisbury | Sr. Registered Options Principal/CSC Division |
| John Keating Sands | Chairman and Director |
| Aaron Jones Yorke IV | Director |