UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02-cv-01161 (AWT) |
| | : |
| v. | : |
| | : |
| GREAT WEST LIFE & | : |
| ANNUITY, ET AL. | : |
| | : APRIL 10, 2008 |
| Defendants. | : |

MOTION TO WITHDRAW APPEARANCE OF TRACY ELLIS WILLIAMS

Pursuant to Local Rule 7, the undersigned moves to withdraw her appearance on behalf of Lewis Cohen. She makes this request because she has left Kelley Drye & Warren LLP. Kelley Drye & Warren LLP attorneys Mark S. Gregory and James M. Moriarty previously filed appearances in this matter and remain as counsel to Lewis Cohen. The undersigned has forwarded a copy of this motion to Lewis Cohen by certified mail.

By: _____
Tracy Ellis Williams – ct25137

Murtha Cullina LLP
177 Broad Street
Stamford, Connecticut 06901
Telephone: (203) 653-5400
Facsimile: (203) 653-5444
Email: twilliams@murthalaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion to Withdraw was sent via first class mail this 10th day of April, 2008 to:

Kevin M. Greco, Esq.
Peter M. Nolin, Esq.
Stephanie A. McLaughlin
Sandak Hennessey & Greco
707 Summer Street
Stamford, Connecticut 06901-1026

Peter E. Fleming, III, Esq.
Curtis, Mallet-Prevost, Colt & Mosle
695 E. Main Street
Stamford, Connecticut 06901

Richard G. Cushing, Esq.
Cushing Law Firm
420 East 54th Street
New York, New York 10178

Christopher G. Barnes, Esq.
Jeffrey L. Williams, Esq.
Jorden Burt
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06089

Mark S. Gregory, Esq.
James M. Moriarty, Esq.
Kelley Drye & Warren LLP
400 Atlantic Street
Stamford, Connecticut 06901

Robert Drake
558 Lime Rock Rd.
Lakeville, Connecticut 06039

Tracy Ellis Williams