IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JULY 11, 2008 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7, the parties respectfully move for a seven (7) day extension of time, to and including July 21, 2008, to submit their Joint Pretrial Memorandum. The Joint Pretrial Memorandum is presently due on July 14, 2008. The parties are working diligently to complete the Memorandum, but all agree that a short extension of time is necessary to complete the Memorandum and provide the Court with a quality work product. All counsel and Mr. Robert Drake who is proceeding *pro se* agree that the requested extension is necessary. This is the first request for extension of time with respect to this time limitation.

-2-

          THE DEFENDANTS
          LEWIS COHEN, HUGH REGAN AND
          A. JONES YORKE

          By: _____
              James M. Moriarty (ct 21876)
              Kelley Drye & Warren LLP
                Their Attorneys
              400 Atlantic Street
              Stamford, Connecticut 06901-3229
              Telephone: (203) 324-1400
              Facsimile: (203) 327-2669
              E-mail: jmoriarty@kelleydrye.com

| | |
|---|---|
| WILLIAM SCOVIN<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INS. CO., ONE HEATH PLAN, INC., AUERBACH, POLLAK & RICHARDSON, INC., HUGH REGAN, LEWIS COHEN, ROBERT DRAKE and A. JONES YORKE,<br><br>Defendants. | CIVIL ACTION NO.: 02CV01161(AWT)<br><br><br><br><br><br><br><br><br><br>JULY 11, 2008 |

I hereby certify that on July 11, 2008, a copy of foregoing Motion for Extension of Time was filed electronically and served by email and facsimile on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
James M. Moriarty (ct 21876)

CT01/MORIJA/222297.1